**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    02/20

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Don Krueger Construction Co.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **aka Krueger Construction; dba The 127 Group; dba Krueger Ranch and Land Management; dba KGS Electric** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 7 4 – 1 5 0 8 2 0 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **205 Profit Drive** | **PO Box 3613** |
| Number    Street | Number    Street |
| | P.O. Box |
| **Victoria**    **TX**    **77901** | **VICTORIA**    **TX**    **77903** |
| City    State    ZIP Code | City    State    ZIP Code |
| **Victoria** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other.  Specify: _____

Debtor **Don Krueger Construction Co.** _____   Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__  __3__  __6__  __2__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____   When _____   Case number _____
                                                                MM / DD / YYYY

              District _____   When _____   Case number _____
                                                                MM / DD / YYYY

              District _____   When _____   Case number _____
                                                                MM / DD / YYYY

Debtor **Don Krueger Construction Co.** _____  Case number (if known) _____

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases.  If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes. Debtor _____   Relationship _____<br><br>District _____   When _____<br>MM / DD / YYYY<br><br>Case number, if known _____<br><br><br>Debtor _____   Relationship _____<br><br>District _____   When _____<br>MM / DD / YYYY<br><br>Case number, if known _____ |

**11. Why is the case filed in _this district?_**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**        *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number      Street

_____

_____   _____   _____
City                      State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Don Krueger Construction Co.** _____   Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14. Estimated number of creditors** | ☐ | 1-49 | ☐ | 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ | 50-99 | ☐ | 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ | 100-199 | ☐ | 10,001-25,000 | ☐ More than 100,000 |
| | ☑ | 200-999 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets** | ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ | $50,001-$100,000 | ☑ | $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ More than $50 billion |

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ | $50,001-$100,000 | ☑ | $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ More than $50 billion |

## ■ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/09/2020**
MM / DD / YYYY

X **/s/ Kevin R. Krueger** _____        **Kevin R. Krueger** _____
Signature of authorized representative of debtor        Printed name

Title **President** _____

**18. Signature of attorney**    X **/s/ Jerome A. Brown** _____    Date **04/09/2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Jerome A. Brown** _____
Printed name

**The Brown Law Firm** _____
Firm name

**13900 Sawyer Ranch Rd.** _____
Number          Street

_____

**Dripping Springs** _____    **TX**    **78620** _____
City                          State          ZIP Code

**(512) 306-0092** _____    **jerome@brownbankruptcy.com** _____
Contact phone                          Email address

**03140000** _____    **TX** _____
Bar number                          State

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE:   **Don Krueger Construction Co.**                    CASE NO

                                                            CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/9/2020                              Signature  _/s/ Kevin R. Krueger_
                                                       *Kevin R. Krueger*
                                                       *President*

Date _____           Signature _____

461 HOLDINGS, LLC
 dba 461 ECO-CLEAN
3314 CORYELL COVE
SAN ANTONIO, TX 78253


4MC ENTERPRISES INC.
PO BOX 109
RED ROCK, TX 78662


A&S UNDERGROUND LLC
PO BOX 236
COPPERAS COVE, TX 76522


A. BARGAS & ASSOCIATES LLC
PO BOX 792056
SAN ANTONIO, TX 78279-2056


A.Z. REBAR CONSTRUCTION INC
5627 HOLLY RD.
CORPUS CHRISTI, TX 78412


A/C TECHNICAL SERVICES LLC
PO BOX 1535
CASTROVILLE, TX 78009


AC DISTRIBUTION INC.
dba AIR PRO MECHANICAL
5638 BEAR LANE
CORPUS CHRISTI, TX 78405


ACCURATE PAVEMENT STRIPING
C/O SOUTHSTAR FINANCIAL, LLC
PO BOX 2323
MT PLEASANT, SC 29465


ACE FABRICATORS, INC.
7010 FURAY ROAD
HOUSTON, TX 77016

ADS MARTIN LLC
PO BOX 247
GEORGETOWN, TX 78627


ADVANCED COMMUNICATIONS & CABLING INC.
PO BOX 697
SAN ANTONIO, TX 78293-0697


ADVANCED DRYWALL SYSTEMS INC.
12900 TRAILS END ROAD
LEANDER, TX 78641


ADVANCED PUMPING, LLC
PO BOX 10423
CORPUS CHRISTI, TX 78460


AIR COMMUNICATIONS CO. INC.
11376 PAT GEORGE BLVD.
CONROE, TX 77303-5466


AIR TECHNOLOGIES INC.
PO BOX 129
MANCHACA, TX 78652


AIRGAS USA, LLC
PO BOX 734671
DALLAS, TX 75373-4671


ALAMO DOOR SYSTEMS OF TEXAS INC.
16358 NACOGDOCHES ROAD
SAN ANTONIO, TX 78247


ALAMO LUMBER COMPANY
PO BOX 17258
SAN ANTONIO, TX 78217

ALAZAN BULDERS LP
PO BOX 3922
CORPUS CHRISTI, TX 78463


ALLIANCE SPECIALIZED SYSTEMS
602 N McCOLL RD.
MCALLEN, TX 78501


AMBROSE CONSTRUCTION LTD.
518 S ENTERPRISE PKWY, SUITE B
CORPUS CHRISTI, TX 78405


AMERICAN ABATEMENT
1315 WEST BLANCO
SAN ANTONIO, TX 78232


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448


AMERICAN INTERIORS, INC.
12910 FLAGSHIP
SAN ANTONIO, TX 78247


AMES BONNER CONTRUCTION
JAMES BONNER
1823 NAEGELEN ROAD
LYTLE TX 78052


AQUATECH WATERPROOFING
1810 NORTH CR 122
ROUND ROCK, TX 78665


ARCASE INC.
1007 W ASHBY PLACE
SAN ANTONIO, TX 78212

```
ARCHITECTURAL DVISION 8
2425 BROCKTON, SUITE 101
SAN ANTONIO, TX 78217


ARGOSY FLOOR COVERING, LLC
6831 BREEDEN
SAN ANTONIO, TX 78216


ASTON MARBLE & GRANITE LLC
3625 S PORT
CORPUS CHRISTI, TX 78415


AT&T MOBILITY LLC
PO BOX 6463
CAROL STREAM, IL 60197-6463


AT&T U-VERSE
PO BOX 5014
CAROL STREAM, IL 60197


AUSTIN COATINGS INC
PO BOX 140765
AUSTIN, TX 78714-0765


AVADEK
dba of Luebe-Jones Inc.
12130 GALVESTON RD, BLDG 1
WEBSTER, TX 77598


BBA ARCHITECTS L.P.
1702 SOUTH MARKET STREET
BRENHAM, TX 77833


BD HOLT CO
dba HOLT CAT
PO BOX 650345
DALLAS, TX 75265-0345
```

BEASLEY TIRE SERVICE HOUSTON
11802 EASTEX FREEWAY
HOUSTON, TX 77039


BECKWITH ELECTRONIC ENGINEERING CO.
5050 BECKWITH BLVD.
SAN ANTONIO, TX 78249


BELDON ROOFING COMPANY
5039 WEST AVE
SAN ANTONIO, TX 78213


BELL COUNTY GLASS COMPANY INC.
PO BOX 2468
HARKER HEIGHTS, TX 76548


BETHANY F. BECK
SANDERFORD & CARROLL, PC
1100 NE LOOP 410, SUITE 550
SAN ANTONIO, TX 78209


BIG STATE ELECTRIC LTD
8923 AERO STREET
SAN ANTONIO, TX 78217


BINSWANGER GLASS
4019 BRETT STREET
CORPUS CHRISTI, TX 78411


BLUDAU FABRICATION
PO BOX 255
HALLETTSVILLE, TX 77964


BNR CONCRETE POLISHING LLC
PO BOX 166858
IRVING, TX 75016-6858

BOND; JERRY
2375 MESQUITE PASS
SEGUIN, TX 78155


BRAD GASWIRTH
CANTERBURY GOOCH SURRATT SHAPIRO STEIN
GASWIRTH & JONES, P.C.
4851 LBJ FREEWAY, SUITE 301
DALLAS, TX 75244

BRUCE NEYLAND
ATTORNEY AT LAW
INDEPENDENCE PLAZA II
14350 NORTHBROOK DRIVE, SUITE 150
SAN ANTONIO, TX 78232

CAMACHO DEMOLITION LLC
5113 AGNES ST.
CORPUS CHRISTI, TX 78405


CARDENAS MASONRY INC.
PO BOX 1328
MCALLEN, TX 78505-1328


CARRILLO'S CLEANING SERVICES
7015 MILL STREAM
SAN ANTONIO, TX 78238


CARROLL SYSTEMS
4603 COMMERCIAL PARK DR.
AUSTIN, TX 78724


CASEY CULLEN
CULLEN, CARSNER, SEERDEN, & CULLEN LLP
PO BOX 2938
VICTORIA, TX 77902-2938


CASTRO; JULIO
PO BOX 2083
LYTLE, TX 78052

CEDAR PARK OVERHEAD DOORS
1408 N BELL BLVD
CEDAR PARK, TX 78613


CEN-TEX MASONRY, INC.
1965 ROCKRIDE LANE
GEORGETOWN, TX 78626


CENTRAL BACKHOE & UTILITIES, LTD
10080 BRAUN ROAD
SAN ANTONIO, TX 78254


CHANEK, RON
dba CROSSROADS II
PO BOX 7024
VICTORIA, TX 77903


CHASE CARD SERVICES
PO BOX 94014
PALATINE, IL 60094-4014


CHIEF FIRE SYSTEMS INC
PO BOX 419
PINEHURST, TX 77362-0419


CHOATE USA
PO BOX 118114
CARROLLTON, TX 75011


CIANO PASTA
ATTORNEY AT LAW
1800 ST. JAMES PLACE, SUITE 200
HOUSTON, TX 77056


CINTAS CORPORATION NO. 2
dba CINTAS FIRST AID
PO BOX 631025
CINCINNATI, OH 45263-1025

CIRCLE C MILLWORK INC.
PO BOX 1119
ADKINS, TX 78101


CLARIDGE PRODUCTS & EQUIPMENT INC.
180 N SHERMAN AVE
CORONA, CA 92882


CNA INSURANCE
PO BOX 74007619
CHICAGO, IL 60674-7619


COASTAL A.D.S. INC.
PO BOX 9232
CORPUS CHRISTI, TX 78469-9232


COASTAL SHORING INC.
4035 NACO PERRIN #102A
SAN ANTONIO, TX 78217


COATS ROSE, P.C.
C/O BEN L. ADERHOLT
9 GREENWAY PLAZA, SUITE 1000
HOUSTON, TX 77046


CODY HENSON
HENSON & ROCKAFELLOW, PLLC
117 E JACKSON ST
BURNET, TX 78611


CODY LEWIS
HAYES BERRY WHITE VANZANT
512 W HICKORY ST., SUITE 100
DENTON, TX 76201


COLUMBIA ELECTRIC SUPPLY
8610 BROADWAY, STE 200
SAN ANTONIO, TX 78217

COMMERCIAL METALS COMPANY
DEPT. 1439
PO BOX 844579
DALLAS, TX 75284-4579


CONQUEST DEMOLITION INC.
271 COMMERCIAL DRIVE
BUDA, TX 78610


CONTINENTAL QUARRIES, INC.
PO BOX 37
FLORENCE, TX 76527-0037


CONVERGINT TECHNOLOGIES LLC
35257 EAGLE WAY
CHICAGO, IL 60678-1352


CORPUS CHRISTI BUILDERS HARDWARE INC.
PO BOX 271418
CORPUS CHRISTI, TX 78427-1418


CORPUS CHRISTI STAMP WORKS
PO BOX 2189
CORPUS CHRISTI, TX 78403-2189


COURTESY CAR WASH
dba VICTORIA CAR WASH SERVICES LLC
7102 N NAVARRO
VICTORIA, TX 77904


CRAIG ELECTRIC SERVICE
5804 BABCOCK ROAD #408
SAN ANTONIO, TX 78240


CROSSROADS SPECIALITIES LLC
PO BOX 5008
VICTORIA, TX 77903-5008

CROSSROADS TIRE SERVICE
8806 N NAVARRO, STE 600-222
VICTORIA, TX 77904


CRT FLOORING
5625 HOLLY RD
CORPUS CHRISTI, TX 78412


CRYSTAL P SMITH
SANDERFORD & CARROLL, P.C
1100 NE LOOP 410, SUITE 550
SAN ANTONIO, TX 78209


D&F INDUSTRIES, INC.
3106 N SUGAR RD.
PHARR, TX 78577


D&M STRIPING LLC
114 CLOUD ST.
LAMPASAS, TX 76550


D-7 ROOFING LLC
5470 LINCOLN ST.
DENVER, CO 80216


D2 EXCAVATING INC.
204 CR 180
LEANDER, TX 78641


DAVIS CONTRACTORS LTD.
5205 FM 236
CUERO, TX 77954-6658


DexYP
PO BOX 619009
DFW AIRPORT, TX 75261-9009

DISCOUNT TIRE
THE REINALT-THOMAS CORPORATION
PO BOX 29851
PHOENIX, AZ 85038-9851


DONALD R KRUEGER FAMILY TRUST
PO BOX 3865
VICTORIA, TX 77903-3865


DRYWALL SYSTEMS INC
PO BOX 474
BELTON, TX 76513


DUCKWORTH, DANIEL LEE
422 FOREST RIDGE DR
KERRVILLE, TX 78028


DUNAWAY
550 BAILEY AVE, SUITE 400
FORT WORTH, TX 76107


E.F. EHRIG & SONS LTD.
221 PR 2003
GONZALES, TX 78629


ED BROWN DISTRIBUTORS
3236 IRVING BLVD
DALLAS, TX 75247


EDGAR GARCIA, ESQ.
GARCIA LAW FIRM, PLLC
THE BROOKHOLLOW ATRIUM
1000 CENTRAL PARKWAY N, SUITE 100
SAN ANTONIO, TX 78232

EFFICIENT AC INC.
10315 METROPOLITAN DR, SUITE A
AUSTIN, TX 78758

ELECTRA LINK, INC.
21755 IH 45, BLDG 10
SPRING, TX 77388


ELLIOTT; JOE S.
dba SOUTH TEXAS ECO FOAM INSULATION
4848 FM 3355
BEEVILLE, TX 78102


ENVIRONMENTAL ALLIES GP INC.
9625 WINDFERN RD.
HOUSTON, TX 77064


EPS INTERNATIONAL INC.
PO BOX 958012
ST. LOUIS, MO 63195-8012


EQUIPMENTSHARE
PO BOX 2214
DEACATUR, AL 35609


ERIC CLINTON
SPROUSE SHRADER SMITH PLLC
701 S TAYLOR, SUITE 500
PO BOX 15008
AMARILLO, TX 79105-5008


ERROL J. DIETZE
DIETZ & REESE LLP
PO BOX 841
CUERO, TX 77954


ESPINOZA LAW FIRM PLLC
C/O JAVIER ESPINOZA
10202 HERITAGE BLVD.
SAN ANTONIO, TX 78216


EUBANKS GROUP ARCHITECTS
4116 CENTER ST.
HOUSTON, TX 77007

EVANS INTERIORS INC.
13211 STAFFORD ROAD, STE 400
MISSOURI CITY, TX 77489


EVERGREEN POWER LLC
PO BOX 1639
LAMPASAS, TX 76550


EVINS GLASS SERVICE
101 N.P.I.D.
CORPUS CHRISTI, TX 78406


EXPERT AIR REFRIGERATION SERVICES LLC
PO BOX 5453
ROUND ROCK, TX 78683


EXXON MOBIL
PO BOX 78001
PHOENIX, AZ 85062-8001


FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286


FEDEX FREIGHT
DEPT CH, PO BOX 10306
PALATINE, IL 60055-0306


FERGUSON ENTERPRISES INC.
PO BOX 847411
DALLAS, TX 75284-7411


FIRE KING LLC
8906 WALL ST. # 603
AUSTIN, TX 78754

FIREPROOF CONTRACTORS INC
PO BOX 550107
HOUSTON, TX 77255


FIRETROL PROTECTION SYSTEMS INC.
4410 DILLON LANE SUITE 38
CORPUS CHRISTI, TX 78415


FIRETROL PROTECTION SYSTEMS, INC
105 WINDY MEADOWS, BLDG #1
SCHERTZ, TX 78154


FIRETROL PROTECTION SYSTEMS, INC
4616 W HOWARD LAND #700
AUSTIN, TX 78728


FIRETRON INC.
PO BOX 1604
STAFFORD, TX 77497


FRAMING MASTERS INC.
356 FM 1984
MAXWELL, TX 78656


FRED TILLMAN CONTRACTORS INC
7011 W BEE CAVE RD
AUSTIN, TX 78746


FROST INSURANCE AGENCY INC.
PO BOX 2625
VICTORIA, TX 77902-2625


FUENTES JR.; AVELINO
212 HONDO
DEVINE, TX 78016

G.D. INTERIOR CONSTRUCTION
3506 COPELAND
SAN ANTONIO, TX 78219


G.F.C.S. INC.
11734 SCHRIBER ROAD
BUDA, TX 78610


GARZA, JUAN
dba RGV CONCRETE STAIN
205 E VERACRUZ DR
PHARR, TX 78577


GARZA; DANIEL
dba THE CARPET HOUSE
1303 E ROGERS RD
EDINBURG, TX 78542


GERRY STRICKLIN
dba AIC
11403 GRAPEWOOD DR.
HOUSTON, TX 77089


GILL REPROGRAPHICS INC.
1227 SAFARI
SAN ANTONIO, TX 78216


GPM ENGINEERING INC
5440 OLD BROWNSVILLE ROAD
CORPUS CHRISTI, TX 78417


GQ MASONRY
5235 CANARY HOLLOW
SAN ANTONIO, TX 78222


GRANT MACKAY COMPANY INC.
1055 WEST 500 SOUTH
WEST BOUNTIFUL, UT 84087

GROUND PENETRATING RADAR SYSTEMS LLC
PO BOX 932
TOLEDO, OH 43697


GUADALUPE JOEL SANCHEZ
G.J. SANCHEZ PAINTING
2434 VALENCIA
SAN ANTONIO, TX 78237


GUIDO LUMBER COMPANY INC.
8526 VIDOR AVE
SAN ANTONIO, TX 78216


GUINEA RUN RV PARK
275 COUNTY ROAD 422
PREMONT, TX 78375


GULF BEND CONTRACTING LLC
406 TAMPA DRIVE
VICTORA, TX 77904


H&H DOORS & HARDWARE LTD
PO BOX 3542
VICTORIA, TX 77903


HANSCO INC.
11927 RAIL DR
SAN ANTONIO, TX 78233


HCEC
PO BOX 753
HAMILTON, TX 76531-0753


HD SUPPLY CONSTRUCTION AND INDUSTRIAL
PO BOX 4852
ORLANDO, FL 32802-4852

HERMAN ALARMS & HOME
441 FRITZ RD
BRENHAM, TX 77833


HICKS LIGHTNING PROTECTION
7420 FM 2449
PONDER, TX 76259


HOME DEPOT CREDIT SERVICES
DEPT 32-2541419903
PO BOX 183176
COLUMBUS, OH 43218-3176


HOWARD MAREK
MAREK, GRIFFIN & KNAUPP
PO BOX 2329
VICTORIA, TX 77902-2329


HUGHES NETWORK SYSTEMS
PO BOX 96874
CHICAGO, IL 60693-6874


HUNTER DEMOLITION & WRECKING CORP.
PO BOX 786
POTEET, TX 78065


HW MARSHALL CONSTRUCTION INC
PO BOX 1043
LYFORD, TX 78569


IAN T. TODD
SNEED, VINE & PERRY
108 EAST 8TH STREET
GEORGETOWN, TX 78626


INFINITI COMMUNICATIONS TECHNOLOGIES INC
PO BOX 184 (DEPT #208)
HOUSTON, TX 77001-0184

J. BAIRD SMITH
NAMAN, HOWELL, SMITH, & LEE PLLC
8310 N CAPITAL OF TEXAS HWY, SUITE 490
AUSTIN, TX 78731


JACOB HILDERBRAND
dba JR WATERPROOFING
9811 TAMBER LANE
SAN ANTONIO, TX 78255


JAMES EMIL FAREK
J&P FAREK PAVING CONSULTANTS
PO BOX 452
FLATONIA, TX 78941


JAMES TELECO
341 EDGAR LEESVILLE ROAD
CUERO TX 77954


JD KUNZ CONCRETE CONTRACTOR, INC
PO BOX 310419
NEW BRAUNFELS, TX 78131


JERICHO WOODWORKS
425 SUMMER PARK DR.
STAFFORD, TX 77477


JOE VIRENE
GRAY REED
1300 POST OAK BLVD., SUITE 2000
HOUSTON, TX 77056


JOHN DEERE FINANCIAL
PO BOX 650215
DALLAS, TX 75265-0215


JOHN MORRIS
dba MORRIS UNDERGROUND CONST.
10163 FM 236
VICTORIA, TX 77905

JOHN S. WARREN
WARREN, DRUGAN, & BARROWS P.C.
606 NORTH CARANCAHUA ST., SUITE 601
CORPUS CHRISTI, TX 78401


JOHNSON CONTROLS FIRE PROTECTION LP
DEPT CH 10320
PALATINE, IL 60055-0320


JOLLY ROOFING & CONTRACTING CO INC
711 CHANEY
COLLIERVILLE, TN 38017


JONATHAN MARSHALL
LOVEIN RIBMAN PC
1225 MAIN STREET, SUITE 200
GRAPEVINE, TX 76051


JOSE GAMEZ
DONNELL, KIESCHNICK, WOLTER & GAMEZ P.C.
WELLS FARGO BANK BUILDING
2830 WEST TRENTON
EDINBURG, TX 78539


JOSEPH A. GARNETT
SHEEHY WARE PAPPAS
909 FANNIN STREET
SUITE 2500
HOUSTON, TX 77010


JOSH CONDON
CONDON LAW, PLLC
11675 JOLLYVILLE ROAD, SUITE 209
AUSTIN, TX 78759


JUNG TILE SERVICES, INC
PO BOX 3762
VICTORIA, TX 77903-3762


JUSTIN J. DERTINGER
PLUNK SMITH, PLLC
1701 LEGACY DRIVE, SUITE 2000
FRISCO, TX 75034

KAYE & SONS SITE DEVELOPMENT
4920 BEAR LANE
CORPUS CHRISTI, TX 78405


KCAC, INC.
dba KATY BLINDS COMMERICAL
5609 13TH ST
KATY, TX 77493


KCM CABINETS, INC
5738 GREY ROCK DR.
SAN ANTONIO, TX 78228


KDR CONTRACTORS, LLC
PO BOX 1138
COLUMBUS TX 78934


KEITH MILLER
LAW OFFICES OF KEITH P MILLER
14350 NORTHBROOK, SUITE 150
SAN ANTONIO, TX 78232


KELLY PAINTING & DRYWALL, LLC
9703 N. NAVARRO, STE A
VICTORIA, TX 77904


KENDALL EROSION CONTROL SERVICES
CCECS INC
5866 S. STAPLES, STE. 301
CORPUS CHRISTI, TX 78413


KEY ENTERPRISES
1311 CHISHOLM TRAIL, STE. 404
ROUND ROCK, TX 78681


KILLEEN GLASS & MIRROR COMPANY, INC.
5211 E VETERANS MEMORIAL BLVD
KILLEEN, TX 76543

KLINGER SPECIALTIES DIRECT INC
6200 TRI COUNTY PKWY, STE. 100
SCHERTZ, TX 78154


KNEEDEEP LT LLC
PO BOX 114
CHATTANOOGA, TX 75328-0114


KNEZEK CONTRACTION SERVICES
17701 PRAIRIE VERBENA LANE
ELGIN, TX 78621


KNOLLE, HOLCOMB, CALLAHAN
13625 RONALD REAGAN BLVD., BUILDING 1, S
CEDAR PARK, TX 78613


KRONBERG'S FLAGS & FLAGPOLES
7106 MAPLERIDGE
HOUSTON, TX 77081


KRUEGER; TRACY
405 SHILOH
VICTORIA, TX 77904


LAGO VISTA SUN HARDWARE
7401 LOHMAN FORD
LAGO VISTA, TX 78645


LAMPASAS BUILDERS MARK, INC.
PO BOX 588
LAMPASAS, TX 76550


LANGLEY CONSTRUCTION GROUP
717 N. WATER STREET
BURNET, TX 78611

LANTZ, JACOB
dba LANTZ'S LAKESIDE PLUMBING
PO BOX 4462
LAGO VISTA, TX 78645


LARRY'S LUBE, TIRE AND AUTO
913 S. CHESTNUT ST
LAMPASAS, TX 76550


LARSON PLUMBING & UTILITY CO.
605 CANTWELL
CORPUS CHRISTI, TX 78408


LAUGER COMPANIES, INC.
PO BOX 2146
VICTORIA, TX 77902-2146


LAW OFFICES OF MOLLY P. THOMAS
PO BOX 37
SINTON, TX 78387


LEGACY MASONRY, LLC
PO BOX 21747
WACO, TX 76702


LENTZ HARDWARE
1207 N WHEELER
VICTORIA, TX 77901


LESTER CONTRACTING, INC
PO BOX 986
PORT LAVACA, TX 77979-0986


LEVERAGE MACHINE & FABRICATION
2512 FM 3084
PORT LAVACA, TX 77979

LIZABETH LAUREL MICA
dba THE OUTHOUSE
PO BOX 322
FLATONIA, TX 78941-0322


LOCHRIDGE-PRIEST, INC.
2901 E. INDUSTRIAL BLVD
WACO, TX 76705


LODGE AT LAKELINE VILLAGE
2000 SOUTH LAKELINE BLVD
CEDAR PARK, TX 78613


LOFTIN EQUIPMENT CO.
PO BOX 641055
DALLAS, TX 75264-1055


LONE STAR CONTAINERS
317 SIDNEY BAKER ST.
STE. 400, PMB 259
KERRVILLE, TX 78028


LONE STAR OVERNIGHT LP
PO BOX 149225
AUSTIN, TX 78714-9225


LONGHORN BLINDS OF AUSTIN, LLC
4201 S. CONGRESS AVE.
STE. 312
AUSTIN, TX 78745


LUKE, JEFFERY
dba PAVECO DESIGNS LLC
PO BOX 869
COMFORT TX 78013


M MARTINEZ MASONS, INC
M MARTINEZ MASONRY
1088 WOOD HI RD.
VICTORIA, TX 77905

M&M SPECIALTY CAULKING, LLC
137 EARL ST
SAN ANTONIO, TX 78212


MABRY, RAY
dba BEST PEST CONTROL
108 MABRY LANE
WHITNEY, TX 76692


MAJEK TILE & MARBLE CO., INC
PO BOX 271607
CORPUS CHRISTI, TX 78427


MALEK, INC
PO BOX 679
CORPUS CHRISTI, TX 78403


MANCO STRUCTURES, LTD.
6106 FM 3009
SCHERTZ, TX 78154


MARK McCANDLESS
dba AUSTIN REFRIGERATION, LLC
5114 BALCONES WOODS DR., #307-300
AUSTIN, TX 78759


MARK MURPHY
DAVIS/SANTOS
719 S FLORES ST
SAN ANTONIO, TX 78204


MARLOW THOMAS RESIDENTIAL SYSTEMS, LLC
16116 COLLEGE OAK
SAN ANTONIO, TX 78249


MARSH WATERPROOFING, INC.
PO BOX 968
VIDOR, TX 77670

MCALLEN HOME & COMMERCIAL PAINTING
10540 N. SHARY RD.
MISSION, TX 78573


MCALLEN PEST CONTROL, INC
PO BOX 5249
MCALLEN, TX 78502


MELODEE GRUBER
GRUBER LAW FIRM PLLC
1115 17TH ST.
HONDO, TX 78861


METAL MART
PO BOX 1735
SHREVEPORT, LA 71166-17365


MICHAEL A. JOHNSON, P.C
5606 N NAVARRO ST. SUITE 200
VICTORIA, TX 77904


MISSION RESTAURANT SUPPLY
PO BOX 10310
SAN ANTONIO, TX 78210-0310


MISTI BEANLAND
MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS,&
BEANLAND, LLP
8131 LBJ FREEWAY, SUITE 700
DALLAS, TX 75251

ML ROOFING
6819 HIGHWAY BLVD., STE 660
KATY, TX 77494-8299


MOMENTUM RENTALS & SALES
809 SOUTH HWY 35
PORT LAVACA, TX 77979

MOORECO, INC
dba BEST-RITE CONTRACT DIVISION
PO DRAWER D
TEMPLE, TX 76503


MULDER FIRE PROTECTION, INC
5807 LA COLONIA
SAN ANTONIO, TX 78218


NAH SPORTS FLOORING, LLC
3528 E. TC JESTER BLVD
HOUSTON, TX 77018


NATALYA S. SHEDDAN
ALLENSWORTH & PORTER LLP
100 CONGRESS AVE., SUITE 700
AUSTIN, TX 78701


NATIONAL CONSTRUCTION RENTALS INC.
PO BOX 4503
PACOIMA, CA 91333


NATIONAL CREDIT SYSTEMS INC
PO BOX 312125
ATLANTA, GA 31131-2125


NEW FIRST NATIONAL BANK
10301 N.E. ZAC LENTZ PKWY
VICTORIA, TX 77904


O'REILLY AUTOMOTIVE, INC
PO BOX 9464
SPRINGFIELD, MO 65801-9464


ONEPOINTE SOLUTIONS, LLC
1112 SWENSON BLVD
ELGIN, TX 78621

OVENELL, BRYAN
dba CENTRAL TEXAS EROSION CONTROL (CTEC)
18018 FM 969
MANOR, TX 78653


PAC-VAN INC
75 REMITTANCE DR., STE. 3300
CHICAGO, IL 60675-3300


PARKER, MICHAEL
dba PARKERS CUSTOM STAINED & ETCHED GLAS
4006 STATHMORE DR.
SAN ANTONIO, TX 78217


PARKS COFFEE
PO BOX 110209
CARROLLTON TX 75011-0209


PAUL WILSON, ESQ
PR WILSON LAW FIRM P.C
323 W. CANO ST., 2ND FLOOR
EDINBURG, TX 78539


PEST SOLUTIONS, INC.
PO BOX 5371
VICTORIA, TX 77903-5371


PETERSON CONTRACTORS, INC
PO BOX A
REINBECK, IA 50669


PILSNER, BEVERLY
dba RENSLIP FIRE PROTECTION
4947 HWY 90
ALLEYTON, TX 78935


POWERS GOOLSBY ARCHITECTS
1824 UNIVERSAL CITY BLVD
UNIVERSAL CITY, TX 78148

PRAXAIR DISTRIBUTION, INC
DEPT. 0812
PO BOX 120812
DALLAS, TX 75312-0812


PRIME COAT II, LLC
PRIME COAT COATING SYSTEMS
1949 SWANSON COURT
GURNEE, IL 60031


PRIME FIVE PAINTING
15839 AUGUSTA CORNER
SAN ANTONIO, TX 78247


PRO TECH MECHANICAL, INC.
1622 SARATOGA BLVD
COPRUS CHRISTI, TX 78417


PRODIRT SERVICES LLC
PO BOX 1508
PFLUGERVILLE, TX 78691


PROFESSIONAL DEBT MEDIATION INC.
7948 BAYMEADOWS WAY, 2ND FLOOR
JACKSONVILLE, FL 32256-7518


PROTECTIVE POLYMER SOLUTIONS
PO BOX 17244
SUGARLAND, TX 77496


PYE-BARKER FIRE & SAFETY
6701 IMPERIAL DRIVE
WACO, TX 76712


QCTV CORP
PO BOX 691165
HOUSTON, TX 77269

QUANTA BUILDING GROUP, LLC
PO BOX 166858
IRVING, TX 75016-6858


QUANTA BUILDING PARTNERS, LLC
QUANTA BUILDING GROUP
201 NORTHWOOD DR.
APT. 2-434
FLOWER MOUND, TX 75022

R&S EXCAVATION LLC
PO BOX 459
BOERNE, TX 78006


R. CARSON FISK
ANDREWS MYERS
919 CONGRESS AVE. SUITE 1050
AUSTIN, TX 78701


R. HESTER CONTRACTORS, INC
210 TOLLE RD
CIBOLO, TX 78108


R. WES JOHNSON
GARNDER LAW
745 EAST MULBERRY AVE., SUITE 500
SAN ANTONIO, TX 78212-3154


RAIN KING, INC
PO BOX 192
VICTORIA, TX 77902-0192


RAIN SEAL MASTER ROOFING & SHEET METAL,
2306 PORT LAVACA DR
VICTORIA, TX 77901


RECEIVABLES CONTROL CORP
7373 KIRKWOOD COURT, SUITE 200
MINNEAPOLIS, MN 55369

```
RED DOT BUILDING SYSTEMS
1209 W. CORSICANA ST.
ATHENS, TX 75751



REGIONAL STEEL PRODUCTS, INC
PO BOX 3887
VICTORIA, TX 77903-3887



RENKEN'S NURSERY, INC
2701 SALEM RD
VICTORIA, TX 77904



REPUBLIC SERVICES #847
PO BOX 78829
PHOENIX, AZ 85062-8829



REX ZGARBA
COATS ROSE
TERRACE2, 2700 VIA FORTUNA, SUITE 350
AUSTIN, TX 78746



RHODES DRYWALL & PAINTING
1035 S. TX AVE
COLUMBUS, TX 78934



RICHARD WALLACE III, PARTNER
SCHEEF & STONE
500 NORTH AKARD, SUITE 2700
DALLAS, TX 75201



RICO, CHRISTIAN F
dba CR PUNCH CREW
2701 THOMAS AVENUE
PASADENA, TX 77506



RIDGE AV, LLC
715 DISCOVERY BLVD
STE. 502
CEDAR PARK, TX 78613
```

RK WEBB, LLC
14493 SO. PADRE ISLAND DR
STE A, PMB 508
CORPUS CHRISTI, TX 78418


ROBERT ALEX BASS
MICHALK, BEATTY & ALCOZER LP
3106 SOUTH W.S. YOUNG
BUILDING D, SUITE 401
KILLEEN, TX 76542

ROBERT D. GOEBEL CONTRACTOR
dba GOEBEL WOODWORK
1213 MCARTHUR ST
CUERO, TX 77954


ROLLINS, JARRETT
dba ROLLINS RENT A FENCE
PO BOX 6829
CORPUS CHRISTI, TX 78466


ROYAL AIR HOUSTON
12519 FM 529 RD
HOUSTON, TX 77041


RPM MANUFACTURING, LLC
2100 J&B DRIVE
SAN BENITO, TX 78586


RYAN C. SOLIS
LAW OFFICE OF RYAN C. SOLIS PLLC
1410 WEST DOVE AVE
MCALLEN, TX 78504


S&J FENCE CO
1825 NO. PADRE ISLAND DR.
CORPUS CHRISTI, TX 78408


S. ROBERT FLING
ATTORNEY AT LAW PLLC
PO BOX 411
KATY, TX 77492

```
SAM DRUGAN
WARREN, DRUGAN, & BARROWS P.C.
800 BROADWAY ST., SUITE 200
SAN ANTONIO, TX 78215-1241


SAN ANTONIO FLOOR FINISHERS, INC
214 WEST TURBO DR
SAN ANTONIO, TX 78216-3387


SANDHOP; GARLAND - CPA
608 N WELLS
EDNA, TX 77957-2719


SCHULENBURG GLASS COMPANY
409 SUMMIT
SCHULENBURG, TX 78956


SCOTT A. POWELL & CHRIS POWELL
dba PAGE STRIPING
PO BOX 4588
VICTORIA, TX 77903-4588


SCOTT ELECTRIC COMPANY
2001 N. PORT AVE.
CORPUS CHRISTI, TX 78403


SEAN B. McNELIS
MCNEILIS & ASSOCIATES
143 W SUNSET ROAD, SUITE 200
SAN ANTONIO, TX 78209


SECHRIST-HALL COMPANY
PO BOX 2347
HARLINGEN, TX 78551-2347


SERNA, CHRISTOPHER
dba S&S CUSTOM CABINETS
1641 N. CAMP
SEGUIN, TX 78155
```

SHELMARK ENGINEERING LLC
921 FM 517 ROAD EAST
DICKINSON, TX 77539


SHERWIN WILLIAMS #7355
3101 PAT BOOKER ROAD
UNIVERSAL CITY, TX 78148-2753


SHERWIN WILLIAMS #7436
707 E. MOCKINGBIRD LN.
VICTORIA, TX 77904-2144


SIGN INTERNATIONAL, INC
PO BOX 20054
BEAUMONT, TX 77720-0054


SIX FLAGS GLASS COMPANY
dba BS&G GLASS CO.
PO BOX 3462
VICTORIA, TX 77903-3462


SKELTON ENTERPRISES, INC
dba SKELTON FIRE ALARM
12000 CROWN POINT DR., STE. 125
SAN ANTONIO, TX 78233


SLATER PAINTING COMPANY, INC.
PO BOX 161542
AUSTIN, TX 78716-1542


SMITH HAMILTON, LLC
10534 SENTINEL DRIVE
SAN ANTONIO, TX 78217


SOUTH TEXAS SCHOOL FURNITURE
107 NORTH MAIN ST.
HALLETTSVILLE, TX 77964

SOUTH TEXAS STEEL SERVICE CO., LLC
PO BOX 2208
VICTORIA, TX 77902-2208


SOUTHERN CARLSON SYSTEMS, INC
PO BOX 744372
ATLANTA, GA 30374-4372


SOUTHERN STAR STEEL SERVICES, LLC
2102 S. OLD TEMPLE RD
LORENA, TX 76655


SOUTHPOINT RENTALS, LLC
PO BOX 511
KINGSVILLE, TX 78364


SPECIALTY DRILLING
PO BOX 753185
HOUSTON, TX 77275-3185


SPECTRUM
PO BOX 60074
CITY OF INDUSTRY, CA 91716-0074


SPECTRUM CORPORATION, ATTN
SCOREBOARD DIVISION
PO BOX 750456
HOUSTON, TX 77275-0456


SSC SIGNS & LIGHTING, LLC
2351 W. NORTHWEST HWY, #3320
DALLAS, TX 75220


STAND SURE CONSTRUCTION, LLC
1205 WEST AVE J
BELTON, TX 76513

STEFANIE DELEON
DBA ALL MIGHTY PLUMBING
707 W. ELM
EDNA, TX 77957


STRAIGHT LINE BUILDING SYSTEMS, INC
32916 FM 529
BROOKSHIRE TX 77423


SUDDENLINK BUSINESS
PO BOX 660365
DALLAS, TX 75266-0365


SUMMIT LOCKERS, INC.
138 McLEOD RD
COLUMBIA, SC 29203


SUPERIOR FENCE CO
dba DM3 ENTERPRISES, INC
139 DEWBERRY
VICTORIA, TX 77904


SUPREME CUSTOM FABRICATORS
SUPREME FIXTURES
PO BOX 193655
LITTLE ROCK, AR 72219


SUSTAINABLE SECURITY SOLUTIONS, INC
1107 BASSE RD
SAN ANTONIO, TX 78212


SYNTER RESOURCE GROUP LLC
PO BOX 63247
NORTH CHARLESTON, SC 29419-3247


SYSTEMS 2011 HOLDING LP
dba SYSTEMS PAINTERS
PO BOX 26
NEW ULM, TX 78950

T OF V, LLC
dba TOYOTA OF VICTORIA
5902 N. NAVARRO ST
VICTORIA, TX 77904


T.H. WILLIS COMPANY INC
PO BOX 1330
LAMPASAS, TX 76550


TCR- THE BEST ALARM
1416 HOUSTON
LAREDO, TX 78040


TED HOLLEN
THE CASEY PROFESSIONAL BUILDING
20624 FM 1431, SUITE 9
LAGO VISTA, TX 78645


TENSO SHADE LLC
17595 W. BLANCO RD., STE. 300
SAN ANTONIO, TX 78232


TESCO INDUSTRIES, LLC
1035 HACIENDA ST
BELLVILLE, TX 77418


TEXAN GLASS & SOLAR CONTROL
24625 BUDDE RD
THE WOODLANDS, TX 77380


TEXAS CUTTING & CORING, LP
7705 FM 482
NEW BRAUNFELS, TX 78132


TEXAS FIRST RENTALS, LLC
PO BOX 650869
DALLAS, TX 75265-0869

TEXAS GLASS & TINTING
DONALD DAY, INC
103 E. MOCKINGBIRD LN., STE B
VICTORIA, TX 77904


TEXAS MECHANICAL INSULATION
10907 RED MUSKET TRAIL
SAN ANTONIO, TX 78245


TEXAS METAL TECH, INC
12120 BAMMEL NORTH HOUSTON RD
HOUSTON, TX 77066


TEXAS SAFFIRE, LLC
14014 PINEHURST LANE
MAGNOLIA, TX 77354


TEXAS SCENIC COMPANY, INC
PO BOX 680008
SAN ANTONIO, TX 78268-0008


TEXAS STATE PLUMBING CO
PO BOX 247
SAN MARCOS, TX 78667


TEXAS THRONE, LLC
PO BOX 997
PORTLAND, TX 78374


TEXAS TOOL & HARDWARE, INC
PO BOX 3465
VICTORIA, TX 77903-3465


TEXAS VA ELECTRICAL, LLC
217 S RIVER ST, STE M5
SEGUIN TX 78155

THE GLASS DESIGNER FAMILY LLC
5600 N. SCHUERBACH RD
MISSION TX 78574


THOMAS MITCHELL WEBB
dba BETTER GARDENS IRRIGATION
 502 MEAD RD
VICTORIA, TX 77904


THOMAS WALTHALL, JR
SANDERFORD & CARROLL, P.C
1100 NE LOOP 410, SUITE 550
SAN ANTONIO, TX 78209


THYSSENKRUPP ELEVATOR CORP.
3100 INTERSTATE N, CIRCLE SE
SUITE 500
ATLANTA, GA 30339


TOMAN BROTHERS, INC
2307 BANDERA ROAD, STE. 104
SAN ANTONIO, TX 78228


TOMCO, INC
3430 COPELAND
SAN ANTONIO, TX 78219


TONNE AIR CONDITIONING & HEATING LTD
718 CANTWELL LANE
CORPUS CHRISTI, TX 78408


TRAVELERS BONDING
1500 Market Street
29th Floor West Tower (Mail Code 1166)
Philadelphia, PA 19102
Attn: Joshua M. Pantesco

TREVOR G. GREEN PLLC
5920 W WILLIAM CANNON DRIVE BLDG 6, SUIT
AUSTIN, TX 78749

```
UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001



UNITED RENTALS (NA), INC. - RSC
PO BOX 840514
DALLAS, TX 75284-0514



UNITED SITE SERVICES OF TEXAS
PO BOX 660475
DALLAS, TX 75266-0475



URBAN SURVEYING, INC
2004 N. COMMERCE ST
VICTORIA, TX 77901-5510



VALLEY SO. TX. INTERIORS, INC
219 S. NEBRASKA
SAN JUAN, TX 78589



VANGUARD FIRE SYSTEMS, LP
2340 PATTERSON INDUSTRIAL DR
PFLUGERVILLE, TX 78660



VARNI ROOFING, INC
1448 S. STATE HWY 46
NEW BRAUNFELS, TX 78130



VAZQUEZ, VICENTE
dba V VAZQUEZ PAINTING
5963 PADRE DR
SAN ANTONIO, TX 78214



VCS SECURITY SYSTEMS, INC
302 KERH BLVD
VICTORIA, TX 77904
```

VERASTEGUI, JUAN
dba JV CONTRACTING
2108 PLEASANT GREEN
VICTORIA, TX 77901


VICTORIA AIR CONDITIONING LTD
200 S. BEN JORDAN ST.
VICTORIA, TX 77901-8649


VICTORIA COMMUNICATION SERVICES, INC
302 KERH BLVD
VICTORIA, TX 77904


VILLA, JUAN F
dba VILLA'S DRYWALL
642 W. PYRON
SAN ANTONIO, TX 78221


VILLARREAL, MEDARDO
dba STI COOLING & HEATING
5220 N. INSPIRATION RD
MISSION, TX 78573


VILLEGAS, ISAIAS
dba CHALKLINE STRIPING
PO BOX 1712
PHARR, TX 78577


VISUAL SOLUTIONS
403 E. RAMSEY RD., STE. 108
SAN ANTONIO, TX 78216


W.S. STEEL ERECTION, LLC
PO BOX 593497
SAN ANTONIO, TX 78259-3497


WALLACE ELECTRIC SERVICES, LLC
PO BOX 1643
GONZALES, TX 78629

WASTE MANAGEMENT OF TEXAS
PO BOX 660345
DALLAS, TX 75266-0345


WATERLOO PLASTERING INC
PO BOX 342252
AUSTIN, TX 78734


WESTERN STATES FIRE PROTECTION
141 WINDY MEADOWS DR
SCHERTZ, TX 78154


WEX BANK
PO BOX 4337
CAROL STREAM, IL 60197-4337


WHEELER, WILLIAM W
dba GW WHEELER & SONS PLUMBERS, LLC
504 E. SANTA ROSA
VICTORIA, TX 77901


WHISPERING CREEK VILLAS
5303 HAMILTON WOLFE RD.
SAN ANTONIO, TX 78229-4419


WHP TRAINING TOWERS
9130 FLINT ST
OVERLAND PARK, KS 66214


WILLIAM COLE LEINNEWEBER
dba CL CONCRETE
1105 QUAIL RUN
SAN MARCOS, TX 78666


WILLIAM SOMMERS
LANGLEY & BANACK INC
745 EAST MULBERRY, STE 700
SAN ANTONIO, TX 78212-3166

```
WILLIAMS SCOTSMAN, INC
PO BOX 91975
CHICAGO, IL 60693-1975


WORKPLACE RESOURCE, LLC
4400 NE LOOP 410, STE. 130
SAN ANTONIO, TX 78218


WORLDWIDE PEST CONTROL, INC
5808 IH 10 W
SAN ANTONIO, TX 78210


YORK METAL FABRICATORS, INC
PO BOX 18149
OKLAHOMA CITY, OK 73154-8149


Z FLOOR CO., LTD
350 BETCHAN AVE
LAKE DALLAS, TX 75065


ZARSKY LUMBER COMPANY, INC
PO BOX 2527
VICTORIA, TX 77902-2527
```