**Fill in this information to identify the case**

Debtor name **Don Krueger Construction Co.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-60023**
(if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                                                      **$500.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- |
   | 3.1. **See detailed information regarding Debtor's Bank Accounts attached hereto as Exhibit 1, and incorporated herein for all purposes.** | | __ __ __ __ | **$1,172,063.30** |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$1,172,563.30**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor **Don Krueger Construction Co.**        Case number (if known) **20-60023**

Name

| | | Current value of debtor's interest |
|---|---|---|

**7.** **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

8.1. **Automobile Insurance paid to Progressive Insurance. (Paid as refund to Trustee after Bankruptcy filing)**            **$2,914.00**

**9.** **Total of Part 2.**

   Add lines 7 through 8.  Copy the total to line 81.        **$2,914.00**

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**11.** **Accounts receivable\***     (\*See detailed information regarding Debtor's Accounts Receivable attached hereto as Exhibit 2, and incorporated herein for all purposes)     Current value of debtor's interest

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$18,340.55** | − | **$0.00** | = ·············· ➔ | **$18,340.55** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$7,602,487.21** | − | **$300,000.00** | = ·············· ➔ | **$7,302,487.21** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        **$7,320,827.76**

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:             % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

**17.** **Total of Part 4**

   Add lines 14 through 16.  Copy the total to line 83.        **$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Debtor  **Don Krueger Construction Co.** _____   Case number (if known)  **20-60023** _____
      Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Building Materials** | | | **Market** | **$3,500.00** |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Electrical and Construction Supplies** | | $240,000.00 | **Market** | $123,500.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

| | $127,000.00 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  _Examples:_ Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor   **Don Krueger Construction Co.**
_____   Case number (if known)   **20-60023**
Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

| **See items in detailed list of Debtor attached hereto as Exhibit 3, and incorporated herein for all purposes.** | | Market | $12,000.00 |
|---|---|---|---|

40. **Office fixtures**

| **See items in detailed list of Debtor attached hereto as Exhibit 3, and incorporated herein for all purposes.** | | Market | $5,000.00 |
|---|---|---|---|

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| **See items in detailed list of Debtor attached hereto as Exhibit 3, and incorporated herein for all purposes.** | | Market | $24,000.00 |
|---|---|---|---|

42. **Collectibles**   _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $41,000.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **See Debtor's detailed list attached hereto as Exhibit 4 (shaded portion), and incorporated herein for all purposes.** | | Blue Book | $186,750.00 |
|---|---|---|---|---|

Debtor   **Don Krueger Construction Co.**   Case number (if known)   **20-60023**
_____          _____
Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**See Debtor's detailed list attached hereto as
Exhibit 4 (unshaded portion) and Exhibit 5, and
incorporated herein for all purposes.**                   Market          $502,275.00

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                              $689,025.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1508 N Ben Jordan**<br>**Improved Lot**<br>**Gulf Coast Ind Park 1 W 1/2 of Lot 6**<br>**Block 3, Victoria, Victoria County,**<br>**Texas** | Fee Simple | | CAD | $65,560.00 |
| 55.2. **100 Profit**<br>**Unimproved Lot**<br>**Gulf Coast Ind Park 1 Lot 1 Block 3,**<br>**Victoria, Victoria County, Texas** | Fee Simple | | CAD | $9,230.00 |
| 55.3. **205 Profit**<br>**Office Building and Lot**<br>**Gulf Coast Ind Park 1 Lot 2 & Lot 3**<br>**Block 3, Victoria, Victoria County,**<br>**Texas** | Fee Simple | | CAD | $605,620.00 |
| 55.4. **Wildwood**<br>**Improved Lot**<br>**Gulf Coast Ind Park 1 Lot 5 Block 3,**<br>**Victoria, Victoria County, Texas** | Fee Simple | | CAD | $11,160.00 |
| 55.5. **1508 N Ben Jordan**<br>**Improved Lot**<br>**Gulf Coast Ind Park 1 E 1/2 of Lot 6**<br>**Block 3, Victoria, Victoria County,**<br>**Texas** | Fee Simple | | CAD | $20,740.00 |

Debtor   **Don Krueger Construction Co.**                              Case number (if known)   **20-60023**
_____                              _____
Name

| | | | | |
|---|---|---|---|---|
| 55.6. | **1510 N Ben Jordan**<br>**Improved Lot**<br>**Gulf Coast Ind Park 1 Lot 7 Block 3,**<br>**Victoria, Victoria County, Texas** | Fee Simple | CAD | $35,340.00 |
| 55.7. | **201 Profit**<br>**Unimproved Lot**<br>**Gulf Coast Ind Park 1 E 160' of Lot 4**<br>**Block 3, Victoria, Victoria County,**<br>**Texas** | Fee Simple | CAD | $4,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.      | **$751,650.00** |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.      | **$0.00** |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:   All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Debtor  **Don Krueger Construction Co.**                                    Case number (if known)  **20-60023**
        _____
        Name

                                                                             Current value of
                                                                             debtor's interest

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Federal Tax Credit**                                            Tax year  **2015**          $51,905.00

**73.  Interests in insurance policies or annuities**

**Property Insurance - Century Surety Company (Towerstone) - 205 Profit, Victoria, Texas 77901**          $0.00

**Builders Risk Policy for Lampasas Jail through Frost Insurance.**                              $0.00

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**Insurance claim against CNA Insurance.**                                          $15,210.38

Nature of claim       **Damage to Truck**

Amount requested      **$15,210.38**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
      including counterclaims of the debtor and rights to set off claims**

**Claim against Consolidated Electrical Distributors, Inc. for wire and other supplies held in its
warehouse owned by KGS Electrical.**                                               **Unknown**

Nature of claim       **Conversion**

Amount requested      **$29,521.00**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**Texas Mutual Insurance (Workers Compensation Dividend). (Paid to Trustee after Bankruptcy
filing)**                                                                         $8,062.52

**78.  Total of Part 11.**                                                        $75,177.90
      Add lines 71 through 77.  Copy the total to line 90.

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

Debtor   **Don Krueger Construction Co.**                                  Case number (if known) __20-60023__
                  Name

---

<span style="background:black;color:white">**Part 12:**</span> **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,172,563.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,914.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,320,827.76 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $127,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $41,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $689,025.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................➔ | | $751,650.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $75,177.90 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $9,428,507.96 **+** 91b. | $751,650.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................... | | **$10,180,157.96** |

---

Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 8

**Fill in this information to identify the case:**

Debtor name **Don Krueger Construction Co.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-60023**
(if known)

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1.** **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

Creditor's name

_____

Creditor's mailing address

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred

_____

Last 4 digits of account number

___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

_____

Describe the lien

_____

_____

Is the creditor an insider or related party?

☐ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$0.00**

**Fill in this information to identify the case:**

Debtor **Don Krueger Construction Co.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-60023**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | _____ | _____ |

_____
_____        ☐ Contingent
_____        ☐ Unliquidated
_____        ☐ Disputed
_____

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( _____ )

Debtor   **Don Krueger Construction Co.**                              Case number (if known)   **20-60023**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,646.25 |
|---|---|---|---|

**461 HOLDINGS, LLC**

 **dba 461 ECO-CLEAN**

**3314 CORYELL COVE**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**SAN ANTONIO**          **TX**      **78253**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred   **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $147,213.30 |
|---|---|---|---|

**4MC ENTERPRISES INC.**

**PO BOX 109**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**RED ROCK**          **TX**      **78662**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred   **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,002.85 |
|---|---|---|---|

**A&S UNDERGROUND LLC**

**PO BOX 236**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**COPPERAS COVE**          **TX**      **76522**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred   **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Retainage Only

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,832.80 |
|---|---|---|---|

**A. BARGAS & ASSOCIATES LLC**

**PO BOX 792056**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**SAN ANTONIO**          **TX**      **78279-2056**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred   **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Retainage Only

---

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,630.00 |

A.Z. REBAR CONSTRUCTION INC

5627 HOLLY RD.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

CORPUS CHRISTI        TX      78412

Basis for the claim:
Collection Account

Date or dates debt was incurred     2017

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Retainage Only

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119,477.13 |

A/C TECHNICAL SERVICES LLC

PO BOX 1535

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

CASTROVILLE        TX      78009

Basis for the claim:
Collection Account

Date or dates debt was incurred     2017

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,637.51 |

AC DISTRIBUTION INC.

dba AIR PRO MECHANICAL

5638 BEAR LANE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

CORPUS CHRISTI        TX      78405

Basis for the claim:
Collection Account

Date or dates debt was incurred     2019

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.88 |

ACCURATE PAVEMENT STRIPING

C/O SOUTHSTAR FINANCIAL, LLC

PO BOX 2323

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

MT PLEASANT        SC      29465

Basis for the claim:
Collection Account

Date or dates debt was incurred     7/2019

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

Debtor    **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,525.00** |

**ACE FABRICATORS, INC.**

**7010 FURAY ROAD**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

| **HOUSTON** | **TX** | **77016** | **Collection Account** |

Date or dates debt was incurred      **2018**          Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,735.40** |

**ADS MARTIN LLC**

**PO BOX 247**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

| **GEORGETOWN** | **TX** | **78627** | **Collection Account** |

Date or dates debt was incurred      **2017**          Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,290.68** |

**ADVANCED COMMUNICATIONS & CABLING INC.**

**PO BOX 697**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **SAN ANTONIO** | **TX** | **78293-0697** | **Collection Account** |

Date or dates debt was incurred      **2019**          Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,210.75** |

**ADVANCED DRYWALL SYSTEMS INC.**

**12900 TRAILS END ROAD**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **LEANDER** | **TX** | **78641** | **Collection Account** |

Date or dates debt was incurred      **2019**          Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.13 | Nonpriority creditor's name and mailing address |

ADVANCED PUMPING, LLC

PO BOX 10423

CORPUS CHRISTI          TX     78460

Date or dates debt was incurred     8/2019

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,907.55**

---

| 3.14 | Nonpriority creditor's name and mailing address |

AIR COMMUNICATIONS CO. INC.

11376 PAT GEORGE BLVD.

CONROE          TX     77303-5466

Date or dates debt was incurred     2019

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,786.80**

---

| 3.15 | Nonpriority creditor's name and mailing address |

AIR TECHNOLOGIES INC.

PO BOX 129

MANCHACA          TX     78652

Date or dates debt was incurred     8/2019

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$29,125.00**

---

| 3.16 | Nonpriority creditor's name and mailing address |

AIRGAS USA, LLC

PO BOX 734671

DALLAS          TX     75373-4671

Date or dates debt was incurred     2019

Last 4 digits of account number     7  2  0  7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$387.50**

---

Debtor   **Don Krueger Construction Co.**                     Case number (if known)   **20-60023**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$5,175.00**

**ALAMO DOOR SYSTEMS OF TEXAS INC.**

**16358 NACOGDOCHES ROAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SAN ANTONIO**              **TX**     **78247**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred     **11/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,889.14**

**ALAMO LUMBER COMPANY**

**PO BOX 17258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SAN ANTONIO**              **TX**     **78217**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred     **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0   7   1   4**

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,644.13**

**ALAZAN BUILDERS LP**

**PO BOX 3922**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CORPUS CHRISTI**            **TX**     **78463**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred     **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,160.00**

**ALLIANCE SPECIALIZED SYSTEMS**

**602 N McCOLL RD.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**MCALLEN**                  **TX**     **78501**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred     **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**AMBROSE CONSTRUCTION LTD.**

**518 S ENTERPRISE PKWY, SUITE B**

**CORPUS CHRISTI**          **TX**     **78405**

Date or dates debt was incurred          **2018**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$165,384.05**

---

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**AMERICAN ABATEMENT**

**1315 WEST BLANCO**

**SAN ANTONIO**          **TX**     **78232**

Date or dates debt was incurred          **9/2018**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$6,129.00**

---

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**AMERICAN ALL STAR GYMNASTICS**

**7150 NORTH I35**

**NEW BRAUNFELS**          **TX**     **78130**

Date or dates debt was incurred          **2018-2019**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**AMERICAN EXPRESS**

**PO BOX 650448**

**DALLAS**          **TX**     **75265-0448**

Date or dates debt was incurred          **2019**

Last 4 digits of account number          **1   0   0   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$274,657.95**

---

Debtor   **Don Krueger Construction Co.**                              Case number (if known)  **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                         Amount of claim

---

| 3.25 | Nonpriority creditor's name and mailing address |

**AMERICAN INTERIORS, INC.**

**12910 FLAGSHIP**

**SAN ANTONIO**           **TX**     **78247**

Date or dates debt was incurred      **2017**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$96,019.00**

---

| 3.26 | Nonpriority creditor's name and mailing address |

**AMES BONNER CONTRUCTION**

**JAMES BONNER**

**1823 NAEGELEN ROAD**

**LYTLE**                **TX**     **78052**

Date or dates debt was incurred      **2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,349.00**

---

| 3.27 | Nonpriority creditor's name and mailing address |

**AQUATECH WATERPROOFING**

**1810 NORTH CR 122**

**ROUND ROCK**           **TX**     **78665**

Date or dates debt was incurred      **2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,340.16**

---

| 3.28 | Nonpriority creditor's name and mailing address |

**ARANSAS PASS ISD**

**430 S EIGHTH ST**

**ARANSAS PASS**         **TX**     **78336**

Date or dates debt was incurred      **2017-2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __**Don Krueger Construction Co.**_____     Case number (if known) __**20-60023**_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__ARCASE INC._____

__1007 W ASHBY PLACE_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__SAN ANTONIO_____ **TX**___ **78212**____   __Collection Account_____

Date or dates debt was incurred    __03/2019_____   Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __   ☑ No
☐ Yes

**$85.46**

---

| 3.30 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__ARCHITECTURAL DVISION 8_____

__2425 BROCKTON, SUITE 101_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__SAN ANTONIO_____ **TX**___ **78217**____   __Collection Account_____

Date or dates debt was incurred    __2018_____   Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __   ☑ No
☐ Yes

**$55,413.86**

---

| 3.31 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__ARGOSY FLOOR COVERING, LLC_____

__6831 BREEDEN_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__SAN ANTONIO_____ **TX**___ **78216**____   __Collection Account_____

Date or dates debt was incurred    __2017_____   Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __   ☑ No
☐ Yes

**$17,423.32**

---

| 3.32 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__ASTON MARBLE & GRANITE LLC_____

__3625 S PORT_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__CORPUS CHRISTI_____ **TX**___ **78415**____   __Collection Account_____

Date or dates debt was incurred    __2019_____   Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __   ☑ No
☐ Yes

**$2,259.54**

---

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33**   Nonpriority creditor's name and mailing address

**AT&T MOBILITY LLC**

**PO BOX 6463**

**CAROL STREAM**        **IL**     **60197-6463**

Date or dates debt was incurred        **2020**

Last 4 digits of account number        **4    7    1    1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,847.56**

---

**3.34**   Nonpriority creditor's name and mailing address

**AT&T U-VERSE**

**PO BOX 5014**

**CAROL STREAM**        **IL**     **60197**

Date or dates debt was incurred        **2020**

Last 4 digits of account number        **6    4    8    4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$217.94**

---

**3.35**   Nonpriority creditor's name and mailing address

**AUSTIN COATINGS INC**

**PO BOX 140765**

**AUSTIN**        **TX**     **78714-0765**

Date or dates debt was incurred        **2019**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$95,368.00**

---

**3.36**   Nonpriority creditor's name and mailing address

**AUSTWELL TIVOLI ISD**

**207 REDFISH ST**

**TIVOLI**        **TX**     **77900**

Date or dates debt was incurred        **2016-0219**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $171,618.72 |

**AVADEK**

**dba of Luebe-Jones Inc.**

**12130 GALVESTON RD, BLDG 1**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **WEBSTER** | **TX** | **77598** |

Basis for the claim:
**Collection Account**

Date or dates debt was incurred **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,175.00 |

**BBA ARCHITECTS L.P.**

**1702 SOUTH MARKET STREET**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **BRENHAM** | **TX** | **77833** |

Basis for the claim:
**Collection Account**

Date or dates debt was incurred **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,656.74 |

**BD HOLT CO**

**dba HOLT CAT**

**PO BOX 650345**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **DALLAS** | **TX** | **75265-0345** |

Basis for the claim:
**Collection Account**

Date or dates debt was incurred **9/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number **4** **0** **2** **0**

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,727.71 |

**BEASLEY TIRE SERVICE HOUSTON**

**11802 EASTEX FREEWAY**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **HOUSTON** | **TX** | **77039** |

Basis for the claim:
**Collection Account**

Date or dates debt was incurred **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number **3** **1** **8** **8**

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68,486.93 |

BECKWITH ELECTRONIC ENGINEERING CO.

5050 BECKWITH BLVD.

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

SAN ANTONIO            TX      78249

Basis for the claim:
Collection Account

Date or dates debt was incurred      **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,893.40 |

BELDON ROOFING COMPANY

5039 WEST AVE

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

SAN ANTONIO            TX      78213

Basis for the claim:
Collection Account

Date or dates debt was incurred      **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,891.33 |

BELL COUNTY GLASS COMPANY INC.

PO BOX 2468

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

HARKER HEIGHTS          TX      76548

Basis for the claim:
Collection Account

Date or dates debt was incurred      **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $502,791.43 |

BIG STATE ELECTRIC LTD

8923 AERO STREET

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

SAN ANTONIO            TX      78217

Basis for the claim:
Collection Account

Date or dates debt was incurred      **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**BILL & KELLY VON GONTEN**

**11740 DUART DR**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**HOUSTON**            **TX**     **77024**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,502.37 |

**BINSWANGER GLASS**

**4019 BRETT STREET**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CORPUS CHRISTI**       **TX**     **78411**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **12/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     **8   9   5   1**

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,503.00 |

**BLUDAU FABRICATION**

**PO BOX 255**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**HALLETTSVILLE**        **TX**     **77964**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,677.44 |

**BNR CONCRETE POLISHING LLC**

**PO BOX 166858**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**IRVING**            **TX**     **75016-6858**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

Debtor   **Don Krueger Construction Co.**                      Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      **Amount of claim**

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,630.51 |

*Check all that apply.*

**BOND; JERRY**

**2375 MESQUITE PASS**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**SEGUIN**          **TX**    **78155**          Collection Account

Date or dates debt was incurred    **2019**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☒ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**BT CHURCH**

**2001 TRENTON RD**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**MCALLEN**          **TX**    **78504**          Collection Account

Date or dates debt was incurred    **2019**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☒ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**CALVIN & CHERYL DEVRIES**

**6649 SEACOMBER DR**

**UNIT 208**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**PORT ARANSAS**          **TX**    **78375**          Collection Account

Date or dates debt was incurred    **2019**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☒ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,732.51 |

*Check all that apply.*

**CAMACHO DEMOLITION LLC**

**5113 AGNES ST.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**CORPUS CHRISTI**          **TX**    **78405**          Collection Account

Date or dates debt was incurred    **2017**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☒ No
☐ Yes

---

Debtor   **Don Krueger Construction Co.**                              Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**CAMP CAMP**

**2525 LADD ST, BUILDING 3850**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**SAN ANTONIO**          **TX**     **78236**        Collection Account

Date or dates debt was incurred    **2018-2019**        Is the claim subject to offset?
                                                        ☑ No
Last 4 digits of account number    __ __ __ __        ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$101,910.59

**CARDENAS MASONRY INC.**

**PO BOX 1328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**MCALLEN**          **TX**     **78505-1328**        Collection Account

Date or dates debt was incurred    **2018**        Is the claim subject to offset?
                                                    ☑ No
Last 4 digits of account number    __ __ __ __        ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$1,314.65

**CARRILLO'S CLEANING SERVICES**

**7015 MILL STREAM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**SAN ANTONIO**          **TX**     **78238**        Collection Account

Date or dates debt was incurred    **2019**        Is the claim subject to offset?
                                                    ☑ No
Last 4 digits of account number    __ __ __ __        ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$46,334.25

**CARROLL SYSTEMS**

**4603 COMMERCIAL PARK DR.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**AUSTIN**          **TX**     **78724**        Collection Account

Date or dates debt was incurred    **2019**        Is the claim subject to offset?
                                                    ☑ No
Last 4 digits of account number    __ __ __ __        ☐ Yes

---

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |

*Check all that apply.*

**CASTRO; JULIO**

**PO BOX 2083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **LYTLE** | **TX** | **78052** |

Collection Account

| Date or dates debt was incurred | **2019** |

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| Last 4 digits of account number | __ __ __ __ |

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,251.07 |

*Check all that apply.*

**CEDAR PARK OVERHEAD DOORS**

**1408 N BELL BLVD**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **CEDAR PARK** | **TX** | **78613** |

Collection Account

| Date or dates debt was incurred | **11/2019** |

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| Last 4 digits of account number | __ __ __ __ |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,849.80 |

*Check all that apply.*

**CEN-TEX MASONRY, INC.**

**1965 ROCKRIDE LANE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **GEORGETOWN** | **TX** | **78626** |

Collection Account

| Date or dates debt was incurred | **2019** |

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| Last 4 digits of account number | __ __ __ __ |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,252.40 |

*Check all that apply.*

**CENTRAL BACKHOE & UTILITIES, LTD**

**10080 BRAUN ROAD**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

| **SAN ANTONIO** | **TX** | **78254** |

Collection Account

| Date or dates debt was incurred | **2017** |

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| Last 4 digits of account number | __ __ __ __ |

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61**   Nonpriority creditor's name and mailing address

**CHANEK, RON**

**dba CROSSROADS II**

**PO BOX 7024**

**VICTORIA**                **TX**        **77903**

Date or dates debt was incurred          **2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,100.00**

---

**3.62**   Nonpriority creditor's name and mailing address

**CHASE CARD SERVICES**

**PO BOX 94014**

**PALATINE**                **IL**        **60094-4014**

Date or dates debt was incurred          **2020**

Last 4 digits of account number      **1**   **4**   **5**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,796.69**

---

**3.63**   Nonpriority creditor's name and mailing address

**CHIEF FIRE SYSTEMS INC**

**PO BOX 419**

**PINEHURST**                **TX**        **77362-0419**

Date or dates debt was incurred          **2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,167.15**

---

**3.64**   Nonpriority creditor's name and mailing address

**CHOATE USA**

**PO BOX 118114**

**CARROLLTON**                **TX**        **75011**

Date or dates debt was incurred          **2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$107,018.93**

---

Debtor   **Don Krueger Construction Co.**                              Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.65**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                              **$0.00**
                                                                  *Check all that apply.*
**CHRIS & SHANNON BUSH**                                           ☐ Contingent
**PO DRAWER 1007**                                                 ☐ Unliquidated
                                                                  ☑ Disputed

                                                                  Basis for the claim:
**REFUGIO**                    **TX**    **78377**                 Collection Account

Date or dates debt was incurred    **2017-2019**                  Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

---

**3.66**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                             **$224.39**
                                                                  *Check all that apply.*
**CINTAS CORPORATION NO. 2**                                       ☐ Contingent
**dba CINTAS FIRST AID**                                           ☐ Unliquidated
**PO BOX 631025**                                                  ☐ Disputed

                                                                  Basis for the claim:
**CINCINNATI**                 **OH**    **45263-1025**            Collection Account

Date or dates debt was incurred    **12/2019**                    Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    **1** **8** **1** **1**        ☐ Yes

---

**3.67**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                          **$49,274.90**
                                                                  *Check all that apply.*
**CIRCLE C MILLWORK INC.**                                         ☐ Contingent
**PO BOX 1119**                                                    ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  Basis for the claim:
**ADKINS**                     **TX**    **78101**                 Collection Account

Date or dates debt was incurred    **2019**                       Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

---

**3.68**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                           **$2,027.50**
                                                                  *Check all that apply.*
**CLARIDGE PRODUCTS & EQUIPMENT INC.**                             ☐ Contingent
**180 N SHERMAN AVE**                                              ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  Basis for the claim:
**CORONA**                     **CA**    **92882**                 Collection Account

Date or dates debt was incurred    **2019**                       Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

---

Debtor   **Don Krueger Construction Co.**                                        Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,208.00** |

**CNA INSURANCE**

**PO BOX 74007619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**CHICAGO**            **IL**      **60674-7619**      **Collection Account**

Date or dates debt was incurred      **3/2020**        Is the claim subject to offset?

Last 4 digits of account number      **0   9   1   1**     ☑ No
                                                          ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,444.00** |

**COASTAL A.D.S. INC.**

**PO BOX 9232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**CORPUS CHRISTI**       **TX**      **78469-9232**      **Collection Account**

Date or dates debt was incurred      **4/2019**        Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __      ☑ No
                                                          ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**COASTAL COMMUNITY CHURCH**

**PO BOX 2100**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**GALVESTON**       **TX**      **77553**      **Collection Account**

Date or dates debt was incurred      **2019**        Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __      ☑ No
                                                          ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,949.85** |

**COASTAL SHORING INC.**

**4035 NACO PERRIN #102A**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**SAN ANTONIO**       **TX**      **78217**      **Collection Account**

Date or dates debt was incurred      **2017**        Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __      ☑ No
                                                          ☐ Yes

Debtor   **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.73**   Nonpriority creditor's name and mailing address

**COLUMBIA ELECTRIC SUPPLY**

**8610 BROADWAY, STE 200**

**SAN ANTONIO**          **TX**     **78217**

Date or dates debt was incurred     **2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Collection Account**

Is the claim subject to offset?

☑ No
☐ Yes

**$246,805.71**

---

**3.74**   Nonpriority creditor's name and mailing address

**COMMERCIAL METALS COMPANY**

**DEPT. 1439**

**PO BOX 844579**

**DALLAS**          **TX**     **75284-4579**

Date or dates debt was incurred     **12/2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Collection Account**

Is the claim subject to offset?

☑ No
☐ Yes

**$9,100.47**

---

**3.75**   Nonpriority creditor's name and mailing address

**CONQUEST DEMOLITION INC.**

**271 COMMERCIAL DRIVE**

**BUDA**          **TX**     **78610**

Date or dates debt was incurred     **2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Collection Account**

Is the claim subject to offset?

☑ No
☐ Yes

**$2,414.00**

---

**3.76**   Nonpriority creditor's name and mailing address

**CONTINENTAL QUARRIES, INC.**

**PO BOX 37**

**FLORENCE**          **TX**     **76527-0037**

Date or dates debt was incurred     **11/2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Collection Account**

Is the claim subject to offset?

☑ No
☐ Yes

**$2,234.00**

---

Debtor  **Don Krueger Construction Co.**      Case number (if known)   **20-60023**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | |
|---|---|
| **3.77**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**CONVERGINT TECHNOLOGIES LLC**

**35257 EAGLE WAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$267,876.19**

Basis for the claim:

**CHICAGO**      IL     60678-1352     **Collection Account**

Date or dates debt was incurred    **2018**     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

---

| | |
|---|---|
| **3.78**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**CORPUS CHRISTI BUILDERS HARDWARE INC.**

**PO BOX 271418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$66.00**

Basis for the claim:

**CORPUS CHRISTI**     TX    78427-1418    **Collection Account**

Date or dates debt was incurred    **10/2019**    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

---

| | |
|---|---|
| **3.79**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**CORPUS CHRISTI STAMP WORKS**

**PO BOX 2189**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$23,136.40**

Basis for the claim:

**CORPUS CHRISTI**     TX    78403-2189    **Collection Account**

Date or dates debt was incurred    **2019**    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

---

| | |
|---|---|
| **3.80**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**COURTESY CAR WASH**

**dba VICTORIA CAR WASH SERVICES LLC**

**7102 N NAVARRO**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$115.80**

Basis for the claim:

**VICTORIA**     TX    77904    **Collection Account**

Date or dates debt was incurred    **11/2019**    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

---

Debtor   **Don Krueger Construction Co.**                          Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,280.00 |
|------|---|---|---|

**CRAIG ELECTRIC SERVICE**

**5804 BABCOCK ROAD #408**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**SAN ANTONIO**            **TX**    **78240**            Collection Account

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,975.00 |
|------|---|---|---|

**CROSSROADS SPECIALITIES LLC**

**PO BOX 5008**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**VICTORIA**            **TX**    **77903-5008**            Collection Account

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $970.53 |
|------|---|---|---|

**CROSSROADS TIRE SERVICE**

**8806 N NAVARRO, STE 600-222**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**VICTORIA**            **TX**    **77904**            Collection Account

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,442.65 |
|------|---|---|---|

**CRT FLOORING**

**5625 HOLLY RD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

**CORPUS CHRISTI**            **TX**    **78412**            Collection Account

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **Don Krueger Construction Co.**                                   Case number (if known)  **20-60023**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.85**   Nonpriority creditor's name and mailing address

**D&F INDUSTRIES, INC.**

**3106 N SUGAR RD.**

_____

**PHARR**                 **TX**     **78577**

**Date or dates debt was incurred**        **2019**

**Last 4 digits of account number**   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☒ No
☐ Yes

$114,442.30

---

**3.86**   Nonpriority creditor's name and mailing address

**D&M OWENS INC.**

**PO BOX 311353**

_____

**NEW BRAUNFELS**        **TX**     **79131**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☒ No
☐ Yes

$59,491.55

---

**3.87**   Nonpriority creditor's name and mailing address

**D&M STRIPING LLC**

**114 CLOUD ST.**

_____

**LAMPASAS**              **TX**     **76550**

**Date or dates debt was incurred**        **12/2019**

**Last 4 digits of account number**   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☒ No
☐ Yes

$187.50

---

**3.88**   Nonpriority creditor's name and mailing address

**D-7 ROOFING LLC**

**5470 LINCOLN ST.**

_____

**DENVER**                **CO**     **80216**

**Date or dates debt was incurred**        **2019**

**Last 4 digits of account number**   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☒ No
☐ Yes

$2,085.36

---

Debtor  **Don Krueger Construction Co.**                    Case number (if known)  **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**D.L. BANDY CONSTRUCTORS INC.**
*Check all that apply.*
☐ Contingent
**4406 CENTERGATE ST**
☐ Unliquidated
☑ Disputed

Basis for the claim:
**SAN ANTONIO**          **TX**     **78217**          Collection Account

Date or dates debt was incurred     **2018-2020**          Is the claim subject to offset?
☑ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,295.00 |

**D2 EXCAVATING INC.**
*Check all that apply.*
☐ Contingent
**204 CR 180**
☐ Unliquidated
☐ Disputed

Basis for the claim:
**LEANDER**          **TX**     **78641**          Collection Account

Date or dates debt was incurred     **2018**          Is the claim subject to offset?
☑ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**DAVID BRADFORD**
*Check all that apply.*
☐ Contingent
**6649 SEACOMBER DR.**
☐ Unliquidated
**UNIT 709**
☑ Disputed

Basis for the claim:
**PORT ARANSAS**          **TX**     **78375**          Collection Account

Date or dates debt was incurred     **2019**          Is the claim subject to offset?
☑ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $171,751.27 |

**DAVIS CONTRACTORS LTD.**
*Check all that apply.*
☐ Contingent
**5205 FM 236**
☐ Unliquidated
☑ Disputed

Basis for the claim:
**CUERO**          **TX**     **77954-6658**          Collection Account

Date or dates debt was incurred     **0216**          Is the claim subject to offset?
☑ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.34** |
| --- | --- | --- | --- |

**DexYP**

**PO BOX 619009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DFW AIRPORT**          **TX**      **75261-9009**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **1   0   4   6**

---

| **3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**DILLEY ISD**

**245 HIGHWAY 117**

☐ Contingent
☐ Unliquidated
☑ Disputed

**DILLEY**          **TX**      **78017**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **2016-2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| **3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,439.36** |
| --- | --- | --- | --- |

**DISCOUNT TIRE**

**THE REINALT-THOMAS CORPORATION**

**PO BOX 29851**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PHOENIX**          **AZ**      **85038-9851**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **12/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **4   2   2   9**

---

| **3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,216.86** |
| --- | --- | --- | --- |

**DONALD R KRUEGER FAMILY TRUST**

**PO BOX 3865**

☐ Contingent
☐ Unliquidated
☐ Disputed

**VICTORIA**          **TX**      **77903-3865**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.97** | Nonpriority creditor's name and mailing address

**DRYWALL SYSTEMS INC**

**PO BOX 474**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54,161.60

**BELTON**               **TX**     **76513**

**Basis for the claim:**
**Collection Account**

Date or dates debt was incurred     **2019**

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address

**DUCKWORTH, DANIEL LEE**

**422 FOREST RIDGE DR**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,250.00

**KERRVILLE**           **TX**     **78028**

**Basis for the claim:**
**Collection Account**

Date or dates debt was incurred     **12/2019**

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address

**DUNAWAY**

**550 BAILEY AVE, SUITE 400**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,800.00

**FORT WORTH**       **TX**     **76107**

**Basis for the claim:**
**Collection Account**

Date or dates debt was incurred     **2019**

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address

**E.F. EHRIG & SONS LTD.**

**221 PR 2003**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,702.89

**GONZALES**           **TX**     **78629**

**Basis for the claim:**
**Collection Account**

Date or dates debt was incurred     **2019**

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Don Krueger Construction Co.**                    Case number (if known)  **20-60023**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,896.00 |
|-------|--------------------------------------------------|-----------------------------------------------|------------|

**ED BROWN DISTRIBUTORS**

**3236 IRVING BLVD**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**                    **TX**    **75247**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **12/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,423.80 |
|-------|--------------------------------------------------|-----------------------------------------------|------------|

**EFFICIENT AC INC.**

**10315 METROPOLITAN DR, SUITE A**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**AUSTIN**                    **TX**    **78758**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,072.35 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

**ELECTRA LINK, INC.**

**21755 IH 45, BLDG 10**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**SPRING**                    **TX**    **77388**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **12/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,526.13 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

**ELLIOTT; JOE S.**

**dba SOUTH TEXAS ECO FOAM INSULATION**

**4848 FM 3355**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**BEEVILLE**                    **TX**    **78102**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **10/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor **Don Krueger Construction Co.**      Case number (if known) **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.105** Nonpriority creditor's name and mailing address

ENVIRONMENTAL ALLIES GP INC.

9625 WINDFERN RD.

HOUSTON      TX    77064

Date or dates debt was incurred    2018

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$291.88**

---

**3.106** Nonpriority creditor's name and mailing address

EPS INTERNATIONAL INC.

PO BOX 958012

ST. LOUIS      MO    63195-8012

Date or dates debt was incurred    12/2019

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$28,364.00**

---

**3.107** Nonpriority creditor's name and mailing address

EQUIPMENTSHARE

PO BOX 2214

DEACATUR      AL    35609

Date or dates debt was incurred    2019

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$9,790.32**

---

**3.108** Nonpriority creditor's name and mailing address

EUBANKS GROUP ARCHITECTS

4116 CENTER ST.

HOUSTON      TX    77007

Date or dates debt was incurred    11/2019

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$3,750.00**

---

Debtor **Don Krueger Construction Co.**        Case number (if known) **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.109**   Nonpriority creditor's name and mailing address

**EVANS INTERIORS INC.**

**13211 STAFFORD ROAD, STE 400**

**MISSOURI CITY**      TX    77489

Date or dates debt was incurred    **10/2019**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$11,999.00

---

**3.110**   Nonpriority creditor's name and mailing address

**EVERGREEN POWER LLC**

**PO BOX 1639**

**LAMPASAS**      TX    76550

Date or dates debt was incurred    **2018**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$172,293.75

---

**3.111**   Nonpriority creditor's name and mailing address

**EVINS GLASS SERVICE**

**101 N.P.I.D.**

**CORPUS CHRISTI**      TX    78406

Date or dates debt was incurred    **2017**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$8,610.00

---

**3.112**   Nonpriority creditor's name and mailing address

**EXPERT AIR REFRIGERATION SERVICES LLC**

**PO BOX 5453**

**ROUND ROCK**      TX    78683

Date or dates debt was incurred    **2019**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$31,730.27

---

Debtor   **Don Krueger Construction Co.**                              Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.113**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:            **$643.40**
                                                              *Check all that apply.*
**EXXON MOBIL**                                                ☐ Contingent
**PO BOX 78001**                                               ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:
**PHOENIX**                    **AZ**      **85062-8001**      **Collection Account**
Date or dates debt was incurred      **02/2020**              Is the claim subject to offset?
Last 4 digits of account number    **9   8   8   3**          ☑ No
                                                              ☐ Yes

**3.114**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:            **$0.00**
                                                              *Check all that apply.*
**FA NUNNELLY GENERAL CONTRACTOR**                             ☐ Contingent
**2922 N PAN AM EXPRESSWAY**                                   ☐ Unliquidated
                                                              ☑ Disputed

                                                              Basis for the claim:
**SAN ANTONIO**                **TX**      **78208**           **Collection Account**
Date or dates debt was incurred      **2018-2020**            Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __                ☑ No
                                                              ☐ Yes

**3.115**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:            **$589.62**
                                                              *Check all that apply.*
**FASTENAL COMPANY**                                           ☐ Contingent
**PO BOX 1286**                                                ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:
**WINONA**                     **MN**      **55987-1286**      **Collection Account**
Date or dates debt was incurred      **2019**                Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __                ☑ No
                                                              ☐ Yes

**3.116**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:            **$0.00**
                                                              *Check all that apply.*
**FAYETTE CO**                                                 ☐ Contingent
**151 N WASHINGTON ST., ROOM 301**                             ☐ Unliquidated
                                                              ☑ Disputed

                                                              Basis for the claim:
**LA GRANGE**                  **TX**      **78945**           **Collection Account**
Date or dates debt was incurred      **2017-2019**           Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __                ☑ No
                                                              ☐ Yes

Debtor   **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.46 |

**FEDEX FREIGHT**

**DEPT CH, PO BOX 10306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

| **PALATINE** | **IL** | **60055-0306** |

Date or dates debt was incurred          **10/2019**

Last 4 digits of account number          **8   2   1   5**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | $31,589.99 |

**FERGUSON ENTERPRISES INC.**

**PO BOX 847411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

| **DALLAS** | **TX** | **75284-7411** |

Date or dates debt was incurred          **2019**

Last 4 digits of account number          **4   5   1   2**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | $0.00 |

**FERNANDO & NORMA REYES**

**6649 SEACOMBER DR**

**UNIT 1104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Collection Account**

| **PORT ARANSAS** | **TX** | **78375** |

Date or dates debt was incurred          **2019**

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | $5,640.50 |

**FIRE KING LLC**

**8906 WALL ST. # 603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

| **AUSTIN** | **TX** | **78754** |

Date or dates debt was incurred          **2019**

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Don Krueger Construction Co.**                                     Case number (if known)  **20-60023**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

---

**3.121**   Nonpriority creditor's name and mailing address

**FIREPROOF CONTRACTORS INC**

**PO BOX 550107**

**HOUSTON**              **TX**     **77255**

Date or dates debt was incurred        **2019**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

$12,481.50

---

**3.122**   Nonpriority creditor's name and mailing address

**FIRETROL PROTECTION SYSTEMS INC.**

**4410 DILLON LANE SUITE 38**

**CORPUS CHRISTI**        **TX**     **78415**

Date or dates debt was incurred        **2016**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

$9,122.78

---

**3.123**   Nonpriority creditor's name and mailing address

**FIRETROL PROTECTION SYSTEMS, INC**

**105 WINDY MEADOWS, BLDG #1**

**SCHERTZ**               **TX**     **78154**

Date or dates debt was incurred        **2019**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

$2,710.00

---

**3.124**   Nonpriority creditor's name and mailing address

**FIRETROL PROTECTION SYSTEMS, INC**

**4616 W HOWARD LANE #700**

**AUSTIN**                **TX**     **78728**

Date or dates debt was incurred        **2018**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

$124,202.50

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.125 | Nonpriority creditor's name and mailing address |

**FIRETRON INC.**

**PO BOX 1604**

_____

**STAFFORD**          **TX**     **77497**

Date or dates debt was incurred      **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$57,644.50**

---

| 3.126 | Nonpriority creditor's name and mailing address |

**FLETCHER LEE**

**6649 SEACOMBER DR**

**UNIT 309**

**PORT ARANSAS**       **TX**     **78375**

Date or dates debt was incurred      **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.127 | Nonpriority creditor's name and mailing address |

**FRAMING MASTERS INC.**

**356 FM 1984**

_____

**MAXWELL**           **TX**     **78656**

Date or dates debt was incurred      **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$33,051.65**

---

| 3.128 | Nonpriority creditor's name and mailing address |

**FRED TILLMAN CONTRACTORS INC**

**7011 W BEE CAVE RD**

_____

**AUSTIN**            **TX**     **78746**

Date or dates debt was incurred      **9/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,482.00**

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.129 | Nonpriority creditor's name and mailing address |

**FROST BANK**

**3838 ROGERS RD**

_____

**SAN ANTONIO**          **TX**     **78251**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Collection Account

**$0.00**

Date or dates debt was incurred      **2018-2019**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address |

**FROST INSURANCE AGENCY INC.**

**PO BOX 2625**

_____

**VICTORIA**          **TX**     **77902-2625**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Collection Account

**$867.00**

Date or dates debt was incurred      **7/2019**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address |

**FUENTES JR.; AVELINO**

**212 HONDO**

_____

**DEVINE**          **TX**     **78016**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Collection Account

**$2,963.47**

Date or dates debt was incurred      **2019**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address |

**G.D. INTERIOR CONSTRUCTION**

**3506 COPELAND**

_____

**SAN ANTONIO**          **TX**     **78219**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Collection Account

**$32,881.62**

Date or dates debt was incurred      **2017**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor **Don Krueger Construction Co.**       Case number (if known) **20-60023**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

---

**3.133**   Nonpriority creditor's name and mailing address

G.F.C.S. INC.

11734 SCHRIBER ROAD

BUDA     TX    78610

Date or dates debt was incurred    2017

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- [x] No
- [ ] Yes

$302,044.36

---

**3.134**   Nonpriority creditor's name and mailing address

GANADO ISD

PO BOX 1200

GANADO     TX    77962

Date or dates debt was incurred    2017-2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.135**   Nonpriority creditor's name and mailing address

GARZA, JUAN

dba RGV CONCRETE STAIN

205 E VERACRUZ DR

PHARR     TX    78577

Date or dates debt was incurred    10/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- [x] No
- [ ] Yes

$377.10

---

**3.136**   Nonpriority creditor's name and mailing address

GARZA; DANIEL

dba THE CARPET HOUSE

1303 E ROGERS RD

EDINBURG     TX    78542

Date or dates debt was incurred    10/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- [x] No
- [ ] Yes

$38,457.30

---

Debtor  **Don Krueger Construction Co.**                    Case number (if known)  **20-60023**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,086.26 |

**GERRY STRICKLIN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**dba AIC**

**11403 GRAPEWOOD DR.**

**HOUSTON**          **TX**    **77089**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.24 |

**GILL REPROGRAPHICS INC.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**1227 SAFARI**

**SAN ANTONIO**          **TX**    **78216**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **12/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $86,250.10 |

**GPM ENGINEERING INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**5440 OLD BROWNSVILLE ROAD**

**CORPUS CHRISTI**          **TX**    **78417**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,106.18 |

**GQ MASONRY**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**5235 CANARY HOLLOW**

**SAN ANTONIO**          **TX**    **78222**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor   **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $92,070.68 |

**GRANT MACKAY COMPANY INC.**

**1055 WEST 500 SOUTH**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| **WEST BOUNTIFUL** | **UT** | **84087** |

Basis for the claim:
**Collection Account**

Date or dates debt was incurred     **2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.142 | Nonpriority creditor's name and mailing address | | $967.76 |

**GREATAMERICAN FINANCIAL SERVICES**

**PO BOX 660831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **DALLAS** | **TX** | **75266-0831** |

Basis for the claim:
**Charge Account**

Date or dates debt was incurred     **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **3   0   0   0**

---

| 3.143 | Nonpriority creditor's name and mailing address | | $500.00 |

**GROUND PENETRATING RADAR SYSTEMS LLC**

**PO BOX 932**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **TOLEDO** | **OH** | **43697** |

Basis for the claim:
**Collection Account**

Date or dates debt was incurred     **9/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.144 | Nonpriority creditor's name and mailing address | | $18,375.00 |

**GUADALUPE JOEL SANCHEZ**

**G.J. SANCHEZ PAINTING**

**2434 VALENCIA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| **SAN ANTONIO** | **TX** | **78237** |

Basis for the claim:
**Collection Account**

Date or dates debt was incurred     **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

Debtor    **Don Krueger Construction Co.**                                    Case number (if known)  **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,609.21 |

*Check all that apply.*

**GUIDO LUMBER COMPANY INC.**

**8526 VIDOR AVE**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**SAN ANTONIO**          **TX**      **78216**        **Collection Account**

Date or dates debt was incurred    **2019**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.80 |

*Check all that apply.*

**GUINEA RUN RV PARK**

**275 COUNTY ROAD 422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**PREMONT**              **TX**      **78375**        **Collection Account**

Date or dates debt was incurred    **1/2020**        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $245,108.72 |

*Check all that apply.*

**GULF BEND CONTRACTING LLC**

**406 TAMPA DRIVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**VICTORA**              **TX**      **77904**        **Collection Account**

Date or dates debt was incurred    **2018**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,554.55 |

*Check all that apply.*

**H&H DOORS & HARDWARE LTD**

**PO BOX 3542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**VICTORIA**             **TX**      **77903**        **Collection Account**

Date or dates debt was incurred    **2017**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

Debtor   **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.149 | Nonpriority creditor's name and mailing address |
|---|---|

**HANSCO INC.**

**11927 RAIL DR**

**SAN ANTONIO**          **TX**     **78233**

Date or dates debt was incurred     **7/2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,970.00

---

| 3.150 | Nonpriority creditor's name and mailing address |
|---|---|

**HCEC**

**PO BOX 753**

**HAMILTON**          **TX**     **76531-0753**

Date or dates debt was incurred     **2/2020**

Last 4 digits of account number     **5   2   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$24.82

---

| 3.151 | Nonpriority creditor's name and mailing address |
|---|---|

**HD SUPPLY CONSTRUCTION AND INDUSTRIAL**

**PO BOX 4852**

**ORLANDO**          **FL**     **32802-4852**

Date or dates debt was incurred     **11/2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$131.75

---

| 3.152 | Nonpriority creditor's name and mailing address |
|---|---|

**HERBERT FELDMAN**

**6649 SEACOMBER DR**

**UNIT 801**

**PORT ARANSAS**          **TX**     **78375**

Date or dates debt was incurred     **2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

Debtor   **Don Krueger Construction Co.**                          Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

---

**3.153**   Nonpriority creditor's name and mailing address                                    **$8,750.00**

**HERMAN ALARMS & HOME**

**441 FRITZ RD**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**BRENHAM**          **TX**     **77833**

**Basis for the claim:**
**Collection Account**

Date or dates debt was incurred      **9/2019**

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.154**   Nonpriority creditor's name and mailing address                                    **$5,232.75**

**HICKS LIGHTNING PROTECTION**

**7420 FM 2449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PONDER**           **TX**     **76259**

**Basis for the claim:**
**Collection Account**

Date or dates debt was incurred      **2018**

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.155**   Nonpriority creditor's name and mailing address                                    **$6,220.00**

**HOME DEPOT CREDIT SERVICES**

**DEPT 32-2541419903**

**PO BOX 183176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**COLUMBUS**         **OH**     **43218-3176**

**Basis for the claim:**
**Collection Account**

Date or dates debt was incurred      **2019**

Last 4 digits of account number     **9   9   0   3**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.156**   Nonpriority creditor's name and mailing address                                    **$384.29**

**HUGHES NETWORK SYSTEMS**

**PO BOX 96874**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**CHICAGO**          **IL**     **60693-6874**

**Basis for the claim:**
**Collection Account**

Date or dates debt was incurred      **02/2020**

Last 4 digits of account number     **3   4   3   6**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,718.40 |

*Check all that apply.*

**HUNTER DEMOLITION & WRECKING CORP.**

**PO BOX 786**

☐ Contingent
☐ Unliquidated
☐ Disputed

**POTEET**      **TX**    **78065**

**Basis for the claim:**

**Collection Account**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,916.75 |

*Check all that apply.*

**HW MARSHALL CONSTRUCTION INC**

**PO BOX 1043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**LYFORD**      **TX**    **78569**

**Basis for the claim:**

**Collection Account**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,939.80 |

*Check all that apply.*

**INFINITI COMMUNICATIONS TECHNOLOGIES INC**

**PO BOX 184 (DEPT #208)**

☐ Contingent
☐ Unliquidated
☐ Disputed

**HOUSTON**      **TX**    **77001-0184**

**Basis for the claim:**

**Collection Account**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,243.00 |

*Check all that apply.*

**JACOB HILDERBRAND**

**dba JR WATERPROOFING**

**9811 TAMBER LANE**

☐ Contingent
☐ Unliquidated
☒ Disputed

**SAN ANTONIO**      **TX**    **78255**

**Basis for the claim:**

**Collection Account**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | |
|---|---|
| Debtor **Don Krueger Construction Co.** | Case number (if known) **20-60023** |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.161**  Nonpriority creditor's name and mailing address

**JAMES BONNER CONSTRUCTION**

**1823 NAEGELEN ROAD**

**LYTLE**                          **TX**      **78052**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,349.00**

---

**3.162**  Nonpriority creditor's name and mailing address

**JAMES EMIL FAREK**

**J&P FAREK PAVING CONSULTANTS**

**PO BOX 452**

**FLATONIA**                    **TX**      **78941**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Agency**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,089.45**

---

**3.163**  Nonpriority creditor's name and mailing address

**JAMES TELECO**

**341 EDGAR LEESVILLE ROAD**

**CUERO**                        **TX**      **77954**

Date or dates debt was incurred    **8/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,306.10**

---

**3.164**  Nonpriority creditor's name and mailing address

**JD KUNZ CONCRETE CONTRACTOR, INC**

**PO BOX 310419**

**NEW BRAUNFELS**            **TX**      **78131**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$115,842.21**

---

Debtor   **Don Krueger Construction Co.**                          Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,197.47 |

**JERICHO WOODWORKS**

**425 SUMMER PARK DR.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**STAFFORD**          **TX**     **77477**        **Collection Account**

Date or dates debt was incurred   **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |

**JOHN DEERE FINANCIAL**

**PO BOX 650215**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**DALLAS**          **TX**     **75265-0215**     **Collection Account**

Date or dates debt was incurred   **12/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,500.00 |

**JOHN MORRIS**

**dba MORRIS UNDERGROUND CONST.**

**10163 FM 236**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**VICTORIA**          **TX**     **77905**        **Collection Account**

Date or dates debt was incurred   **10/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,880.40 |

**JOHNSON CONTROLS FIRE PROTECTION LP**

**DEPT CH 10320**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**PALATINE**          **IL**     **60055-0320**     **Collection Account**

Date or dates debt was incurred   **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,377.85 |

**JOLLY ROOFING & CONTRACTING CO INC**

**711 CHANEY**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

**COLLIERVILLE**          **TN**      **38017**          Collection Account

Date or dates debt was incurred     **2016**        Is the claim subject to offset?
- ☑ No
Last 4 digits of account number   __ __ __ __
- ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,342.60 |

**JUNG TILE SERVICES, INC**

**PO BOX 3762**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**VICTORIA**          **TX**      **77903-3762**          Collection Account

Date or dates debt was incurred     **2019**        Is the claim subject to offset?
- ☑ No
Last 4 digits of account number   __ __ __ __
- ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,055.77 |

**KAYE & SONS SITE DEVELOPMENT**

**4920 BEAR LANE**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

**CORPUS CHRISTI**          **TX**      **78405**          Collection Account

Date or dates debt was incurred     **2018**        Is the claim subject to offset?
- ☑ No
Last 4 digits of account number   __ __ __ __
- ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,524.50 |

**KCAC, INC.**

**dba KATY BLINDS COMMERICAL**

**5609 13TH ST**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**KATY**          **TX**      **77493**          Collection Account

Date or dates debt was incurred     **2019**        Is the claim subject to offset?
- ☑ No
Last 4 digits of account number   __ __ __ __
- ☐ Yes

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

---

**3.173**   Nonpriority creditor's name and mailing address

**KCM CABINETS, INC**

**5738 GREY ROCK DR.**

**SAN ANTONIO**             **TX**    **78228**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$93,463.20**

---

**3.174**   Nonpriority creditor's name and mailing address

**KDR CONTRACTORS, LLC**

**PO BOX 1138**

**COLUMBUS**               **TX**    **78934**

Date or dates debt was incurred    **4/2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,410.00**

---

**3.175**   Nonpriority creditor's name and mailing address

**KELLY PAINTING & DRYWALL, LLC**

**9703 N. NAVARRO, STE A**

**VICTORIA**               **TX**    **77904**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$290,043.32**

---

**3.176**   Nonpriority creditor's name and mailing address

**KENDALL EROSION CONTROL SERVICES**

**CCECS INC**

**5866 S. STAPLES, STE. 301**

**CORPUS CHRISTI**         **TX**    **78413**

Date or dates debt was incurred    **12/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$800.00**

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.177 | Nonpriority creditor's name and mailing address |
|---|---|

**KEY ENTERPRISES**

**1311 CHISHOLM TRAIL, STE. 404**

**ROUND ROCK**          **TX**     **78681**

Date or dates debt was incurred     **2018**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,320.75**

---

| 3.178 | Nonpriority creditor's name and mailing address |
|---|---|

**KILLEEN GLASS & MIRROR COMPANY, INC.**

**5211 E VETERANS MEMORIAL BLVD**

**KILLEEN**          **TX**     **76543**

Date or dates debt was incurred     **2018**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$272,774.45**

---

| 3.179 | Nonpriority creditor's name and mailing address |
|---|---|

**KLINGER SPECIALTIES DIRECT INC**

**6200 TRI COUNTY PKWY, STE. 100**

**SCHERTZ**          **TX**     **78154**

Date or dates debt was incurred     **8/2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$463.40**

---

| 3.180 | Nonpriority creditor's name and mailing address |
|---|---|

**KNEEDEEP LT LLC**

**PO BOX 114**

**CHATTANOOGA**          **TX**     **75328-0114**

Date or dates debt was incurred     **2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,175.00**

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known) **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,941.25** |

**KNEZEK CONTRACTION SERVICES**

**17701 PRAIRIE VERBENA LANE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**ELGIN**                **TX**    **78621**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37,358.47** |

**KNOLLE, HOLCOMB, CALLAHAN**

**13625 RONALD REAGAN BLVD., BUILDING 1, S**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**CEDAR PARK**            **TX**    **78613**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,225.09** |

**KRONBERG'S FLAGS & FLAGPOLES**

**7106 MAPLERIDGE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**HOUSTON**               **TX**    **77081**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$108,000.00** |

**KRUEGER; TRACY**

**405 SHILOH**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**VICTORIA**              **TX**    **77904**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor   **Don Krueger Construction Co.**                     Case number (if known)   **20-60023**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

---

**3.185**   Nonpriority creditor's name and mailing address

**LAGO VISTA SUN HARDWARE**

**7401 LOHMAN FORD**

**LAGO VISTA**             **TX**      **78645**

Date or dates debt was incurred      **1/2020**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

$32.48

---

**3.186**   Nonpriority creditor's name and mailing address

**LAMPASAS BUILDERS MARK, INC.**

**PO BOX 588**

**LAMPASAS**             **TX**      **76550**

Date or dates debt was incurred      **12/2019**

Last 4 digits of account number      **8**   **8**   **0**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

$60.95

---

**3.187**   Nonpriority creditor's name and mailing address

**LAMPASAS CO**

**501 E 4TH ST**

**LAMPASAS**             **TX**      **76550**

Date or dates debt was incurred      **2018-2020**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.188**   Nonpriority creditor's name and mailing address

**LANGLEY CONSTRUCTION GROUP**

**717 N. WATER STREET**

**BURNET**             **TX**      **78611**

Date or dates debt was incurred      **2018**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

$371,284.55

---

Debtor  **Don Krueger Construction Co.**                     Case number (if known)  **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.189**  Nonpriority creditor's name and mailing address

**LANTZ, JACOB**

**dba LANTZ'S LAKESIDE PLUMBING**

**PO BOX 4462**

**LAGO VISTA**                **TX      78645**

Date or dates debt was incurred          **2018**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$185,980.76**

---

**3.190**  Nonpriority creditor's name and mailing address

**LARRY'S LUBE, TIRE AND AUTO**

**913 S. CHESTNUT ST**

**LAMPASAS**                **TX      76550**

Date or dates debt was incurred          **12/2019**

Last 4 digits of account number        **0   4   1   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$27.00**

---

**3.191**  Nonpriority creditor's name and mailing address

**LARSON PLUMBING & UTILITY CO.**

**605 CANTWELL**

**CORPUS CHRISTI**                **TX      78408**

Date or dates debt was incurred          **2017**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$36,885.00**

---

**3.192**  Nonpriority creditor's name and mailing address

**LAUGER COMPANIES, INC.**

**PO BOX 2146**

**VICTORIA**                **TX      77902-2146**

Date or dates debt was incurred          **2019**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$19,676.22**

---

Debtor   **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

---

**3.193**   Nonpriority creditor's name and mailing address

**LEGACY MASONRY, LLC**

**PO BOX 21747**

**WACO**                     **TX**      **76702**

Date or dates debt was incurred      **2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$51,666.50

---

**3.194**   Nonpriority creditor's name and mailing address

**LENTZ HARDWARE**

**1207 N WHEELER**

**VICTORIA**                 **TX**      **77901**

Date or dates debt was incurred      **4/2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11.54

---

**3.195**   Nonpriority creditor's name and mailing address

**LESTER CONTRACTING, INC**

**PO BOX 986**

**PORT LAVACA**              **TX**      **77979-0986**

Date or dates debt was incurred      **2016**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$73,861.40

---

**3.196**   Nonpriority creditor's name and mailing address

**LEVERAGE MACHINE & FABRICATION**

**2512 FM 3084**

**PORT LAVACA**              **TX**      **77979**

Date or dates debt was incurred      **9/2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$19,525.82

---

Debtor  **Don Krueger Construction Co.** _____  Case number (if known)  **20-60023** _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,528.03 |

**LIZABETH LAUREL MICA**

**dba THE OUTHOUSE**

**PO BOX 322**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**FLATONIA**          **TX**     **78941-0322**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred     **2019**

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,055,549.22 |

**LOCHRIDGE-PRIEST, INC.**

**2901 E. INDUSTRIAL BLVD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**WACO**          **TX**     **76705**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred     **2018**

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,786.21 |

**LODGE AT LAKELINE VILLAGE**

**2000 SOUTH LAKELINE BLVD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CEDAR PARK**          **TX**     **78613**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred     **2/2020**

Last 4 digits of account number     **0  3  2  4**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,692.96 |

**LOFTIN EQUIPMENT CO.**

**PO BOX 641055**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**          **TX**     **75264-1055**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred     **2018**

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.201**   Nonpriority creditor's name and mailing address

**LONE STAR CONTAINERS**

**317 SIDNEY BAKER ST.**

**STE. 400, PMB 259**

**KERRVILLE**            **TX**      **78028**

Date or dates debt was incurred        **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$222.03**

---

**3.202**   Nonpriority creditor's name and mailing address

**LONE STAR OVERNIGHT LP**

**PO BOX 149225**

**AUSTIN**              **TX**      **78714-9225**

Date or dates debt was incurred        **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$282.82**

---

**3.203**   Nonpriority creditor's name and mailing address

**LONGHORN BLINDS OF AUSTIN, LLC**

**4201 S. CONGRESS AVE.**

**STE. 312**

**AUSTIN**              **TX**      **78745**

Date or dates debt was incurred        **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$592.00**

---

**3.204**   Nonpriority creditor's name and mailing address

**LUKE, JEFFERY**

**dba PAVECO DESIGNS LLC**

**PO BOX 869**

**COMFORT**             **TX**      **78013**

Date or dates debt was incurred        **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,288.00**

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.            Amount of claim

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $104,980.43 |

**M MARTINEZ MASONS, INC**

**M MARTINEZ MASONRY**

**1088 WOOD HI RD.**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

| **VICTORIA** | **TX** | **77905** |

**Collection Account**

Date or dates debt was incurred      **2017**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $975.00 |

**M&M SPECIALTY CAULKING, LLC**

**137 EARL ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **SAN ANTONIO** | **TX** | **78212** |

**Collection Account**

Date or dates debt was incurred      **8/2018**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $244.25 |

**MABRY, RAY**

**dba BEST PEST CONTROL**

**108 MABRY LANE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **WHITNEY** | **TX** | **76692** |

**Collection Account**

Date or dates debt was incurred      **2018**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $38,180.75 |

**MAJEK TILE & MARBLE CO., INC**

**PO BOX 271607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **CORPUS CHRISTI** | **TX** | **78427** |

**Collection Account**

Date or dates debt was incurred      **2019**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.209**  Nonpriority creditor's name and mailing address

**MALEK, INC**

**PO BOX 679**

**CORPUS CHRISTI**          **TX**     **78403**

Date or dates debt was incurred      **2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$112,855.38**

---

**3.210**  Nonpriority creditor's name and mailing address

**MANCO STRUCTURES, LTD.**

**6106 FM 3009**

**SCHERTZ**          **TX**     **78154**

Date or dates debt was incurred      **2/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,413.90**

---

**3.211**  Nonpriority creditor's name and mailing address

**MARK McCANDLESS**

**dba AUSTIN REFRIGERATION, LLC**

**5114 BALCONES WOODS DR., #307-300**

**AUSTIN**          **TX**     **78759**

Date or dates debt was incurred      **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$143,904.30**

---

**3.212**  Nonpriority creditor's name and mailing address

**MARKSMEN GENERAL CONTRACTORS INC.**

**24165 IH-10, SUITE 744**

**SAN ANTONIO**          **TX**     **78257**

Date or dates debt was incurred      **2018-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.213**   Nonpriority creditor's name and mailing address

MARLOW THOMAS RESIDENTIAL SYSTEMS, LLC

16116 COLLEGE OAK

SAN ANTONIO          TX     78249

Date or dates debt was incurred          2018

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$44,227.07

---

**3.214**   Nonpriority creditor's name and mailing address

MARSH WATERPROOFING, INC.

PO BOX 968

VIDOR          TX     77670

Date or dates debt was incurred          2018

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$41,369.00

---

**3.215**   Nonpriority creditor's name and mailing address

MCALLEN HOME & COMMERCIAL PAINTING

10540 N. SHARY RD.

MISSION          TX     78573

Date or dates debt was incurred          2019

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$3,782.50

---

**3.216**   Nonpriority creditor's name and mailing address

MCALLEN PEST CONTROL, INC

PO BOX 5249

MCALLEN          TX     78502

Date or dates debt was incurred          6/2019

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$90.00

---

Debtor     **Don Krueger Construction Co.**                          Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.217**   Nonpriority creditor's name and mailing address

METAL MART

PO BOX 1735

SHREVEPORT, LA 71166-17365

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Date or dates debt was incurred     12/2019

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$412.67**

---

**3.218**   Nonpriority creditor's name and mailing address

MISSION RESTAURANT SUPPLY

PO BOX 10310

SAN ANTONIO          TX     78210-0310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Collection Account

Date or dates debt was incurred     2018

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$412,484.52**

---

**3.219**   Nonpriority creditor's name and mailing address

ML ROOFING

6819 HIGHWAY BLVD., STE 660

KATY          TX     77494-8299

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Date or dates debt was incurred     2019

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$63,116.08**

---

**3.220**   Nonpriority creditor's name and mailing address

MOMENTUM RENTALS & SALES

809 SOUTH HWY 35

PORT LAVACA          TX     77979

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Date or dates debt was incurred     2019

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$7,141.21**

---

Debtor    **Don Krueger Construction Co.**                        Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.221** | **Nonpriority creditor's name and mailing address** |
|---|---|

**MOORECO, INC**

**dba BEST-RITE CONTRACT DIVISION**

**PO DRAWER D**

**TEMPLE**                    **TX**    **76503**

Date or dates debt was incurred    **2018**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19,500.00**

| **3.222** | **Nonpriority creditor's name and mailing address** |
|---|---|

**MULDER FIRE PROTECTION, INC**

**5807 LA COLONIA**

**SAN ANTONIO**                    **TX**    **78218**

Date or dates debt was incurred    **11/2019**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$608.00**

| **3.223** | **Nonpriority creditor's name and mailing address** |
|---|---|

**NAH SPORTS FLOORING, LLC**

**3528 E. TC JESTER BLVD**

**HOUSTON**                    **TX**    **77018**

Date or dates debt was incurred    **2018**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,404.80**

| **3.224** | **Nonpriority creditor's name and mailing address** |
|---|---|

**NATIONAL CONSTRUCTION RENTALS INC.**

**PO BOX 4503**

**PACOIMA**                    **CA**    **91333**

Date or dates debt was incurred    **2019**

Last 4 digits of account number   **1** **3** **1** **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,328.33**

Debtor   **Don Krueger Construction Co.**                              Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.225**   Nonpriority creditor's name and mailing address

NEWFIRST NATIONAL BANK

10301 N.E. ZAC LENTZ PKWY

VICTORIA                TX      77904

Date or dates debt was incurred     2020

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Promissory Note

Is the claim subject to offset?
☑ No
☐ Yes

$1,392,351.43

---

**3.226**   Nonpriority creditor's name and mailing address

NORTHPOINT CHURCH

1320 ARROW POINT DR

CEDAR PARK              TX      78613

Date or dates debt was incurred     2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.227**   Nonpriority creditor's name and mailing address

O'REILLY AUTOMOTIVE, INC

PO BOX 9464

SPRINGFIELD             MO      65801-9464

Date or dates debt was incurred     2019

Last 4 digits of account number    1   5   3   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$2,746.44

---

**3.228**   Nonpriority creditor's name and mailing address

ONEPOINTE SOLUTIONS, LLC

1112 SWENSON BLVD

ELGIN                   TX      78621

Date or dates debt was incurred     10/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$51,099.99

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,794.21 |

**OVENELL, BRYAN**

**dba CENTRAL TEXAS EROSION CONTROL (CTEC)**

**18018 FM 969**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**MANOR**                    **TX**      **78653**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,173.66 |

**PAC-VAN INC**

**75 REMITTANCE DR., STE. 3300**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**CHICAGO**                   **IL**      **60675-3300**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $745.83 |

**PARKER, MICHAEL**

**dba PARKERS CUSTOM STAINED & ETCHED GLAS**

**4006 STATHMORE DR.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**SAN ANTONIO**               **TX**      **78217**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **4/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.29 |

**PARKS COFFEE**

**PO BOX 110209**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CARROLLTON**               **TX**      **75011-0209**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     **9   6   2   6**

---

Debtor   **Don Krueger Construction Co.**                                      Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.233**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                      **$954.08**
                                                                     *Check all that apply.*

**PEST SOLUTIONS, INC.**                                             ☐ Contingent

**PO BOX 5371**                                                      ☐ Unliquidated
                                                                     ☐ Disputed

                                                                     Basis for the claim:

**VICTORIA**                **TX**      **77903-5371**               **Collection Account**

Date or dates debt was incurred       **2017**                      Is the claim subject to offset?

Last 4 digits of account number       __ __ __ __                   ☒ No
                                                                     ☐ Yes

---

**3.234**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                      **$7,750.00**
                                                                     *Check all that apply.*

**PETERSON CONTRACTORS, INC**                                        ☐ Contingent

**PO BOX A**                                                         ☐ Unliquidated
                                                                     ☐ Disputed

                                                                     Basis for the claim:

**REINBECK**                **IA**      **50669**                    **Collection Account**

Date or dates debt was incurred       **10/2017**                   Is the claim subject to offset?

Last 4 digits of account number       __ __ __ __                   ☒ No
                                                                     ☐ Yes

---

**3.235**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                      **$11,036.25**
                                                                     *Check all that apply.*

**PILSNER, BEVERLY**                                                 ☐ Contingent

**dba RENSLIP FIRE PROTECTION**                                      ☐ Unliquidated

**4947 HWY 90**                                                      ☐ Disputed

                                                                     Basis for the claim:

**ALLEYTON**                **TX**      **78935**                    **Collection Account**

Date or dates debt was incurred       **2018**                      Is the claim subject to offset?

Last 4 digits of account number       __ __ __ __                   ☒ No
                                                                     ☐ Yes

---

**3.236**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                      **$13,575.00**
                                                                     *Check all that apply.*

**POWERS GOOLSBY ARCHITECTS**                                        ☐ Contingent

**1824 UNIVERSAL CITY BLVD**                                         ☐ Unliquidated
                                                                     ☐ Disputed

                                                                     Basis for the claim:

**UNIVERSAL CITY**          **TX**      **78148**                    **Collection Account**

Date or dates debt was incurred       **2019**                      Is the claim subject to offset?

Last 4 digits of account number       __ __ __ __                   ☒ No
                                                                     ☐ Yes

---

Debtor **Don Krueger Construction Co.**                          Case number (if known) **20-60023**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237**  Nonpriority creditor's name and mailing address

PRAXAIR DISTRIBUTION, INC

DEPT. 0812

PO BOX 120812

DALLAS                    TX      75312-0812

Date or dates debt was incurred          **2019**

Last 4 digits of account number          **2    0    1    9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$1,181.47**

---

**3.238**  Nonpriority creditor's name and mailing address

PREMONT ISD

PO BOX 530

PREMONT                   TX      78375

Date or dates debt was incurred          **2018-2019**

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.239**  Nonpriority creditor's name and mailing address

PRIME COAT II, LLC

PRIME COAT COATING SYSTEMS

1949 SWANSON COURT

GURNEE                    IL      60031

Date or dates debt was incurred          **2019**

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$225,505.00**

---

**3.240**  Nonpriority creditor's name and mailing address

PRIME FIVE PAINTING

15839 AUGUSTA CORNER

SAN ANTONIO               TX      78247

Date or dates debt was incurred          **2019**

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$89,895.00**

---

Debtor   **Don Krueger Construction Co.**                                   Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$84,353.63** |

**PRO TECH MECHANICAL, INC.**

**1622 SARATOGA BLVD**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**COPRUS CHRISTI**          **TX**      **78417**

**Basis for the claim:**
Collection Account

Date or dates debt was incurred      **2019**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24,046.02** |

**PRODIRT SERVICES LLC**

**PO BOX 1508**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PFLUGERVILLE**          **TX**      **78691**

**Basis for the claim:**
Collection Account

Date or dates debt was incurred      **2018**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,492.50** |

**PROTECTIVE POLYMER SOLUTIONS**

**PO BOX 17244**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**SUGARLAND**          **TX**      **77496**

**Basis for the claim:**
Collection Account

Date or dates debt was incurred      **6/2018**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$155,415.82** |

**PYE-BARKER FIRE & SAFETY**

**6701 IMPERIAL DRIVE**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**WACO**          **TX**      **76712**

**Basis for the claim:**
Collection Account

Date or dates debt was incurred      **2019**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| | |
|---|---|
| Debtor **Don Krueger Construction Co.** | Case number (if known) **20-60023** |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.245** Nonpriority creditor's name and mailing address

QCTV CORP

PO BOX 691165

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,111.50**

HOUSTON          TX     77269

Basis for the claim:
Collection Account

Date or dates debt was incurred     2018

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.246** Nonpriority creditor's name and mailing address

QUANTA BUILDING GROUP, LLC

PO BOX 166858

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$39,710.00**

IRVING          TX     75016-6858

Basis for the claim:
Collection Account

Date or dates debt was incurred     2018

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.247** Nonpriority creditor's name and mailing address

QUANTA BUILDING PARTNERS, LLC

QUANTA BUILDING GROUP

201 NORTHWOOD DR.

APT. 2-434

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,746.89**

FLOWER MOUND          TX     75022

Basis for the claim:
Collection Account

Date or dates debt was incurred     2019

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.248** Nonpriority creditor's name and mailing address

R&S EXCAVATION LLC

PO BOX 459

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$32,000.00**

BOERNE          TX     78006

Basis for the claim:
Collection Account

Date or dates debt was incurred     2017

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.249**  Nonpriority creditor's name and mailing address

R. HESTER CONTRACTORS, INC

210 TOLLE RD

CIBOLO                TX        78108

Date or dates debt was incurred        2017

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$34,531.58

---

**3.250**  Nonpriority creditor's name and mailing address

RAIN KING, INC

PO BOX 192

VICTORIA                TX        77902-0192

Date or dates debt was incurred        2018

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$147,337.20

---

**3.251**  Nonpriority creditor's name and mailing address

RAIN SEAL MASTER ROOFING & SHEET METAL,

2306 PORT LAVACA DR

VICTORIA                TX        77901

Date or dates debt was incurred        2017

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$44,117.50

---

**3.252**  Nonpriority creditor's name and mailing address

RANDY KACHUR

6649 SEACOMBER DR

UNIT 608

PORT ARANSAS                TX        78375

Date or dates debt was incurred        2019

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor  **Don Krueger Construction Co.**                                   Case number (if known)  **20-60023**

---

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                    Amount of claim

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,493.12 |

_Check all that apply._

**RED DOT BUILDING SYSTEMS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1209 W. CORSICANA ST.**

Basis for the claim:

**ATHENS**          **TX**     **75751**          Collection Account

Date or dates debt was incurred     **2018**          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __          ☑ No
                                                        ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.29 |

_Check all that apply._

**REGIONAL STEEL PRODUCTS, INC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 3887**

Basis for the claim:

**VICTORIA**          **TX**     **77903-3887**          Collection Account

Date or dates debt was incurred     **1/2020**          Is the claim subject to offset?

Last 4 digits of account number     __ **5** **1** **1**          ☑ No
                                                        ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58,401.74 |

_Check all that apply._

**RENKEN'S NURSERY, INC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2701 SALEM RD**

Basis for the claim:

**VICTORIA**          **TX**     **77904**          Collection Account

Date or dates debt was incurred     **11/2019**          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __          ☑ No
                                                        ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,610.92 |

_Check all that apply._

**REPUBLIC SERVICES #847**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 78829**

Basis for the claim:

**PHOENIX**          **AZ**     **85062-8829**          Collection Account

Date or dates debt was incurred     **2019**          Is the claim subject to offset?

Last 4 digits of account number     **9** **9** **6** **0**          ☑ No
                                                        ☐ Yes

---

Debtor    **Don Krueger Construction Co.**                          Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,069.36 |

**RHODES DRYWALL & PAINTING**

**1035 S. TX AVE**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| **COLUMBUS** | **TX** | **78934** |

Basis for the claim:

Collection Account

Date or dates debt was incurred   **2018**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,507.75 |

**RICO, CHRISTIAN F**

**dba CR PUNCH CREW**

**2701 THOMAS AVENUE**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **PASADENA** | **TX** | **77506** |

Basis for the claim:

Collection Account

Date or dates debt was incurred   **2019**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,456.84 |

**RIDGE AV, LLC**

**715 DISCOVERY BLVD**

**STE. 502**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **CEDAR PARK** | **TX** | **78613** |

Basis for the claim:

Collection Account

Date or dates debt was incurred   **2019**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**RIVER VALLEY CHRISTIAN FELLOWSHIP**

**PO BOX 629**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| **CEDAR CREEK** | **TX** | **78612** |

Basis for the claim:

Collection Account

Date or dates debt was incurred   **2018-2019**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **Don Krueger Construction Co.**                          Case number (if known)  **20-60023**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,175.00 |

**RK WEBB, LLC**

**14493 SO. PADRE ISLAND DR**

**STE A, PMB 508**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**CORPUS CHRISTI**          **TX**    **78418**

Basis for the claim:
Collection Account

Date or dates debt was incurred     **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,127.50 |

**ROBERT D. GOEBEL CONTRACTOR**

**dba GOEBEL WOODWORK**

**1213 MCARTHUR ST**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CUERO**          **TX**    **77954**

Basis for the claim:
Collection Account

Date or dates debt was incurred     **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,909.43 |

**ROLLINS, JARRETT**

**dba ROLLINS RENT A FENCE**

**PO BOX 6829**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CORPUS CHRISTI**          **TX**    **78466**

Basis for the claim:
Collection Account

Date or dates debt was incurred     **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,154.40 |

**ROYAL AIR HOUSTON**

**12519 FM 529 RD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**HOUSTON**          **TX**    **77041**

Basis for the claim:
Collection Account

Date or dates debt was incurred     **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  **Don Krueger Construction Co.**                                     Case number (if known)  **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.265 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                                            **$130,442.50**
*Check all that apply.*

**RPM MANUFACTURING, LLC**                              ☐ Contingent

**2100 J&B DRIVE**                                      ☐ Unliquidated

                                                        ☐ Disputed

Basis for the claim:

**SAN BENITO**          **TX**    **78586**             **Collection Account**

Date or dates debt was incurred    **2019**            Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __            ☑ No
                                                        ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                                            **$14,117.76**
*Check all that apply.*

**S&J FENCE CO**                                        ☐ Contingent

**1825 NO. PADRE ISLAND DR.**                           ☐ Unliquidated

                                                        ☐ Disputed

Basis for the claim:

**CORPUS CHRISTI**      **TX**    **78408**             **Collection Account**

Date or dates debt was incurred    **2019**            Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __            ☑ No
                                                        ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                                            **$20,524.80**
*Check all that apply.*

**SAN ANTONIO FLOOR FINISHERS, INC**                    ☐ Contingent

**214 WEST TURBO DR**                                   ☐ Unliquidated

                                                        ☐ Disputed

Basis for the claim:

**SAN ANTONIO**         **TX**    **78216-3387**        **Collection Account**

Date or dates debt was incurred    **2017**            Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __            ☑ No
                                                        ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                                            **$9,080.00**
*Check all that apply.*

**SANDHOP; GARLAND - CPA**                              ☐ Contingent

**608 N WELLS**                                         ☐ Unliquidated

                                                        ☐ Disputed

Basis for the claim:

**EDNA**                **TX**    **77957-2719**        **Collection Account**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __            ☑ No
                                                        ☐ Yes

---

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,682.25 |

**SCHULENBURG GLASS COMPANY**                         *Check all that apply.*

**409 SUMMIT**                                        ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☐ Disputed

                                                      **Basis for the claim:**

**SCHULENBURG**          **TX**   **78956**           Collection Account

**Date or dates debt was incurred**   **2019**        Is the claim subject to offset?

**Last 4 digits of account number**  __ __ __ __      ☑ No
                                                      ☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.00 |

**SCOTT A. POWELL & CHRIS POWELL**                    *Check all that apply.*

**dba PAGE STRIPING**                                 ☐ Contingent

**PO BOX 4588**                                       ☐ Unliquidated
                                                      ☐ Disputed

                                                      **Basis for the claim:**

**VICTORIA**             **TX**   **77903-4588**      Collection Account

**Date or dates debt was incurred**   **11/2019**     Is the claim subject to offset?

**Last 4 digits of account number**  __ __ __ __      ☑ No
                                                      ☐ Yes

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,608.89 |

**SCOTT ELECTRIC COMPANY**                            *Check all that apply.*

**2001 N. PORT AVE.**                                 ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☐ Disputed

                                                      **Basis for the claim:**

**CORPUS CHRISTI**       **TX**   **78403**           Collection Account

**Date or dates debt was incurred**   **2019**        Is the claim subject to offset?

**Last 4 digits of account number**  __ __ __ __      ☑ No
                                                      ☐ Yes

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90,920.63 |

**SECHRIST-HALL COMPANY**                             *Check all that apply.*

**PO BOX 2347**                                       ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☐ Disputed

                                                      **Basis for the claim:**

**HARLINGEN**            **TX**   **78551-2347**      Collection Account

**Date or dates debt was incurred**   **2018**        Is the claim subject to offset?

**Last 4 digits of account number**  __ __ __ __      ☑ No
                                                      ☐ Yes

Debtor   **Don Krueger Construction Co.**                        Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,797.00 |

**SERNA, CHRISTOPHER**

**dba S&S CUSTOM CABINETS**

**1641 N. CAMP**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **SEGUIN** | **TX** | **78155** | Collection Account |

Date or dates debt was incurred   **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**SHELL FLEET NAVIGATOR / WEX**

**PO BOX 70995**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **CHARLOTTE** | **NC** | **28272** | Collection Account |

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,687.00 |

**SHELMARK ENGINEERING LLC**

**921 FM 517 ROAD EAST**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **DICKINSON** | **TX** | **77539** | Collection Account |

Date or dates debt was incurred   **10/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**SHEPHARD OF THE HILLS**

**6914 WURZBACH RD**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

| **SAN ANTONIO** | **TX** | **78240** | Collection Account |

Date or dates debt was incurred   **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor  **Don Krueger Construction Co.**                    Case number (if known)  **20-60023**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| **3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$57.78** |
| --- | --- | --- | --- |

Check all that apply.

**SHERWIN WILLIAMS #7355**

☐ Contingent

**3101 PAT BOOKER ROAD**

☐ Unliquidated
☐ Disputed

**UNIVERSAL CITY**          **TX**      **78148-2753**      Basis for the claim:

**Collection Account**

Date or dates debt was incurred      **12/2019**      Is the claim subject to offset?

☑ No

Last 4 digits of account number      __ __ __ __      ☐ Yes

---

| **3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$752.90** |
| --- | --- | --- | --- |

Check all that apply.

**SHERWIN WILLIAMS #7436**

☐ Contingent

**707 E. MOCKINGBIRD LN.**

☐ Unliquidated
☐ Disputed

**VICTORIA**          **TX**      **77904-2144**      Basis for the claim:

**Collection Account**

Date or dates debt was incurred      **2019**      Is the claim subject to offset?

☑ No

Last 4 digits of account number      **1   0   9   2**      ☐ Yes

---

| **3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$279.40** |
| --- | --- | --- | --- |

Check all that apply.

**SIGN INTERNATIONAL, INC**

☐ Contingent

**PO BOX 20054**

☐ Unliquidated
☐ Disputed

**BEAUMONT**          **TX**      **77720-0054**      Basis for the claim:

**Collection Account**

Date or dates debt was incurred      **8/2018**      Is the claim subject to offset?

☑ No

Last 4 digits of account number      __ __ __ __      ☐ Yes

---

| **3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,553.85** |
| --- | --- | --- | --- |

Check all that apply.

**SIX FLAGS GLASS COMPANY**

☐ Contingent

**dba BS&G GLASS CO.**

☐ Unliquidated

**PO BOX 3462**

☐ Disputed

**VICTORIA**          **TX**      **77903-3462**      Basis for the claim:

**Collection Account**

Date or dates debt was incurred      **2018**      Is the claim subject to offset?

☑ No

Last 4 digits of account number      __ __ __ __      ☐ Yes

---

Debtor   **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67,706.50 |

**SKELTON ENTERPRISES, INC**
**dba SKELTON FIRE ALARM**
**12000 CROWN POINT DR., STE. 125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**SAN ANTONIO**          **TX**     **78233**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,720.00 |

**SLATER PAINTING COMPANY, INC.**
**PO BOX 161542**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**AUSTIN**          **TX**     **78716-1542**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **8/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,649.69 |

**SMITH HAMILTON, LLC**
**10534 SENTINEL DRIVE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**SAN ANTONIO**          **TX**     **78217**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,115.34 |

**SOUTH TEXAS SCHOOL FURNITURE**
**107 NORTH MAIN ST.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**HALLETTSVILLE**          **TX**     **77964**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **6/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **Don Krueger Construction Co.**                                   Case number (if known)   **20-60023**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,389.50** |

**SOUTH TEXAS STEEL SERVICE CO., LLC**

**PO BOX 2208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**VICTORIA**        **TX**    **77902-2208**     **Collection Account**

Date or dates debt was incurred   **2019**       Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
                                                  ☐ Yes

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.38** |

**SOUTHERN CARLSON SYSTEMS, INC**

**PO BOX 744372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**ATLANTA**          **GA**    **30374-4372**    **Collection Account**

Date or dates debt was incurred   **11/2019**     Is the claim subject to offset?

Last 4 digits of account number   **0   5   0   8**     ☑ No
                                                        ☐ Yes

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$890.00** |

**SOUTHERN STAR STEEL SERVICES, LLC**

**2102 S. OLD TEMPLE RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LORENA**           **TX**    **76655**         **Collection Account**

Date or dates debt was incurred   **12/2019**     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
                                                  ☐ Yes

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$822.70** |

**SOUTHPOINT RENTALS, LLC**

**PO BOX 511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KINGSVILLE**       **TX**    **78364**         **Collection Account**

Date or dates debt was incurred   **2019**       Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
                                                  ☐ Yes

Debtor **Don Krueger Construction Co.**  Case number (if known) **20-60023**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.289** Nonpriority creditor's name and mailing address

SPECIALTY DRILLING

PO BOX 753185

HOUSTON                        TX      77275-3185

Date or dates debt was incurred      2017

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,370.10

---

**3.290** Nonpriority creditor's name and mailing address

SPECTRUM

PO BOX 60074

CITY OF INDUSTRY              CA      91716-0074

Date or dates debt was incurred

Last 4 digits of account number    4   9   4   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$292.98

---

**3.291** Nonpriority creditor's name and mailing address

SPECTRUM CORPORATION, ATTN

SCOREBOARD DIVISION

PO BOX 750456

HOUSTON                        TX      77275-0456

Date or dates debt was incurred      8/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$47,479.00

---

**3.292** Nonpriority creditor's name and mailing address

SSC SIGNS & LIGHTING, LLC

2351 W. NORTHWEST HWY, #3320

DALLAS                        TX      75220

Date or dates debt was incurred      9/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,135.89

---

Debtor **Don Krueger Construction Co.**     Case number (if known) **20-60023**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.293** Nonpriority creditor's name and mailing address

STAND SURE CONSTRUCTION, LLC

1205 WEST AVE J

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,928.42

BELTON     TX    76513

Basis for the claim:
Collection Account

Date or dates debt was incurred    5/2019

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.294** Nonpriority creditor's name and mailing address

STEFANIE DELEON

DBA ALL MIGHTY PLUMBING

707 W. ELM

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$27,025.80

EDNA     TX    77957

Basis for the claim:
Collection Account

Date or dates debt was incurred    2017

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.295** Nonpriority creditor's name and mailing address

STRAIGHT LINE BUILDING SYSTEMS, INC

32916 FM 529

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,217.84

BROOKSHIRE     TX    77423

Basis for the claim:
Collection Account

Date or dates debt was incurred    2019

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.296** Nonpriority creditor's name and mailing address

SUDDENLINK BUSINESS

PO BOX 660365

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,297.21

DALLAS     TX    75266-0365

Basis for the claim:
Collection Account

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,018.00** |

**SUMMIT LOCKERS, INC.**

**138 McLEOD RD**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**COLUMBIA**          **SC**     **29203**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred          **10/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number       __ __ __ __

---

| 3.298 | Nonpriority creditor's name and mailing address | | **$23,025.40** |

**SUPERIOR FENCE CO**

**dba DM3 ENTERPRISES, INC**

**139 DEWBERRY**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**VICTORIA**          **TX**     **77904**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred          **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number       __ __ __ __

---

| 3.299 | Nonpriority creditor's name and mailing address | | **$54,388.15** |

**SUPREME CUSTOM FABRICATORS**

**SUPREME FIXTURES**

**PO BOX 193655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**LITTLE ROCK**          **AR**     **72219**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred          **2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number       __ __ __ __

---

| 3.300 | Nonpriority creditor's name and mailing address | | **$161,279.40** |

**SUSTAINABLE SECURITY SOLUTIONS, INC**

**1107 BASSE RD**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**SAN ANTONIO**          **TX**     **78212**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred          **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number       __ __ __ __

---

| | |
|---|---|
| Debtor **Don Krueger Construction Co.** | Case number (if known) **20-60023** |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.301** Nonpriority creditor's name and mailing address

SYSTEMS 2011 HOLDING LP

dba SYSTEMS PAINTERS

PO BOX 26

NEW ULM            TX       78950

Date or dates debt was incurred       2019

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$188,275.57**

---

**3.302** Nonpriority creditor's name and mailing address

T OF V, LLC

dba TOYOTA OF VICTORIA

5902 N. NAVARRO ST

VICTORIA            TX       77904

Date or dates debt was incurred       12/2019

Last 4 digits of account number       7   4   1   0

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$2,919.40**

---

**3.303** Nonpriority creditor's name and mailing address

T.H. WILLIS COMPANY INC

PO BOX 1330

LAMPASAS            TX       76550

Date or dates debt was incurred       12/2019

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$13,604.00**

---

**3.304** Nonpriority creditor's name and mailing address

TCR- THE BEST ALARM

1416 HOUSTON

LAREDO            TX       78040

Date or dates debt was incurred       2016

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Collection Account

Is the claim subject to offset?
☑ No
☐ Yes

**$24,581.05**

---

Debtor __**Don Krueger Construction Co.**__  Case number (if known) __**20-60023**__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  Amount of claim

---

| 3.305 | Nonpriority creditor's name and mailing address |

**TENSO SHADE LLC**

**17595 W. BLANCO RD., STE. 300**

**SAN ANTONIO**   **TX**   **78232**

Date or dates debt was incurred   __**2019**__

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$997.50**

---

| 3.306 | Nonpriority creditor's name and mailing address |

**TESCO INDUSTRIES, LLC**

**1035 HACIENDA ST**

**BELLVILLE**   **TX**   **77418**

Date or dates debt was incurred   __**2018**__

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$186,859.23**

---

| 3.307 | Nonpriority creditor's name and mailing address |

**TEXAN GLASS & SOLAR CONTROL**

**24625 BUDDE RD**

**THE WOODLANDS**   **TX**   **77380**

Date or dates debt was incurred   __**2019**__

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,690.50**

---

| 3.308 | Nonpriority creditor's name and mailing address |

**TEXAS CUTTING & CORING, LP**

**7705 FM 482**

**NEW BRAUNFELS**   **TX**   **78132**

Date or dates debt was incurred   __**12/2019**__

Last 4 digits of account number   __**1**__ __**0**__ __**1**__ __**3**__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,300.00**

---

Debtor    **Don Krueger Construction Co.**                                     Case number (if known)   **20-60023**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,447.88 |

**TEXAS FIRST RENTALS, LLC**

**PO BOX 650869**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

**DALLAS**                    **TX**     **75265-0869**

Date or dates debt was incurred     **2019**

Last 4 digits of account number     **4   5   7   6**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,632.00 |

**TEXAS GLASS & TINTING**

**DONALD DAY, INC**

**103 E. MOCKINGBIRD LN., STE B**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Collection Account**

**VICTORIA**                    **TX**     **77904**

Date or dates debt was incurred     **2018**

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,060.11 |

**TEXAS MECHANICAL INSULATION**

**10907 RED MUSKET TRAIL**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

**SAN ANTONIO**                    **TX**     **78245**

Date or dates debt was incurred     **2018**

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,449.00 |

**TEXAS METAL TECH, INC**

**12120 BAMMEL NORTH HOUSTON RD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collection Account**

**HOUSTON**                    **TX**     **77066**

Date or dates debt was incurred     **2018**

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Don Krueger Construction Co.**                     Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,552.25 |

**TEXAS SAFFIRE, LLC**

**14014 PINEHURST LANE**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**MAGNOLIA**          **TX**     **77354**          Collection Account

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,714.25 |

**TEXAS SCENIC COMPANY, INC**

**PO BOX 680008**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**SAN ANTONIO**        **TX**     **78268-0008**     Collection Account

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,070.00 |

**TEXAS STATE PLUMBING CO**

**PO BOX 247**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**SAN MARCOS**         **TX**     **78667**          Collection Account

Date or dates debt was incurred    **12/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.80 |

**TEXAS THRONE, LLC**

**PO BOX 997**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**PORTLAND**           **TX**     **78374**          Collection Account

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.317** Nonpriority creditor's name and mailing address

**TEXAS TOOL & HARDWARE, INC**

**PO BOX 3465**

**VICTORIA**      **TX**    **77903-3465**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    **0**   **1**   **6**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$134,938.41**

---

**3.318** Nonpriority creditor's name and mailing address

**TEXAS VA ELECTRICAL, LLC**

**217 S RIVER ST, STE M5**

**SEGUIN**      **TX**    **78155**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$79,892.50**

---

**3.319** Nonpriority creditor's name and mailing address

**THE GLASS DESIGNER FAMILY LLC**

**5600 N. SCHUERBACH RD**

**MISSION**      **TX**    **78574**

Date or dates debt was incurred    **9/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,544.20**

---

**3.320** Nonpriority creditor's name and mailing address

**THOMAS MITCHELL WEBB**

**dba BETTER GARDENS IRRIGATION**

**502 MEAD RD**

**VICTORIA**      **TX**    **77904**

Date or dates debt was incurred    **11/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,777.60**

---

Debtor   **Don Krueger Construction Co.**                     Case number (if known)  **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  **Amount of claim**

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,300.00 |

THYSSENKRUPP ELEVATOR CORP.

3100 INTERSTATE N, CIRCLE SE

SUITE 500

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

ATLANTA          GA    30339

Basis for the claim:
Collection Account

Date or dates debt was incurred     11/2019

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

TIERRA LINDA INVESTMENTS

1501 E. MOCKINGBIRD LANE, STE 406

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

VICTORIA         TX    77904

Basis for the claim:
Collection Account

Date or dates debt was incurred     2013-2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,178.25 |

TOMAN BROTHERS, INC

2307 BANDERA ROAD, STE. 104

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

SAN ANTONIO      TX    78228

Basis for the claim:
Collection Account

Date or dates debt was incurred     2018

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74,543.20 |

TOMCO, INC

3430 COPELAND

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

SAN ANTONIO      TX    78219

Basis for the claim:
Collection Account

Date or dates debt was incurred     2019

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Debtor   **Don Krueger Construction Co.**                          Case number (if known)  **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.325**  Nonpriority creditor's name and mailing address

**TONNE AIR CONDITIONING & HEATING LTD**

**718 CANTWELL LANE**

**CORPUS CHRISTI**          **TX**     **78408**

Date or dates debt was incurred        **2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Collection Account**

Is the claim subject to offset?

☑ No
☐ Yes

**$39,374.20**

---

**3.326**  Nonpriority creditor's name and mailing address

**TRAVELERS CASUALTY & SURETY CO.**

**1500 Market Street**

**29th Floor West Tower (Mail Code 1166)**

**Philadelphia, PA 19102**

Date or dates debt was incurred        **2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

**Bond**

Is the claim subject to offset?

☑ No
☐ Yes

**$353,167.86**

---

**3.327**  Nonpriority creditor's name and mailing address

**TRAVIS CO. ESD**

**18300 PARK DRIVE**

**JONESTOWN**          **TX**     **78645**

Date or dates debt was incurred        **2018-2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Collection Account**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.328**  Nonpriority creditor's name and mailing address

**TURNER CONSTRUCTION**

**1077 CENTRAL PARKWAY SOUTH**

**SUITE 600**

**SAN ANTONIO**          **TX**     **78232**

Date or dates debt was incurred        **2018-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Collection Account**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor   **Don Krueger Construction Co.**                                   Case number (if known)   **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.329**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                    **$34.24**
                                                                 *Check all that apply.*

**UNITED PARCEL SERVICE**                                        ☐ Contingent

**PO BOX 7247-0244**                                             ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 Basis for the claim:

**PHILADELPHIA**            **PA**      **19170-0001**           **Collection Account**

Date or dates debt was incurred       **2/2020**                Is the claim subject to offset?

Last 4 digits of account number       **7   2   2   W**         ☑ No
                                                                 ☐ Yes

---

**3.330**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                    **$8,289.59**
                                                                 *Check all that apply.*

**UNITED RENTALS (NA), INC. - RSC**                             ☐ Contingent

**PO BOX 840514**                                               ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 Basis for the claim:

**DALLAS**                **TX**      **75284-0514**             **Collection Account**

Date or dates debt was incurred       **2019**                  Is the claim subject to offset?

Last 4 digits of account number       **6   4   7   6**         ☑ No
                                                                 ☐ Yes

---

**3.331**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                    **$341.84**
                                                                 *Check all that apply.*

**UNITED SITE SERVICES OF TEXAS**                               ☐ Contingent

**PO BOX 660475**                                               ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 Basis for the claim:

**DALLAS**                **TX**      **75266-0475**             **Collection Account**

Date or dates debt was incurred       **12/2019**               Is the claim subject to offset?

Last 4 digits of account number       **2   3   0   4**         ☑ No
                                                                 ☐ Yes

---

**3.332**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                    **$3,000.00**
                                                                 *Check all that apply.*

**URBAN SURVEYING, INC**                                        ☐ Contingent

**2004 N. COMMERCE ST**                                         ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 Basis for the claim:

**VICTORIA**              **TX**      **77901-5510**            **Collection Account**

Date or dates debt was incurred       **12/2019**               Is the claim subject to offset?

Last 4 digits of account number       __ __ __ __               ☑ No
                                                                 ☐ Yes

---

Debtor   **Don Krueger Construction Co.**                                Case number (if known)   **20-60023**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.333**   Nonpriority creditor's name and mailing address

**VALLEY SO. TX. INTERIORS, INC**

**219 S. NEBRASKA**

**SAN JUAN**                     **TX**     **78589**

Date or dates debt was incurred          **2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$276,124.75**

---

**3.334**   Nonpriority creditor's name and mailing address

**VANGUARD FIRE SYSTEMS, LP**

**2340 PATTERSON INDUSTRIAL DR**

**PFLUGERVILLE**                 **TX**     **78660**

Date or dates debt was incurred          **2018**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,715.76**

---

**3.335**   Nonpriority creditor's name and mailing address

**VARNI ROOFING, INC**

**1448 S. STATE HWY 46**

**NEW BRAUNFELS**                **TX**     **78130**

Date or dates debt was incurred          **2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,365.00**

---

**3.336**   Nonpriority creditor's name and mailing address

**VAZQUEZ, VICENTE**

**dba V VAZQUEZ PAINTING**

**5963 PADRE DR**

**SAN ANTONIO**                  **TX**     **78214**

Date or dates debt was incurred          **6/2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collection Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,640.00**

---

Debtor **Don Krueger Construction Co.**      Case number (if known) **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.337**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$93,619.59**

**VCS SECURITY SYSTEMS, INC**

**302 KERH BLVD**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**VICTORIA**    **TX**    **77904**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.338**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$3,798.50**

**VERASTEGUI, JUAN**

**dba JV CONTRACTING**

**2108 PLEASANT GREEN**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**VICTORIA**    **TX**    **77901**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.339**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$51,482.21**

**VICTORIA AIR CONDITIONING LTD**

**200 S. BEN JORDAN ST.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**VICTORIA**    **TX**    **77901-8649**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.340**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$153.88**

**VICTORIA COMMUNICATION SERVICES, INC**

**302 KERH BLVD**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**VICTORIA**    **TX**    **77904**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **11/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| **3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$118,747.70** |

*Check all that apply.*

**VILLA, JUAN F**

**dba VILLA'S DRYWALL**

**642 W. PYRON**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SAN ANTONIO**          **TX**    **78221**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,950.00** |

*Check all that apply.*

**VILLARREAL, MEDARDO**

**dba STI COOLING & HEATING**

**5220 N. INSPIRATION RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**MISSION**          **TX**    **78573**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$201.50** |

*Check all that apply.*

**VILLEGAS, ISAIAS**

**dba CHALKLINE STRIPING**

**PO BOX 1712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PHARR**          **TX**    **78577**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **5/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,321.05** |

*Check all that apply.*

**VISUAL SOLUTIONS**

**403 E. RAMSEY RD., STE. 108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SAN ANTONIO**          **TX**    **78216**

Basis for the claim:
**Collection Account**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor __Don Krueger Construction Co.__                    Case number (if known) __20-60023__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,740.34 |
|---|---|---|---|

W.S. STEEL ERECTION, LLC

PO BOX 593497

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

SAN ANTONIO          TX      78259-3497

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      __2017__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,130.56 |
|---|---|---|---|

WALLACE ELECTRIC SERVICES, LLC

PO BOX 1643

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

GONZALES             TX      78629

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      __2018__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,327.83 |
|---|---|---|---|

WASTE MANAGEMENT OF TEXAS

PO BOX 660345

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS               TX      75266-0345

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      __2019__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,636.95 |
|---|---|---|---|

WATERLOO PLASTERING INC

PO BOX 342252

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

AUSTIN               TX      78734

Basis for the claim:
**Collection Account**

Date or dates debt was incurred      __2019__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor   **Don Krueger Construction Co.**                              Case number (if known)   **20-60023**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,703.50 |

**WESTERN STATES FIRE PROTECTION**

**141 WINDY MEADOWS DR**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**SCHERTZ**            **TX**     **78154**            Collection Account

Date or dates debt was incurred   **2018**         Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __       ☑ No
                                                    ☐ Yes

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,880.53 |

**WEX BANK**

**PO BOX 4337**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**CAROL STREAM**       **IL**     **60197-4337**       Collection Account

Date or dates debt was incurred   **2019**         Is the claim subject to offset?

Last 4 digits of account number   **0  2  2  1**    ☑ No
                                                    ☐ Yes

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,550.22 |

**WHEELER, WILLIAM W**

**dba GW WHEELER & SONS PLUMBERS, LLC**

**504 E. SANTA ROSA**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**VICTORIA**           **TX**     **77901**            Collection Account

Date or dates debt was incurred   **2019**         Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __       ☑ No
                                                    ☐ Yes

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,620.44 |

**WHISPERING CREEK VILLAS**

**5303 HAMILTON WOLFE RD.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**SAN ANTONIO**        **TX**     **78229-4419**       Collection Account

Date or dates debt was incurred   **2/2020**       Is the claim subject to offset?

Last 4 digits of account number   **2  5  8  0**    ☑ No
                                                    ☐ Yes

Debtor  **Don Krueger Construction Co.**                    Case number (if known)  **20-60023**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.25 |

Check all that apply.

**WHP TRAINING TOWERS**

**9130 FLINT ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**OVERLAND PARK**        **KS**   **66214**       Collection Account

Date or dates debt was incurred     **12/2019**       Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __       ☒ No
☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $156,649.00 |

Check all that apply.

**WILLIAM COLE LEINNEWEBER**

**dba CL CONCRETE**

**1105 QUAIL RUN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**SAN MARCOS**        **TX**   **78666**       Collection Account

Date or dates debt was incurred     **2017**       Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __       ☒ No
☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,062.58 |

Check all that apply.

**WILLIAMS SCOTSMAN, INC**

**PO BOX 91975**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

**CHICAGO**        **IL**   **60693-1975**       Collection Account

Date or dates debt was incurred     **2019**       Is the claim subject to offset?

Last 4 digits of account number    **7  2  6  1**       ☒ No
☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $768,422.12 |

Check all that apply.

**WORKPLACE RESOURCE, LLC**

**4400 NE LOOP 410, STE. 130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**SAN ANTONIO**        **TX**   **78218**       Collection Account

Date or dates debt was incurred     **2019**       Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __       ☒ No
☐ Yes

---

Debtor   **Don Krueger Construction Co.**                     Case number (if known)   **20-60023**

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.96 |

**WORLDWIDE PEST CONTROL, INC**

**5808 IH 10 W**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**SAN ANTONIO**          **TX**     **78210**          Collection Account

Date or dates debt was incurred   **2019**          Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __          ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,350.00 |

**YORK METAL FABRICATORS, INC**

**PO BOX 18149**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**OKLAHOMA CITY**          **OK**     **73154-8149**          Collection Account

Date or dates debt was incurred   **2017**          Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __          ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,300.00 |

**Z FLOOR CO., LTD**

**350 BETCHAN AVE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**LAKE DALLAS**          **TX**     **75065**          Collection Account

Date or dates debt was incurred   **10/2019**          Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __          ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.92 |

**ZARSKY LUMBER COMPANY, INC**

**PO BOX 2527**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**VICTORIA**          **TX**     **77902-2527**          Collection Account

Date or dates debt was incurred          Is the claim subject to offset?
☑ No
Last 4 digits of account number   **7   3   1   0**          ☐ Yes

---

Debtor   **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
      listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **BETHANY F. BECK**<br>**SANDERFORD & CARROLL, PC**<br>**1100 NE LOOP 410, SUITE 550**<br><br>**SAN ANTONIO          TX      78209** | Line   **3.218**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.2**  **BRAD GASWIRTH**<br>**CANTERBURY GOOCH SURRATT SHAPIRO STI**<br>**GASWIRTH & JONES, P.C.**<br>**4851 LBJ FREEWAY, SUITE 301**<br>**DALLAS          TX      75244** | Line   **3.299**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.3**  **BRUCE NEYLAND**<br>**ATTORNEY AT LAW**<br>**INDEPENDENCE PLAZA II**<br>**14350 NORTHBROOK DRIVE, SUITE 150**<br>**SAN ANTONIO          TX      78232** | Line   **3.324**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.4**  **CASEY CULLEN**<br>**CULLEN, CARSNER, SEERDEN, & CULLEN LLP**<br>**PO BOX 2938**<br><br>**VICTORIA          TX      77902-2938** | Line   **3.337**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.5**  **CIANO PASTA**<br>**ATTORNEY AT LAW**<br>**1800 ST. JAMES PLACE, SUITE 200**<br><br>**HOUSTON          TX      77056** | Line   **3.219**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.6**  **COATS ROSE, P.C.**<br>**C/O BEN L. ADERHOLT**<br>**9 GREENWAY PLAZA, SUITE 1000**<br><br>**HOUSTON          TX      77046** | Line   _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Don Krueger Construction Co.**                             Case number (if known)   **20-60023**

| **Part 3:** | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **CODY HENSON**<br>**HENSON & ROCKAFELLOW, PLLC**<br>**117 E JACKSON ST**<br><br>**BURNET**            **TX**      **78611** | Line   **3.188**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.8 | **CODY LEWIS**<br>**HAYES BERRY WHITE VANZANT**<br>**512 W HICKORY ST., SUITE 100**<br><br>**DENTON**            **TX**      **76201** | Line   **3.247**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.9 | **Consolidated Electrical Distributors, In**<br>**Education Service Center - Reg 20**<br>**PO BOX 3626**<br><br>**Victoria**            **TX**      **77903** | Line   **3.73**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.10 | **CRYSTAL P SMITH**<br>**SANDERFORD & CARROLL, P.C**<br>**1100 NE LOOP 410, SUITE 550**<br><br>**SAN ANTONIO**            **TX**      **78209** | Line   **3.175**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.11 | **EDGAR GARCIA, ESQ.**<br>**GARCIA LAW FIRM, PLLC**<br>**THE BROOKHOLLOW ATRIUM**<br>**1000 CENTRAL PARKWAY N, SUITE 100**<br>**SAN ANTONIO**            **TX**      **78232** | Line   **3.164**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.12 | **ERIC CLINTON**<br>**SPROUSE SHRADER SMITH PLLC**<br>**701 S TAYLOR, SUITE 500**<br>**PO BOX 15008**<br>**AMARILLO**            **TX**      **79105-5008** | Line   **3.317**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.13 | **ERROL J. DIETZE**<br>**DIETZE & REESE LLP**<br>**PO BOX 841**<br><br>**CUERO**            **TX**      **77954** | Line   **3.92**<br><br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**

---

**Part 3:**   Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.14** **ESPINOZA LAW FIRM PLLC** **C/O JAVIER ESPINOZA** **10202 HERITAGE BLVD.** **SAN ANTONIO** **TX** **78216** | Line **3.356** ☐ Not listed. Explain: | __ __ __ __ |
| **4.15** **HOWARD MAREK** **MAREK, GRIFFIN & KNAUPP** **PO BOX 2329** **VICTORIA** **TX** **77902-2329** | Line **3.320** ☐ Not listed. Explain: | __ __ __ __ |
| **4.16** **HOWARD MAREK** **MAREK, GRIFFIN & KNAUPP** **PO BOX 2329** **VICTORIA** **TX** **77902-2329** | Line **3.255** ☐ Not listed. Explain: | __ __ __ __ |
| **4.17** **HOWARD MAREK** **MAREK, GRIFFIN & KNAUPP** **PO BOX 2329** **VICTORIA** **TX** **77902-2329** | Line **3.250** ☐ Not listed. Explain: | __ __ __ __ |
| **4.18** **IAN T. TODD** **SNEED, VINE & PERRY** **108 EAST 8TH STREET** **GEORGETOWN** **TX** **78626** | Line **3.242** ☐ Not listed. Explain: | __ __ __ __ |
| **4.19** **J. BAIRD SMITH** **NAMAN, HOWELL, SMITH, & LEE PLLC** **8310 N CAPITAL OF TEXAS HWY, SUITE 490** **AUSTIN** **TX** **78731** | Line **3.259** ☐ Not listed. Explain: | __ __ __ __ |
| **4.20** **JOE VIRENE** **GRAY REED** **1300 POST OAK BLVD., SUITE 2000** **HOUSTON** **TX** **77056** | Line **3.121** ☐ Not listed. Explain: | __ __ __ __ |

Debtor   **Don Krueger Construction Co.** _____   Case number (if known)   **20-60023** _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.21   **JOHN S. WARREN**
**WARREN, DRUGAN, & BARROWS P.C.**
**606 NORTH CARANCAHUA ST., SUITE 601**

**CORPUS CHRISTI        TX        78401**

Line   **3.266**

☐ Not listed.  Explain:

__ __ __ __

4.22   **JONATHAN MARSHALL**
**LOVEIN RIBMAN PC**
**1225 MAIN STREET, SUITE 200**

**GRAPEVINE        TX        76051**

Line   **3.204**

☐ Not listed.  Explain:

__ __ __ __

4.23   **JOSE GAMEZ**
**DONNELL, KIESCHNICK, WOLTER & GAMEZ P.(**
**WELLS FARGO BANK BUILDING**
**2830 WEST TRENTON**
**EDINBURG        TX        78539**

Line   **3.251**

☐ Not listed.  Explain:

__ __ __ __

4.24   **JOSEPH A. GARNETT**
**SHEEHY WARE PAPPAS**
**909 FANNIN STREET**
**SUITE 2500**
**HOUSTON        TX        77010**

Line   **3.141**

☐ Not listed.  Explain:

__ __ __ __

4.25   **JOSEPH, MANN & CREED**
**8948 CANYON FALLS BLVD, SUITE 200**

**TWINSBURG        OH        44087**

Line   **3.156**

☐ Not listed.  Explain:

__ __ __ __

4.26   **JOSH CONDON**
**CONDON LAW, PLLC**
**11675 JOLLYVILLE ROAD, SUITE 209**

**AUSTIN        TX        78759**

Line   **3.175**

☐ Not listed.  Explain:

__ __ __ __

4.27   **JUSTIN J. DERTINGER**
**PLUNK SMITH, PLLC**
**1701 LEGACY DRIVE, SUITE 2000**

**FRISCO        TX        75034**

Line   **3.292**

☐ Not listed.  Explain:

__ __ __ __

Debtor    **Don Krueger Construction Co.**                          Case number (if known)  **20-60023**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.28 **KEITH MILLER** <br> **LAW OFFICES OF KEITH P MILLER** <br> **14350 NORTHBROOK, SUITE 150** <br><br> **SAN ANTONIO      TX      78232** | Line  **3.160** <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.29 **Krebs Farley & Dry, PLLC** <br> **909 18th Street** <br><br><br> **Plano              TX      75074** | Line  **3.326** <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.30 **LAW OFFICES OF MOLLY P. THOMAS** <br> **PO BOX 37** <br><br><br> **SINTON            TX      78387** | Line  **3.21** <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.31 **MARK MURPHY** <br> **DAVIS/SANTOS** <br> **719 S FLORES ST** <br><br> **SAN ANTONIO      TX      78204** | Line  **3.354** <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.32 **Matthews, Shiels et al.** <br> **Misti Beanland** <br> **8131 LBJ Freeway, Suite 700** <br><br> **Dallas            TX      75251** | Line  _____ <br> ☑ Not listed. Explain: <br>    **Notice Only** | __ __ __ __ |
| 4.33 **MELODEE GRUBER** <br> **GRUBER LAW FIRM PLLC** <br> **1115 17TH ST.** <br><br> **HONDO            TX      78861** | Line  **3.98** <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.34 **MICHAEL A. JOHNSON, P.C** <br> **5606 N NAVARRO ST. SUITE 200** <br><br><br> **VICTORIA          TX      77904** | Line  **3.61** <br> ☐ Not listed. Explain: | __ __ __ __ |

Debtor    **Don Krueger Construction Co.**                          Case number (if known)   **20-60023**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.35 | **MISTI BEANLAND** **MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS,& BEANLAND, LLP** **8131 LBJ FREEWAY, SUITE 700** **DALLAS         TX     75251** | Line   **3.73** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.36 | **NATALYA S. SHEDDAN** **ALLENSWORTH & PORTER LLP** **100 CONGRESS AVE., SUITE 700** **AUSTIN         TX     78701** | Line   **3.2** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.37 | **NATIONAL CREDIT SYSTEMS INC** **PO BOX 312125** **ATLANTA         GA     31131-2125** | Line   **3.352** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.38 | **PAUL WILSON, ESQ** **PR WILSON LAW FIRM P.C** **323 W. CANO ST., 2ND FLOOR** **EDINBURG         TX     78539** | Line   **3.333** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.39 | **PROFESSIONAL DEBT MEDIATION INC.** **7948 BAYMEADOWS WAY, 2ND FLOOR** **JACKSONVILLE         FL     32256-7518** | Line   **3.199** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.40 | **R. CARSON FISK** **ANDREWS MYERS** **919 CONGRESS AVE. SUITE 1050** **AUSTIN         TX     78701** | Line   **3.195** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.41 | **R. WES JOHNSON** **GARNDER LAW** **745 EAST MULBERRY AVE., SUITE 500** **SAN ANTONIO         TX     78212-3154** | Line   **3.4** ☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.42** **RECEIVABLES CONTROL CORP** **7373 KIRKWOOD COURT, SUITE 200** **MINNEAPOLIS          MN       55369** | Line __**3.42**__ ☐ Not listed.  Explain: | __ __ __ __ |
| **4.43** **REX ZGARBA** **COATS ROSE** **TERRACE2, 2700 VIA FORTUNA, SUITE 350** **AUSTIN                TX       78746** | Line __**3.133**__ ☐ Not listed.  Explain: | __ __ __ __ |
| **4.44** **RICHARD WALLACE III, PARTNER** **SCHEEF & STONE** **500 NORTH AKARD, SUITE 2700** **DALLAS                TX       75201** | Line __**3.107**__ ☐ Not listed.  Explain: | __ __ __ __ |
| **4.45** **ROBERT ALEX BASS** **MICHALK, BEATTY & ALCOZER LP** **3106 SOUTH W.S. YOUNG** **BUILDING D, SUITE 401** **KILLEEN               TX       76542** | Line __**3.178**__ ☐ Not listed.  Explain: | __ __ __ __ |
| **4.46** **RYAN C. SOLIS** **LAW OFFICE OF RYAN C. SOLIS PLLC** **1410 WEST DOVE AVE** **MCALLEN               TX       78504** | Line __**3.85**__ ☐ Not listed.  Explain: | __ __ __ __ |
| **4.47** **S. ROBERT FLING** **ATTORNEY AT LAW PLLC** **PO BOX 411** **KATY                  TX       77492** | Line __**3.295**__ ☐ Not listed.  Explain: | __ __ __ __ |
| **4.48** **SAM DRUGAN** **WARREN, DRUGAN, & BARROWS P.C.** **800 BROADWAY ST., SUITE 200** **SAN ANTONIO           TX       78215-1241** | Line __**3.249**__ ☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **Don Krueger Construction Co.**                              Case number (if known)   **20-60023**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.49 | **SEAN B. McNELIS** **MCNEILIS & ASSOCIATES** **143 W SUNSET ROAD, SUITE 200** **SAN ANTONIO        TX        78209** | Line   **3.303** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.50 | **SYNTER RESOURCE GROUP LLC** **PO BOX 63247** **NORTH CHARLESTON   SC     29419-3247** | Line   **3.117** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.51 | **TED HOLLEN** **THE CASEY PROFESSIONAL BUILDING** **20624 FM 1431, SUITE 9** **LAGO VISTA            TX     78645** | Line   **3.189** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.52 | **THOMAS WALTHALL, JR** **SANDERFORD & CARROLL, P.C** **1100 NE LOOP 410, SUITE 550** **SAN ANTONIO        TX        78209** | Line   **3.341** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.53 | **TREVOR G. GREEN PLLC** **5920 W WILLIAM CANNON DRIVE BLDG 6, SUIT** **AUSTIN              TX     78749** | Line   **3.35** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.54 | **WILLIAM SOMMERS** **LANGLEY & BANACK INC** **745 EAST MULBERRY, STE 700** **SAN ANTONIO        TX     78212-3166** | Line   **3.87** ☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **Don Krueger Construction Co.**                    Case number (if known)   **20-60023**

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.   **Total claims from Part 1**                     5a.                          **$0.00**

5b.   **Total claims from Part 2**                     5b. **+**        **$15,848,840.09**

5c.   **Total of Parts 1 and 2**                       5c.              **$15,848,840.09**
        Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Don Krueger Construction Co.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-60023**                    Chapter **7**
(if known)

☐ Check if this is an
    amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Building and Lot Lease** | **Elegant Limo** |
| | | | **1508 N Ben Jordan Street** |
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **Victoria          TX     77901** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Surety Bond in favor of Debtor.** | **Travelers Casualty & Surety Co.** |
| | | | **1500 Market Street** |
| | | | **29th Floor West Tower (Mail Code 1166)** |
| | State the term remaining | **Unknown** | **Philadelphia, PA 19102** |
| | List the contract number of any government contract | | **Attn: Joshua M. Pantesco** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Don Krueger Construction Co.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **20-60023** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Kevin and Amy Krueger** | **2 Vantage Point** <br> Number   Street <br><br> **New Braunfels**   **TX**   **78130** <br> City   State   ZIP Code | **TRAVELERS CASUALTY & SURETY CO.** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 **Kevin Krueger** | **2 Vantage Point** <br> Number   Street <br><br> **New Braunfels**   **TX**   **78130** <br> City   State   ZIP Code | **NEWFIRST NATIONAL BANK** | ☐ D <br> ☑ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Don Krueger Construction Co.**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):  **20-60023**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.  ***Schedule A/B: Assets--Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B.............................................................. | **$751,650.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B............................................................ | **$9,428,507.96**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B.............................................................. | **$10,180,157.96**

### Part 2:    Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................................. | **$0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.................................... | **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................. | **+  $15,848,840.09**

4.  **Total liabilities**
    Lines 2 + 3a + 3b................................................................................ | **$15,848,840.09**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Don Krueger Construction Co.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **20-60023**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule   _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/07/2020**
    MM / DD / YYYY

X **/s/ Kevin R. Krueger**
Signature of individual signing on behalf of debtor

**Kevin R. Krueger**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Don Krueger Construction Co.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-60023**
(if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **10/01/2019** MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other _____ | **$7,253,301.00** |
| **For prior year:** | From **10/01/2018** MM / DD / YYYY | to | **09/30/2019** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$63,576,590.00** |
| **For the year before that:** | From **10/01/2017** MM / DD / YYYY | to | **09/30/2018** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$52,561,481.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **10/01/2019** MM / DD / YYYY | to | Filing date | **Interest & Dividend Income** | **$25,237.00** |
| **For prior year:** | From **10/01/2018** MM / DD / YYYY | to | **09/30/2019** MM / DD / YYYY | **Interest & Dividend Income** | **$138,202.00** |
| **For the year before that:** | From **10/01/2017** MM / DD / YYYY | to | **09/30/2018** MM / DD / YYYY | **Interest & Dividend Income** | **$133,000.00** |

Debtor   **Don Krueger Construction Co.**            Case number (if known)   **20-60023**
_____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

3.1.   **Langley Construction Group**        1/10/2020      **$115,805.00**
Creditor's name
**717 N. Water Street**
Street

**Burnet**            **Tx**   **78611**
City           State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☑ Other   **Subcontractor**

---

3.2.   **Joe S. Elliott dba South Texas Eco Foam**        1/10/2020      **$28,996.37**
Creditor's name
**4848 FM 3355**
Street

**Beeville**            **Tx**   **78102**
City           State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☑ Other   **Subcontractor**

---

3.3.   **Expert Air Refrigeration Services LLC**        01/10/2020      **$58,409.89**
Creditor's name
**PO BOX 5453**
Street

**Round Rock**            **TX**   **78683**
City           State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☑ Other   **Subcontractor**

---

3.4.   **Fred Tillman Contractors Inc.**        01/10/2020      **$28,158.00**
Creditor's name
**7011 W Bee Cave Rd**
Street

**Austin**            **TX**   **78746**
City           State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☑ Other   **Subcontractor**

---

3.5.   **Jacob Lantz dba Lantz's Lakeside Plumbin**        01/10/2020      **$17,846.26**
Creditor's name
**PO BOX 4462**
Street

**Lago Vista**            **TX**   **78645**
City           State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☑ Other   **Subcontractor**

---

3.6.   **Prodirt Services LLC**        01/10/2020      **$19,000.00**
Creditor's name
**PO BOX 1508**
Street

**Pflugerville**            **TX**   **78691**
City           State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☑ Other   **Subcontractor**

---

Debtor    **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**
          Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.7.  **Red Dot Building Systems**          01/10/2020          $21,007.82

Creditor's name
**1209 W. Corsicana Street**
Street

**Athens**          **TX**    **75751**
City          State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☒ Other  **Subcontractor**

---

3.8.  **D&M Owens Inc.**          01/13/2020          $18,067.56

Creditor's name
**PO BOX 311353**
Street

**New Braunfels**          **TX**    **79131**
City          State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☒ Other  **Subcontractor**

---

3.9.  **JD Kunz Concrete Contractor, Inc.**          01/13/2020          $49,162.50

Creditor's name
**PO BOX 310419**
Street

**New Braunfels**          **TX**    **78131**
City          State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☒ Other  **Subcontractor**

---

3.10.  **Victoria Oliver Co Inc.**          01/28/2020          $10,067.05
                                            02/26/2020

Creditor's name
**2303 N Main Street**
Street

**Victoria**          **TX**    **77901**
City          State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other

---

3.11.  **Collision Country Repair Center LLC**          01/28/2020          $15,210.38

Creditor's name
**4282 I10 East**
Street

**San Antonio**          **TX**    **78219**
City          State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other

---

3.12.  **Frost Insurance Agency Inc.**          01/30/2020          $56,588.35
                                               02/11/2020

Creditor's name
**PO BOX 2625**
Street

**Victoria**          **TX**    **77902**
City          State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other

---

3.13.  **Victoria County Tax Assessor Collector**          01/28/2020          $62,926.75

Creditor's name
**PO BOX 2569**
Street

**Victoria**          **TX**    **77902**
City          State   ZIP Code

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other  **Property Taxes**

---

Debtor **Don Krueger Construction Co.**                         Case number (if known) **20-60023**
         Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14. **Texas Mutual Insurance Co.**<br>Creditor's name<br>**PO BOX 841943**<br>Street<br><br>**Dallas**     **TX**   **75284**<br>City          State   ZIP Code | **01/25/2020**<br>**01/28/2020**<br>**02/17/2020** | **$24,511.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.15. **Columbia Electric Supply**<br>Creditor's name<br>**8610 Broadway, Ste 200**<br>Street<br><br>**San Antonio**   **TX**   **78217**<br>City          State   ZIP Code | **01/10/2020**<br>**02/13/2020** | **$32,733.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.16. **Frost Bank**<br>Creditor's name<br>**PO Box 1600**<br>Street<br><br>**San Antonio**   **TX**   **78296**<br>City          State   ZIP Code | **03/04/2020** | **$1,004,372.21** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.17. **Prosperity Bank**<br>Creditor's name<br>**Victoria Loan Operations**<br>Street<br>**1205 N Navarro Street**<br><br>**Victoria**   **TX**   **77901**<br>City          State   ZIP Code | **01/13/2020;**<br>**01/14/2020;**<br>**and**<br>**01/17/2020** | **$1,421,665.01** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.18. **New First National Bank**<br>Creditor's name<br>**N. W. Zac Lentz Parkway**<br>Street<br><br>**Victoria**   **TX**   **77901**<br>City          State   ZIP Code | **01/06/2020;**<br>**01/10/2020;**<br>**01/31/2020;**<br>**02/04/2020;**<br>**02/05/2020;**<br>**02/10/2020;**<br>**03/05/2020;**<br>**03/10/2020;**<br>**04/06/2020;**<br>**and**<br>**04/10/2020** | **$78,531.63** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor  **Don Krueger Construction Co.**                                    Case number (if known)  **20-60023**
_____Name_____

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐  None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Kevin Krueger** <br> Insider's name <br> **2 Vantage Pt** <br> Street <br><br> **New Braunfels**    **TX**    **78130** <br> City    State    ZIP Code <br><br> **Relationship to debtor** <br> **Shareholder, Director, & Officer** | **All payrolls dated 04/10/2019-01/10/2020 02/10/2020 02/20/2020 03/26/2020** | **$315,000.00** | **Regular Payroll; 1099 Payments to Assist Travelers with Bond Claims & Clean out offices and shop** |
| 4.2.  **Tracy Krueger** <br> Insider's name <br> **405 Shiloh** <br> Street <br><br> **Victoria**    **TX**    **77905** <br> City    State    ZIP Code <br><br> **Relationship to debtor** <br> **Director & Officer** | **All payrolls dated 4/10/2019-01/10/2020** | **$66,000.00** | **Regular Payroll; 1099 Payments to Assist Travelers with Bond Claims & Clean out offices and shop** |
| 4.3.  **Lester Colley** <br> Insider's name <br> **770 Westpark Ave.** <br> Street <br><br> **Victoria**    **TX**    **77905** <br> City    State    ZIP Code <br><br> **Relationship to debtor** <br> **Director & Officer** | **All payrolls dated 04/10/2019-01/10/2020** | **$116,750.00** | **Regular Payroll & Board of Director Fees 2019** |
| 4.4.  **Christopher Carrillo** <br> Insider's name <br> **2161 Hazelwood Drive** <br> Street <br><br> **New Braunfels**    **TX**    **78130** <br> City    State    ZIP Code <br><br> **Relationship to debtor** <br> **Director & Officer** | **All payrolls dated 04/10/2029-01/10/2020; 02/03/2020; 02/10/2020; 02/20/2020** | **$88,620.00** | **Regular Payroll; 1099 payments to assist Travelers with Bond Claims** |

Debtor  **Don Krueger Construction Co.**                          Case number (if known)  **20-60023**
            Name

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Alanis v. Bartlett Cocke General Contractors, LLC and KGS Electric Company** | **Injury** | **150th District Court of Bexar County, T**<br>Name<br>**Bexar County Courthouse**<br>Street<br>**100 Dolorosa, 2nd Floor, Rm 2.23** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2020-CI-04363** | | **San Antonio**      **TX**   **78205**<br>City                 State   ZIP Code | |
| 7.2. | **Citymark Church v. Don Krueger Construction Co et al.** | **Breach of Contract** | **10th District Court of Galveston Co., T**<br>Name<br>**600 59th Street, Suite 4305**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**20-CV-0519** | | **Galveston**      **TX**   **77551-4196**<br>City                 State   ZIP Code | |
| 7.3. | **D&F Industries, Inc. v. Don Krueger Construction Co.** | **Breach of Contract** | **139th District Court of Hidalgo Co., TX**<br>Name<br>**100 N. Closner**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**C-1036-20-C** | | **Edinburg**      **TX**   **78539**<br>City                 State   ZIP Code | |
| 7.4. | **Elliott Electric Supply v. Don Krueger Construction Co. et al.** | **Breach of Contract** | **27th Disctrict Court of Lampasas Co.,**<br>Name<br>**409S. Pecan Street #204**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**21703** | | **Lampasas**      **TX**   **76550**<br>City                 State   ZIP Code | |

| Debtor | **Don Krueger Construction Co.** | | Case number (if known) | **20-60023** |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Graybar Electric Company, Inc. v. D&F Industries et al.** | **Breach of Contract** | **92nd District Court of Hidalgo Co., TX** <br> Name <br> **100 N. Closner** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **C-1269-20-A** | | **Edinburg**　　**TX**　**78539** <br> City　　　State　ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Malek, Inc. v. Don Krueger Construction Co. et al** | **Breach of Contract** | **156th District Ct of San Patricio Co. TX** <br> Name <br> **P.O. Box 700** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **S-20-5065CV-B** | | **Sinton**　　**TX**　**78387** <br> City　　　State　ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **VA Electrical Contractors, LLC v. Don Krueger Construction Co. et al.** | **Breach of Contract** | **335th District Ct of Bastrop County, TX** <br> Name <br> **804 Pecan Street** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **1500-335** | | **Bastrop**　　**TX**　**78602** <br> City　　　State　ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Workplace Resource, LLC v. Don Krueger Construction Co.** | **Breach of Contract** | **377th District Court of Victoria Co., TX** <br> Name <br> **101 N. Bridge Street** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **20-02-85420-D** | | **Victoria**　　**TX**　**77901** <br> City　　　State　ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **TRC-The Best Alarm, Inc. v. Gallagher Construction Company, LP et al.** | **Suit on Bond; Breach of Contract - Monies Owed on Project** | **218th District Court of Frio County, TX** <br> Name <br> **500 East San Antonio St.** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **18-01-00006CVF** | | **Pearsall**　　**TX**　**78061** <br> City　　　State　ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | **The City of Portland vs. Gignac & Associates, LLP and Don Krueger Construction Co.** | **Construction Defects** | **156th District Court, San Patricio Court** <br> Name <br> **PO Box 1084** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **S-16-6151CV-B** | | **Sinton**　　**TX**　**78387** <br> City　　　State　ZIP Code | |

Debtor   **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**
         Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11. | **San Diego ISD vs. Don Krueger Construction Co.** | **Construction Defects** | **229th District Court, Duval County** <br> Name <br> **PO Drawer 428** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **DC-15-217** | | **San Diego**      **TX**   **78384** <br> City      State   ZIP Code | |
| 7.12. | **Three Rivers ISD vs. DSA, Inc. et al.** | **Breach of Contract and Breach of Warranty** | **156th Judicial District Live Oak County** <br> Name <br> **301 Houston St., Room 202** <br> Street <br> **PO Box 440** | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **L-18-0040-CV-B** | | **George West**      **TX**   **78022** <br> City      State   ZIP Code | |
| 7.13. | **Tierra Linda Investments LLC vs. Don Krueger Construction Co.** | **Construction Defects; Breach of Contract; and Breach of Warranty** | **377th District Court of Victoria County** <br> Name <br> **115 N Bridge, Room 330** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **19-03-84216-D** | | **Victoria**      **TX**   **77901** <br> City      State   ZIP Code | |
| 7.14. | **Kingsville ISD vs. Don Krueger Construction Co. et al.** | **Construction Defects** | **105th Judicial District Kleberg County** <br> Name <br> **PO BOX 312** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **19-561-D** | | **Kingsville**      **TX**   **78364** <br> City      State   ZIP Code | |
| 7.15. | **GJ Sanchez Painting vs. Don Krueger Construction Co.** | **Breach of Contract; Failure to Pay for Work Performed** | **343rd Judicial District Aransas County** <br> Name <br> **2840 Hwy 35 N** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | **Rockport**      **TX**   **78382** <br> City      State   ZIP Code | |

Debtor   **Don Krueger Construction Co.**
_____
Name

Case number (if known)   **20-60023**
_____

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **The Downtown Rotary Club of New Braun** <br> Recipient's name <br> **1656 W State Hwy 46** <br> Street <br><br> _____ <br> **New Braunfels          TX     78132** <br> City                State   ZIP Code <br><br> **Recipient's relationship to debtor** <br> **None** | **Table Sponsorship for Wild Game Dinner/Auction Purchare** | 08/23/2019 <br> 09/20/2019 | **$12,000.00** |
| 9.2. | **South Texas Council, CC, TX Boy Scouts** <br> Recipient's name <br> **700 Everhart Rd, Bldg. A** <br> Street <br><br> _____ <br> **Corpus Christi          TX     78411** <br> City                State   ZIP Code <br><br> **Recipient's relationship to debtor** <br> **None** | **BSA Distinguished Award Dinner Sponsorship** | 12/10/2018 | **$1,200.00** |
| 9.3. | **Victoria Symphony Society Inc.** <br> Recipient's name <br> **405 E Loma Vista** <br> Street <br><br> _____ <br> **Victoria          TX     77901** <br> City                State   ZIP Code <br><br> **Recipient's relationship to debtor** <br> **None** | **Underwriter for Cheers to 45 Years Wine Dinner & Sponsorship of Peter & The Wolf Performance** | 04/09/2019 <br> 05/18/2018 | **$3,000.00** |
| 9.4. | **Majesty Outdoors** <br> Recipient's name <br> **PO BOX 88888** <br> Street <br><br> _____ <br> **Corpus Christi          TX     78468** <br> City                State   ZIP Code <br><br> **Recipient's relationship to debtor** <br> **None** | **Table Sponsor for Hope Gala 2018/Auction Items 2018 Gala Table Sponsor for Hope Gala 2019** | 05/01/2018 <br> 03/18/2019 | **$17,000.00** |

Debtor **Don Krueger Construction Co.**        Case number (if known) **20-60023**
Name

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.5. **Gracepoint Church**<br>Recipient's name<br>**1702 US Hwy 181N Ste A9**<br>Street | **Donation of Rebar for New Church Building** | 08/01/2019 | **$1,350.00** |
| **Portland**     **TX**    **78374**<br>City       State   ZIP Code | | | |

Recipient's relationship to debtor
**Don Krueger Construction Built New Chu**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.6. **Children's Association for Maximum Pote**<br>Recipient's name<br>**PO BOX 2708**<br>Street | **Starry Night Event Sponsorship** | Jun 2019 | **$5,000.00** |
| **San Antonio**    **TX**    **78227**<br>City       State   ZIP Code | | | |

Recipient's relationship to debtor
**Don Krueger Construction Built New Fac**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.7. **Messiah Lutheran Church**<br>Recipient's name<br>**9401 Dietz Elkhorn**<br>Street | **Donation for the New Activity Center** | Aug 2019 | **$20,000.00** |
| **Boerne**     **TX**    **78015**<br>City       State   ZIP Code | | | |

Recipient's relationship to debtor
**DKC built the Activity Center at Church**

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| **2015 Parker Flatbed Trailer - Stolen from Shop** | **$3,346.94** | **1/24/2020** | **$3,500.00** |

Debtor   **Don Krueger Construction Co.**
_____   Case number (if known)   **20-60023**
_____
Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Brown Law Firm** | | **1/6/2020 - $7000 and 2/24/2020 - $3335** | **$10,335.00** |
| | Address | | | |
| | **13900 Sawyer Ranch Road** | | | |
| | Street | | | |
| | | | | |
| | **Dripping Springs**   **TX**   **78620** | | | |
| | City   State   ZIP Code | | | |
| | Email or website address | | | |
| | **jerome@brownbankruptcy** | | | |
| | Who made the payment, if not debtor? | | | |
| | **Debtor and Kevin and Tracy Krueger** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Various** | **See detailed list of Debtor's Transfers  attached hereto as Exhibit 6, and incorporated herein for all purposes.** | **2018-2020** | **$909,489.84** |
| | Address | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City   State   ZIP Code | | | |
| | Relationship to debtor | | | |

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |
|---|---|---|---|
| | Name | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| **Address** | | | **Dates of occupancy** |
|---|---|---|---|
| 14.1. | **105 Nell Deane** | | From **9/1/2017** To **1/30/2020** |
| | Street | | |
| | **Schertz**  **TX**  **78154** | | |
| | City   State   ZIP Code | | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■ diagnosing or treating injury, deformity, or disease, or

- ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

Debtor **Don Krueger Construction Co.**
Name
Case number (if known) **20-60023**

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Cambridge Investment Research Inc.**<br>Name<br>**1776 Pleasant Plain Road**<br>Street<br><br>**Fairfield** **IA** **52556**<br>City State ZIP Code | XXXX- **6** **8** **4** **2** | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☑ Brokerage<br>☐ Other _____ | 9/16/2019 | $420,524.06 |
| 18.2. **Prosperity Bank**<br>Name<br>**101 S. Main Street**<br>Street<br><br>**Victoria** **TX** **77901**<br>City State ZIP Code | XXXX- **2** **0** **2** **0** | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other **Cert Depos** | 1/13/2020 | $99,266.52 |
| 18.3. **Prosperity Private Investments**<br>Name<br>**Raymond James Financial Services, Inc**<br>Street<br>**101 S. Main Street**<br><br>**Victoria** **TX** **77901**<br>City State ZIP Code | XXXX- **M** **5** **6** **1** | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☑ Brokerage<br>☐ Other | 1/17/2020 | $1,373,844.78 |
| 18.4. **Frost Brokerage Services**<br>Name<br>**PO Box 2538**<br>Street<br><br>**San Antonio** **TX** **78299**<br>City State ZIP Code | XXXX- **3** **1** **3** **7** | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☑ Brokerage<br>☐ Other | 1/22/2020 | $861,110.69 |

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |
| | Name | | |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.5. **Frost Bank**
Name

**PO Box 1600**
Street

**San Antonio        TX    78296**
City                              State    ZIP Code

XXXX- **1    5    4    7**

☐ Checking
☐ Savings
☐ Money market
☐ Brokerage
☑ Other  **Cert Depos**

**1/14/2020**       **$102,948.50**

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.6. **Hilltop Securities**
Name

**5601 Granite Parkway**
Street

**Suite 300**

**Plano              TX    75024**
City                              State    ZIP Code

XXXX- **4    7    0    5**

☐ Checking
☐ Savings
☐ Money market
☑ Brokerage
☐ Other

**11/21/2019**      **$1,635,671.84**

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.7. **Wells Fargo Advisors**
Name

**5606 North Navarro**
Street

**Suite 101**

**Victoria           TX    77904**
City                              State    ZIP Code

XXXX- **8    6    3    9**

☐ Checking
☐ Savings
☐ Money market
☑ Brokerage
☐ Other

**8/9/2019**        **$64,609.35**

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.8. **Wells Fargo Advisors**
Name

**5606 North Navarro**
Street

**Suite 101**

**Victoria           TX    77904**
City                              State    ZIP Code

XXXX- **3    4    3    1**

☐ Checking
☐ Savings
☐ Money market
☑ Brokerage
☐ Other

**8/9/2019**        **$59,107.83**

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.9. **Frost Bank**
Name

**PO Drawer 749**
Street

**Corpus Christi     TX    78403**
City                              State    ZIP Code

XXXX- **2    8    3    7**

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other

**3/6/2020**        **$77.00**

Debtor    **Don Krueger Construction Co.**                                    Case number (if known)   **20-60023**
_____
Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.10. **Frost Bank**
Name

**PO Drawer 749**      XXXX- **2   8   2   9**    ☑ Checking        **3/6/2020**        **$66.89**
Street                                             ☐ Savings
                                                   ☐ Money market
                                                   ☐ Brokerage
**Corpus Christi    TX    78403**                  ☐ Other _____
City              State   ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.11. **Frost Bank**
Name

**PO Drawer 749**      XXXX- **9   5   8   0**    ☑ Checking        **3/6/2020**        **$34.00**
Street                                             ☐ Savings
                                                   ☐ Money market
                                                   ☐ Brokerage
**Corpus Christi    TX    78403**                  ☐ Other _____
City              State   ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.12. **Wells Fargo Bank, N.A. (808)**
Name

**PO Box 6995**        XXXX- **5   6   9   1**    ☑ Checking        **3/12/2020**       **$50.00**
Street                                             ☐ Savings
                                                   ☐ Money market
                                                   ☐ Brokerage
**Portland        OR   97228**                     ☐ Other _____
City              State   ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.13. **Wells Fargo Bank, N.A. (808)**
Name

**PO Box 6995**        XXXX- **7   9   1   7**    ☑ Checking        **3/12/2020**       **$10.00**
Street                                             ☐ Savings
                                                   ☐ Money market
                                                   ☐ Brokerage
**Portland        OR   97228**                     ☐ Other _____
City              State   ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.14. **Wells Fargo Bank, N.A. (808)**
Name

**PO Box 6995**        XXXX- **5   6   9   1**    ☑ Checking        **3/12/2020**       **$50.00**
Street                                             ☐ Savings
                                                   ☐ Money market
                                                   ☐ Brokerage
**Portland        OR   97228**                     ☐ Other _____
City              State   ZIP Code

Debtor **Don Krueger Construction Co.**                                                       Case number (if known)  **20-60023**
_____Name_____

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.15.  **Wells Fargo Bank, N.A. (808)** <br> Name <br> **PO Box 6995** <br> Street <br><br> **Portland** OR **97228** <br> City   State   ZIP Code | XXXX-  **5  6  8  3** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **3/12/2020** | **$10.00** |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Consolidated Electrical Distributors, In** <br> Name <br> **218 Omaha Street** <br> Street <br><br> **Corpus Christi** TX **78408** <br> City   State   ZIP Code | **Consolidated Electrical Distributors, Inc. Personnel** <br> Address | **Electrical Wire/Supplies** | ☐ No <br> ☑ Yes |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Debtor   **Don Krueger Construction Co.**
_____   Case number (if known)   **20-60023**
_____
Name

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- _Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- _Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- _Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☒ No
☐ Yes.  Provide details below.

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes.  Provide details below.

**24.   Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.   Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| 25.1.  **KGS Electric Company** | **Electrical Subcontractor** | Do not include Social Security number or ITIN. |
| **205 Profit Drive**<br>Street | | EIN: 3  8 – 4  0  4  8  0  3  9 |
| | | **Dates business existed** |
| **Victoria**           **TX**   **77901**<br>City           State   ZIP Code | | From ___2017___   To ___2020___ |

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Garland Sandhop CPA**<br>Name | From ___1992___   To ___2020___ |
| **608 North Wells**<br>Street | |
| **Edna**           **TX**   **77957**<br>City           State   ZIP Code | |

Debtor  **Don Krueger Construction Co.**                                    Case number (if known)  **20-60023**
        <sub>Name</sub>

| **Name and address** | | | **Dates of service** |
| --- | --- | --- | --- |

26a.2.  **Tracy Krueger**                                              From  **2014**   To  **2020**
        **205 Profit Drive**
        <sub>Street</sub>

        **Victoria**                    **TX**      **77901**
        <sub>City</sub>                         <sub>State</sub>    <sub>ZIP Code</sub>

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| **Name and address** | | | **Dates of service** |
| --- | --- | --- | --- |

26b.1.  **Garland Sandhop CPA**                                       From  **1992**   To  **2020**
        **608 North Wells**
        <sub>Street</sub>

        **Edna**                       **TX**      **77957**
        <sub>City</sub>                         <sub>State</sub>    <sub>ZIP Code</sub>

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **New First National Bank**
        <sub>Name</sub>
        **10301 N. E. Zac Lentz Parkway**
        <sub>Street</sub>

        **Victoria**                    **TX**      **77904**
        <sub>City</sub>                         <sub>State</sub>    <sub>ZIP Code</sub>

**Name and address**

26d.2.  **Prosperity Bank**
        <sub>Name</sub>
        **101 S. Main Street**
        <sub>Street</sub>

        **Victoria**                    **TX**      **77901**
        <sub>City</sub>                         <sub>State</sub>    <sub>ZIP Code</sub>

**Name and address**

26d.3.  **Frost Bank**
        <sub>Name</sub>
        **PO Box 1600**
        <sub>Street</sub>

        **San Antonio**                 **TX**      **78296**
        <sub>City</sub>                         <sub>State</sub>    <sub>ZIP Code</sub>

| Debtor | **Don Krueger Construction Co.** | Case number (if known) | **20-60023** |
|---|---|---|---|
| | Name | | |

**Name and address**

26d.4. **Travelers Casualty & Surety Co.**
Name
**1500 Market Street**
Street
**29th Floor West Tower (Mail Code 1166)**

| **Philadelphia** | **PA** | **19102** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.5. **Frost Insurance**
Name
**6835 N. Main Street**
Street

| **Victoria** | **TX** | **77904** |
|---|---|---|
| City | State | ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin R. Krueger | 2 Vantage Pt.<br>New Braunfels, TX 78130 | President, Director, & Class A & B Shareholder | 100% |
| Kevin R. Krueger Trust | 2 Vantage Point<br>New Braunfels, TX 78130 | Class B Shareholder | |
| Amy Krueger | 2 Vantage Pt.<br>New Braunfels, TX 78130 | Director | |
| Tracy Krueger | 405 Shiloh<br>Victoria, TX 77904 | Secretary/Treasurer, Director | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Lester Colley | 770 Westpark<br>Victoria, TX 77905 | Vice-President/Director | From **2003** To **2020** |
| Christopher Carrillo | 2161 Hazelwood Drive<br>New Braunfels, TX 78130 | Vice-President/Director | From **2018** To **2020** |

Debtor  **Don Krueger Construction Co.**
_____     Case number (if known)  **20-60023**
Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Kevin Krueger**<br>Name<br>**2 Vantage Pt**<br>Street<br><br>**New Braunfels      TX    78130**<br>City                State   ZIP Code<br><br>**Relationship to debtor**<br>**Director/President/Shareholder** | **$315,000.00** | **All payrolls dated 4/10/2019-1/10/2020; 2/10/2020; 2/20/2020; 3/26/2020** | **Regular Payroll; 1099 Payments to Assist Travelers with Bond Claims & Clean out offices and shop** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Tracy Krueger**<br>Name<br>**405 Shiloh**<br>Street<br><br>**Victoria            TX    77904**<br>City                State   ZIP Code<br><br>**Relationship to debtor**<br>**Director/Secretary/Treasurer** | **$66,000.00** | **All Payrolls Dated 4/10/2019-1/10/2020; 2/10/2020; 2/20/2020; 3/26/2020** | **Regular Payroll; 1099 Payments to Assist Travelers with Bond Claims & Clean out offices and shop** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Lester Colley**<br>Name<br>**770 Westpark Ave**<br>Street<br><br>**Victoria            TX    77905**<br>City                State   ZIP Code<br><br>**Relationship to debtor**<br>**Director/Vice-President** | **$116,750.00** | **All Payrolls Date 4/10/2019-1/10/2020** | **Regular Payroll & Board of Director Fees 2019** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Christopher Carrillo**<br>Name<br>**2161 Hazelwood Drive**<br>Street<br><br>**New Braunfels      TX    78130**<br>City                State   ZIP Code<br><br>**Relationship to debtor**<br>**Director/Vice-President** | **$88,620.00** | **All Payrolls Dated 4/10/2019-1/10/2020; 2/10/2020; 2/20/2020; 3/26/2020** | **Regular Payroll; 1099 Payments to Assist Travelers with Bond Claims** |

Debtor **Don Krueger Construction Co.**      Case number (if known) **20-60023**

Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Don Krueger Construction Co. Profit Shar** | EIN: **7 4 – 1 5 0 8 2 0 0** |

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/07/2020**

MM / DD / YYYY

**X /s/ Kevin R. Krueger**      Printed name **Kevin R. Krueger**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

In re: **Don Krueger Construction Co.**

CASE NO   **20-60023**

CHAPTER   **7**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross Income for 12 Months Prior to Filing:     **$33,725,000.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2. Gross Monthly Income:     **$0.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21): | **$0.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

   23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):     **$0.00**

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

In re  **Don Krueger Construction Co.**                                    Case No.  **20-60023**

                                                                        Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept...............................................Fixed Fee: | **$10,000.00** |
| Prior to the filing of this statement I have received........................................ | **$10,000.00** |
| Balance Due................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **A. Representation of Debtor in an adversary proceeding, either as a plaintiff or defendant.**
   **B. Representation of Debtor in a contested matter, including, but not limited to, motions to lift stay and objections to exemptions.**

   **7. In addition to the above indicated amount, Debtor deposited $335 with attorney for payment of filing.**

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **05/07/2020** | **/s/ Jerome A. Brown** |
| *Date* | *Jerome A. Brown*            Bar No.  03140000 |
| | The Brown Law Firm |
| | 13900 Sawyer Ranch Rd. |
| | Dripping Springs, TX 78620 |
| | Phone: (512) 306-0092 / Fax: (866) 646-5456 |

---

 **/s/ Kevin R. Krueger**

**Kevin R. Krueger**
**President**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE:   **Don Krueger Construction Co.**                CASE NO   **20-60023**

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/7/2020 _____          Signature  _/s/ Kevin R. Krueger_____

                                                              **Kevin R. Krueger**
                                                              **President**

Date  _____          Signature  _____

461 HOLDINGS, LLC
 dba 461 ECO-CLEAN
3314 CORYELL COVE
SAN ANTONIO, TX 78253


4MC ENTERPRISES INC.
PO BOX 109
RED ROCK, TX 78662


A&S UNDERGROUND LLC
PO BOX 236
COPPERAS COVE, TX 76522


A. BARGAS & ASSOCIATES LLC
PO BOX 792056
SAN ANTONIO, TX 78279-2056


A.Z. REBAR CONSTRUCTION INC
5627 HOLLY RD.
CORPUS CHRISTI, TX 78412


A/C TECHNICAL SERVICES LLC
PO BOX 1535
CASTROVILLE, TX 78009


AC DISTRIBUTION INC.
dba AIR PRO MECHANICAL
5638 BEAR LANE
CORPUS CHRISTI, TX 78405


ACCURATE PAVEMENT STRIPING
C/O SOUTHSTAR FINANCIAL, LLC
PO BOX 2323
MT PLEASANT, SC 29465


ACE FABRICATORS, INC.
7010 FURAY ROAD
HOUSTON, TX 77016


ADS MARTIN LLC
PO BOX 247
GEORGETOWN, TX 78627

ADVANCED COMMUNICATIONS & CABLING INC.
PO BOX 697
SAN ANTONIO, TX 78293-0697


ADVANCED DRYWALL SYSTEMS INC.
12900 TRAILS END ROAD
LEANDER, TX 78641


ADVANCED PUMPING, LLC
PO BOX 10423
CORPUS CHRISTI, TX 78460


AIR COMMUNICATIONS CO. INC.
11376 PAT GEORGE BLVD.
CONROE, TX 77303-5466


AIR TECHNOLOGIES INC.
PO BOX 129
MANCHACA, TX 78652


AIRGAS USA, LLC
PO BOX 734671
DALLAS, TX 75373-4671


ALAMO DOOR SYSTEMS OF TEXAS INC.
16358 NACOGDOCHES ROAD
SAN ANTONIO, TX 78247


ALAMO LUMBER COMPANY
PO BOX 17258
SAN ANTONIO, TX 78217


ALAZAN BUILDERS LP
PO BOX 3922
CORPUS CHRISTI, TX 78463


ALLIANCE SPECIALIZED SYSTEMS
602 N McCOLL RD.
MCALLEN, TX 78501

AMBROSE CONSTRUCTION LTD.
518 S ENTERPRISE PKWY, SUITE B
CORPUS CHRISTI, TX 78405


AMERICAN ABATEMENT
1315 WEST BLANCO
SAN ANTONIO, TX 78232


AMERICAN ALL STAR GYMNASTICS
7150 NORTH I35
NEW BRAUNFELS, TX 78130


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448


AMERICAN INTERIORS, INC.
12910 FLAGSHIP
SAN ANTONIO, TX 78247


AMES BONNER CONTRUCTION
JAMES BONNER
1823 NAEGELEN ROAD
LYTLE TX 78052


AQUATECH WATERPROOFING
1810 NORTH CR 122
ROUND ROCK, TX 78665


ARANSAS PASS ISD
430 S EIGHTH ST
ARANSAS PASS, TX 78336


ARCASE INC.
1007 W ASHBY PLACE
SAN ANTONIO, TX 78212


ARCHITECTURAL DVISION 8
2425 BROCKTON, SUITE 101
SAN ANTONIO, TX 78217

ARGOSY FLOOR COVERING, LLC
6831 BREEDEN
SAN ANTONIO, TX 78216


ASTON MARBLE & GRANITE LLC
3625 S PORT
CORPUS CHRISTI, TX 78415


AT&T MOBILITY LLC
PO BOX 6463
CAROL STREAM, IL 60197-6463


AT&T U-VERSE
PO BOX 5014
CAROL STREAM, IL 60197


AUSTIN COATINGS INC
PO BOX 140765
AUSTIN, TX 78714-0765


AUSTWELL TIVOLI ISD
207 REDFISH ST
TIVOLI, TX 77900


AVADEK
dba of Luebe-Jones Inc.
12130 GALVESTON RD, BLDG 1
WEBSTER, TX 77598


BBA ARCHITECTS L.P.
1702 SOUTH MARKET STREET
BRENHAM, TX 77833


BD HOLT CO
dba HOLT CAT
PO BOX 650345
DALLAS, TX 75265-0345


BEASLEY TIRE SERVICE HOUSTON
11802 EASTEX FREEWAY
HOUSTON, TX 77039

BECKWITH ELECTRONIC ENGINEERING CO.
5050 BECKWITH BLVD.
SAN ANTONIO, TX 78249


BELDON ROOFING COMPANY
5039 WEST AVE
SAN ANTONIO, TX 78213


BELL COUNTY GLASS COMPANY INC.
PO BOX 2468
HARKER HEIGHTS, TX 76548


BETHANY F. BECK
SANDERFORD & CARROLL, PC
1100 NE LOOP 410, SUITE 550
SAN ANTONIO, TX 78209


BIG STATE ELECTRIC LTD
8923 AERO STREET
SAN ANTONIO, TX 78217


BILL & KELLY VON GONTEN
11740 DUART DR
HOUSTON, TX 77024


BINSWANGER GLASS
4019 BRETT STREET
CORPUS CHRISTI, TX 78411


BLUDAU FABRICATION
PO BOX 255
HALLETTSVILLE, TX 77964


BNR CONCRETE POLISHING LLC
PO BOX 166858
IRVING, TX 75016-6858


BOND; JERRY
2375 MESQUITE PASS
SEGUIN, TX 78155

BRAD GASWIRTH
CANTERBURY GOOCH SURRATT SHAPIRO STEIN
GASWIRTH & JONES, P.C.
4851 LBJ FREEWAY, SUITE 301
DALLAS, TX 75244

BRUCE NEYLAND
ATTORNEY AT LAW
INDEPENDENCE PLAZA II
14350 NORTHBROOK DRIVE, SUITE 150
SAN ANTONIO, TX 78232

BT CHURCH
2001 TRENTON RD
MCALLEN, TX 78504

CALVIN & CHERYL DEVRIES
6649 SEACOMBER DR
UNIT 208
PORT ARANSAS, TX 78375

CAMACHO DEMOLITION LLC
5113 AGNES ST.
CORPUS CHRISTI, TX 78405

CAMP CAMP
2525 LADD ST, BUILDING 3850
SAN ANTONIO, TX 78236

CARDENAS MASONRY INC.
PO BOX 1328
MCALLEN, TX 78505-1328

CARRILLO'S CLEANING SERVICES
7015 MILL STREAM
SAN ANTONIO, TX 78238

CARROLL SYSTEMS
4603 COMMERCIAL PARK DR.
AUSTIN, TX 78724

CASEY CULLEN
CULLEN, CARSNER, SEERDEN, & CULLEN LLP
PO BOX 2938
VICTORIA, TX 77902-2938

CASTRO; JULIO
PO BOX 2083
LYTLE, TX 78052


CEDAR PARK OVERHEAD DOORS
1408 N BELL BLVD
CEDAR PARK, TX 78613


CEN-TEX MASONRY, INC.
1965 ROCKRIDE LANE
GEORGETOWN, TX 78626


CENTRAL BACKHOE & UTILITIES, LTD
10080 BRAUN ROAD
SAN ANTONIO, TX 78254


CHANEK, RON
dba CROSSROADS II
PO BOX 7024
VICTORIA, TX 77903


CHASE CARD SERVICES
PO BOX 94014
PALATINE, IL 60094-4014


CHIEF FIRE SYSTEMS INC
PO BOX 419
PINEHURST, TX 77362-0419


CHOATE USA
PO BOX 118114
CARROLLTON, TX 75011


CHRIS & SHANNON BUSH
PO DRAWER 1007
REFUGIO, TX 78377


CIANO PASTA
ATTORNEY AT LAW
1800 ST. JAMES PLACE, SUITE 200
HOUSTON, TX 77056

CINTAS CORPORATION NO. 2
dba CINTAS FIRST AID
PO BOX 631025
CINCINNATI, OH 45263-1025


CIRCLE C MILLWORK INC.
PO BOX 1119
ADKINS, TX 78101


CLARIDGE PRODUCTS & EQUIPMENT INC.
180 N SHERMAN AVE
CORONA, CA 92882


CNA INSURANCE
PO BOX 74007619
CHICAGO, IL 60674-7619


COASTAL A.D.S. INC.
PO BOX 9232
CORPUS CHRISTI, TX 78469-9232


COASTAL COMMUNITY CHURCH
PO BOX 2100
GALVESTON, TX 77553


COASTAL SHORING INC.
4035 NACO PERRIN #102A
SAN ANTONIO, TX 78217


COATS ROSE, P.C.
C/O BEN L. ADERHOLT
9 GREENWAY PLAZA, SUITE 1000
HOUSTON, TX 77046


CODY HENSON
HENSON & ROCKAFELLOW, PLLC
117 E JACKSON ST
BURNET, TX 78611


CODY LEWIS
HAYES BERRY WHITE VANZANT
512 W HICKORY ST., SUITE 100
DENTON, TX 76201

COLUMBIA ELECTRIC SUPPLY
8610 BROADWAY, STE 200
SAN ANTONIO, TX 78217


COMMERCIAL METALS COMPANY
DEPT. 1439
PO BOX 844579
DALLAS, TX 75284-4579


CONQUEST DEMOLITION INC.
271 COMMERCIAL DRIVE
BUDA, TX 78610


Consolidated Electrical Distributors, In
Education Service Center - Reg 20
PO BOX 3626
Victoria, Texas 77903


CONTINENTAL QUARRIES, INC.
PO BOX 37
FLORENCE, TX 76527-0037


CONVERGINT TECHNOLOGIES LLC
35257 EAGLE WAY
CHICAGO, IL 60678-1352


CORPUS CHRISTI BUILDERS HARDWARE INC.
PO BOX 271418
CORPUS CHRISTI, TX 78427-1418


CORPUS CHRISTI STAMP WORKS
PO BOX 2189
CORPUS CHRISTI, TX 78403-2189


COURTESY CAR WASH
dba VICTORIA CAR WASH SERVICES LLC
7102 N NAVARRO
VICTORIA, TX 77904


CRAIG ELECTRIC SERVICE
5804 BABCOCK ROAD #408
SAN ANTONIO, TX 78240

CROSSROADS SPECIALITIES LLC
PO BOX 5008
VICTORIA, TX 77903-5008


CROSSROADS TIRE SERVICE
8806 N NAVARRO, STE 600-222
VICTORIA, TX 77904


CRT FLOORING
5625 HOLLY RD
CORPUS CHRISTI, TX 78412


CRYSTAL P SMITH
SANDERFORD & CARROLL, P.C
1100 NE LOOP 410, SUITE 550
SAN ANTONIO, TX 78209


D&F INDUSTRIES, INC.
3106 N SUGAR RD.
PHARR, TX 78577


D&M OWENS INC.
PO BOX 311353
NEW BRAUNFELS, TX 79131


D&M STRIPING LLC
114 CLOUD ST.
LAMPASAS, TX 76550


D-7 ROOFING LLC
5470 LINCOLN ST.
DENVER, CO 80216


D.L. BANDY CONSTRUCTORS INC.
4406 CENTERGATE ST
SAN ANTONIO, TX 78217


D2 EXCAVATING INC.
204 CR 180
LEANDER, TX 78641

```
DAVID BRADFORD
6649 SEACOMBER DR.
UNIT 709
PORT ARANSAS, TX 78375


DAVIS CONTRACTORS LTD.
5205 FM 236
CUERO, TX 77954-6658



DexYP
PO BOX 619009
DFW AIRPORT, TX 75261-9009



DILLEY ISD
245 HIGHWAY 117
DILLEY, TX 78017



DISCOUNT TIRE
THE REINALT-THOMAS CORPORATION
PO BOX 29851
PHOENIX, AZ 85038-9851


DONALD R KRUEGER FAMILY TRUST
PO BOX 3865
VICTORIA, TX 77903-3865



DRYWALL SYSTEMS INC
PO BOX 474
BELTON, TX 76513



DUCKWORTH, DANIEL LEE
422 FOREST RIDGE DR
KERRVILLE, TX 78028



DUNAWAY
550 BAILEY AVE, SUITE 400
FORT WORTH, TX 76107



E.F. EHRIG & SONS LTD.
221 PR 2003
GONZALES, TX 78629
```

ED BROWN DISTRIBUTORS
3236 IRVING BLVD
DALLAS, TX 75247


EDGAR GARCIA, ESQ.
GARCIA LAW FIRM, PLLC
THE BROOKHOLLOW ATRIUM
1000 CENTRAL PARKWAY N, SUITE 100
SAN ANTONIO, TX 78232

EFFICIENT AC INC.
10315 METROPOLITAN DR, SUITE A
AUSTIN, TX 78758


ELECTRA LINK, INC.
21755 IH 45, BLDG 10
SPRING, TX 77388


Elegant Limo
1508 N Ben Jordan Street
Victoria, Texas 77901


ELLIOTT; JOE S.
dba SOUTH TEXAS ECO FOAM INSULATION
4848 FM 3355
BEEVILLE, TX 78102


ENVIRONMENTAL ALLIES GP INC.
9625 WINDFERN RD.
HOUSTON, TX 77064


EPS INTERNATIONAL INC.
PO BOX 958012
ST. LOUIS, MO 63195-8012


EQUIPMENTSHARE
PO BOX 2214
DEACATUR, AL 35609


ERIC CLINTON
SPROUSE SHRADER SMITH PLLC
701 S TAYLOR, SUITE 500
PO BOX 15008
AMARILLO, TX 79105-5008

ERROL J. DIETZE
DIETZE & REESE LLP
PO BOX 841
CUERO, TX 77954


ESPINOZA LAW FIRM PLLC
C/O JAVIER ESPINOZA
10202 HERITAGE BLVD.
SAN ANTONIO, TX 78216


EUBANKS GROUP ARCHITECTS
4116 CENTER ST.
HOUSTON, TX 77007


EVANS INTERIORS INC.
13211 STAFFORD ROAD, STE 400
MISSOURI CITY, TX 77489


EVERGREEN POWER LLC
PO BOX 1639
LAMPASAS, TX 76550


EVINS GLASS SERVICE
101 N.P.I.D.
CORPUS CHRISTI, TX 78406


EXPERT AIR REFRIGERATION SERVICES LLC
PO BOX 5453
ROUND ROCK, TX 78683


EXXON MOBIL
PO BOX 78001
PHOENIX, AZ 85062-8001


FA NUNNELLY GENERAL CONTRACTOR
2922 N PAN AM EXPRESSWAY
SAN ANTONIO, TEXAS 78208


FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286

FAYETTE CO
151 N WASHINGTON ST., ROOM 301
LA GRANGE, TX 78945

FEDEX FREIGHT
DEPT CH, PO BOX 10306
PALATINE, IL 60055-0306

FERGUSON ENTERPRISES INC.
PO BOX 847411
DALLAS, TX 75284-7411

FERNANDO & NORMA REYES
6649 SEACOMBER DR
UNIT 1104
PORT ARANSAS, TX 78375

FIRE KING LLC
8906 WALL ST. # 603
AUSTIN, TX 78754

FIREPROOF CONTRACTORS INC
PO BOX 550107
HOUSTON, TX 77255

FIRETROL PROTECTION SYSTEMS INC.
4410 DILLON LANE SUITE 38
CORPUS CHRISTI, TX 78415

FIRETROL PROTECTION SYSTEMS, INC
105 WINDY MEADOWS, BLDG #1
SCHERTZ, TX 78154

FIRETROL PROTECTION SYSTEMS, INC
4616 W HOWARD LANE #700
AUSTIN, TX 78728

FIRETRON INC.
PO BOX 1604
STAFFORD, TX 77497

```
FLETCHER LEE
6649 SEACOMBER DR
UNIT 309
PORT ARANSAS, TX 78375


FRAMING MASTERS INC.
356 FM 1984
MAXWELL, TX 78656


FRED TILLMAN CONTRACTORS INC
7011 W BEE CAVE RD
AUSTIN, TX 78746


FROST BANK
3838 ROGERS RD
SAN ANTONIO, TX 78251


FROST INSURANCE AGENCY INC.
PO BOX 2625
VICTORIA, TX 77902-2625


FUENTES JR.; AVELINO
212 HONDO
DEVINE, TX 78016


G.D. INTERIOR CONSTRUCTION
3506 COPELAND
SAN ANTONIO, TX 78219


G.F.C.S. INC.
11734 SCHRIBER ROAD
BUDA, TX 78610


GANADO ISD
PO BOX 1200
GANADO, TX 77962


GARZA, JUAN
dba RGV CONCRETE STAIN
205 E VERACRUZ DR
PHARR, TX 78577
```

GARZA; DANIEL
dba THE CARPET HOUSE
1303 E ROGERS RD
EDINBURG, TX 78542


GERRY STRICKLIN
dba AIC
11403 GRAPEWOOD DR.
HOUSTON, TX 77089


GILL REPROGRAPHICS INC.
1227 SAFARI
SAN ANTONIO, TX 78216


GPM ENGINEERING INC
5440 OLD BROWNSVILLE ROAD
CORPUS CHRISTI, TX 78417


GQ MASONRY
5235 CANARY HOLLOW
SAN ANTONIO, TX 78222


GRANT MACKAY COMPANY INC.
1055 WEST 500 SOUTH
WEST BOUNTIFUL, UT 84087


GREATAMERICAN FINANCIAL SERVICES
PO BOX 660831
DALLAS, TX 75266-0831


GROUND PENETRATING RADAR SYSTEMS LLC
PO BOX 932
TOLEDO, OH 43697


GUADALUPE JOEL SANCHEZ
G.J. SANCHEZ PAINTING
2434 VALENCIA
SAN ANTONIO, TX 78237


GUIDO LUMBER COMPANY INC.
8526 VIDOR AVE
SAN ANTONIO, TX 78216

GUINEA RUN RV PARK
275 COUNTY ROAD 422
PREMONT, TX 78375


GULF BEND CONTRACTING LLC
406 TAMPA DRIVE
VICTORA, TX 77904


H&H DOORS & HARDWARE LTD
PO BOX 3542
VICTORIA, TX 77903


HANSCO INC.
11927 RAIL DR
SAN ANTONIO, TX 78233


HCEC
PO BOX 753
HAMILTON, TX 76531-0753


HD SUPPLY CONSTRUCTION AND INDUSTRIAL
PO BOX 4852
ORLANDO, FL 32802-4852


HERBERT FELDMAN
6649 SEACOMBER DR
UNIT 801
PORT ARANSAS, TX 78375


HERMAN ALARMS & HOME
441 FRITZ RD
BRENHAM, TX 77833


HICKS LIGHTNING PROTECTION
7420 FM 2449
PONDER, TX 76259


HOME DEPOT CREDIT SERVICES
DEPT 32-2541419903
PO BOX 183176
COLUMBUS, OH 43218-3176

HOWARD MAREK
MAREK, GRIFFIN & KNAUPP
PO BOX 2329
VICTORIA, TX 77902-2329


HUGHES NETWORK SYSTEMS
PO BOX 96874
CHICAGO, IL 60693-6874


HUNTER DEMOLITION & WRECKING CORP.
PO BOX 786
POTEET, TX 78065


HW MARSHALL CONSTRUCTION INC
PO BOX 1043
LYFORD, TX 78569


IAN T. TODD
SNEED, VINE & PERRY
108 EAST 8TH STREET
GEORGETOWN, TX 78626


INFINITI COMMUNICATIONS TECHNOLOGIES INC
PO BOX 184 (DEPT #208)
HOUSTON, TX 77001-0184


J. BAIRD SMITH
NAMAN, HOWELL, SMITH, & LEE PLLC
8310 N CAPITAL OF TEXAS HWY, SUITE 490
AUSTIN, TX 78731


JACOB HILDERBRAND
dba JR WATERPROOFING
9811 TAMBER LANE
SAN ANTONIO, TX 78255


JAMES BONNER CONSTRUCTION
1823 NAEGELEN ROAD
LYTLE, TX 78052


JAMES EMIL FAREK
J&P FAREK PAVING CONSULTANTS
PO BOX 452
FLATONIA, TX 78941

```
JAMES TELECO
341 EDGAR LEESVILLE ROAD
CUERO TX 77954




JD KUNZ CONCRETE CONTRACTOR, INC
PO BOX 310419
NEW BRAUNFELS, TX 78131




JERICHO WOODWORKS
425 SUMMER PARK DR.
STAFFORD, TX 77477




JOE VIRENE
GRAY REED
1300 POST OAK BLVD., SUITE 2000
HOUSTON, TX 77056



JOHN DEERE FINANCIAL
PO BOX 650215
DALLAS, TX 75265-0215




JOHN MORRIS
dba MORRIS UNDERGROUND CONST.
10163 FM 236
VICTORIA, TX 77905




JOHN S. WARREN
WARREN, DRUGAN, & BARROWS P.C.
606 NORTH CARANCAHUA ST., SUITE 601
CORPUS CHRISTI, TX 78401



JOHNSON CONTROLS FIRE PROTECTION LP
DEPT CH 10320
PALATINE, IL 60055-0320




JOLLY ROOFING & CONTRACTING CO INC
711 CHANEY
COLLIERVILLE, TN 38017




JONATHAN MARSHALL
LOVEIN RIBMAN PC
1225 MAIN STREET, SUITE 200
GRAPEVINE, TX 76051
```

JOSE GAMEZ
DONNELL, KIESCHNICK, WOLTER & GAMEZ P.C.
WELLS FARGO BANK BUILDING
2830 WEST TRENTON
EDINBURG, TX 78539

JOSEPH A. GARNETT
SHEEHY WARE PAPPAS
909 FANNIN STREET
SUITE 2500
HOUSTON, TX 77010

JOSEPH, MANN & CREED
8948 CANYON FALLS BLVD, SUITE 200
TWINSBURG, OH 44087

JOSH CONDON
CONDON LAW, PLLC
11675 JOLLYVILLE ROAD, SUITE 209
AUSTIN, TX 78759

JUNG TILE SERVICES, INC
PO BOX 3762
VICTORIA, TX 77903-3762

JUSTIN J. DERTINGER
PLUNK SMITH, PLLC
1701 LEGACY DRIVE, SUITE 2000
FRISCO, TX 75034

KAYE & SONS SITE DEVELOPMENT
4920 BEAR LANE
CORPUS CHRISTI, TX 78405

KCAC, INC.
dba KATY BLINDS COMMERICAL
5609 13TH ST
KATY, TX 77493

KCM CABINETS, INC
5738 GREY ROCK DR.
SAN ANTONIO, TX 78228

KDR CONTRACTORS, LLC
PO BOX 1138
COLUMBUS TX 78934

KEITH MILLER
LAW OFFICES OF KEITH P MILLER
14350 NORTHBROOK, SUITE 150
SAN ANTONIO, TX 78232


KELLY PAINTING & DRYWALL, LLC
9703 N. NAVARRO, STE A
VICTORIA, TX 77904


KENDALL EROSION CONTROL SERVICES
CCECS INC
5866 S. STAPLES, STE. 301
CORPUS CHRISTI, TX 78413


Kevin and Amy Krueger
2 Vantage Point
New Braunfels, Texas 78130


Kevin Krueger
2 Vantage Point
New Braunfels, Texas 78130


KEY ENTERPRISES
1311 CHISHOLM TRAIL, STE. 404
ROUND ROCK, TX 78681


KILLEEN GLASS & MIRROR COMPANY, INC.
5211 E VETERANS MEMORIAL BLVD
KILLEEN, TX 76543


KLINGER SPECIALTIES DIRECT INC
6200 TRI COUNTY PKWY, STE. 100
SCHERTZ, TX 78154


KNEEDEEP LT LLC
PO BOX 114
CHATTANOOGA, TX 75328-0114


KNEZEK CONTRACTION SERVICES
17701 PRAIRIE VERBENA LANE
ELGIN, TX 78621

KNOLLE, HOLCOMB, CALLAHAN
13625 RONALD REAGAN BLVD., BUILDING 1, S
CEDAR PARK, TX 78613


Krebs Farley & Dry, PLLC
909 18th Street
Plano, TX 75074


KRONBERG'S FLAGS & FLAGPOLES
7106 MAPLERIDGE
HOUSTON, TX 77081


KRUEGER; TRACY
405 SHILOH
VICTORIA, TX 77904


LAGO VISTA SUN HARDWARE
7401 LOHMAN FORD
LAGO VISTA, TX 78645


LAMPASAS BUILDERS MARK, INC.
PO BOX 588
LAMPASAS, TX 76550


LAMPASAS CO
501 E 4TH ST
LAMPASAS, TX 76550


LANGLEY CONSTRUCTION GROUP
717 N. WATER STREET
BURNET, TX 78611


LANTZ, JACOB
dba LANTZ'S LAKESIDE PLUMBING
PO BOX 4462
LAGO VISTA, TX 78645


LARRY'S LUBE, TIRE AND AUTO
913 S. CHESTNUT ST
LAMPASAS, TX 76550

LARSON PLUMBING & UTILITY CO.
605 CANTWELL
CORPUS CHRISTI, TX 78408


LAUGER COMPANIES, INC.
PO BOX 2146
VICTORIA, TX 77902-2146


LAW OFFICES OF MOLLY P. THOMAS
PO BOX 37
SINTON, TX 78387


LEGACY MASONRY, LLC
PO BOX 21747
WACO, TX 76702


LENTZ HARDWARE
1207 N WHEELER
VICTORIA, TX 77901


LESTER CONTRACTING, INC
PO BOX 986
PORT LAVACA, TX 77979-0986


LEVERAGE MACHINE & FABRICATION
2512 FM 3084
PORT LAVACA, TX 77979


LIZABETH LAUREL MICA
dba THE OUTHOUSE
PO BOX 322
FLATONIA, TX 78941-0322


LOCHRIDGE-PRIEST, INC.
2901 E. INDUSTRIAL BLVD
WACO, TX 76705


LODGE AT LAKELINE VILLAGE
2000 SOUTH LAKELINE BLVD
CEDAR PARK, TX 78613

LOFTIN EQUIPMENT CO.
PO BOX 641055
DALLAS, TX 75264-1055


LONE STAR CONTAINERS
317 SIDNEY BAKER ST.
STE. 400, PMB 259
KERRVILLE, TX 78028


LONE STAR OVERNIGHT LP
PO BOX 149225
AUSTIN, TX 78714-9225


LONGHORN BLINDS OF AUSTIN, LLC
4201 S. CONGRESS AVE.
STE. 312
AUSTIN, TX 78745


LUKE, JEFFERY
dba PAVECO DESIGNS LLC
PO BOX 869
COMFORT TX 78013


M MARTINEZ MASONS, INC
M MARTINEZ MASONRY
1088 WOOD HI RD.
VICTORIA, TX 77905


M&M SPECIALTY CAULKING, LLC
137 EARL ST
SAN ANTONIO, TX 78212


MABRY, RAY
dba BEST PEST CONTROL
108 MABRY LANE
WHITNEY, TX 76692


MAJEK TILE & MARBLE CO., INC
PO BOX 271607
CORPUS CHRISTI, TX 78427


MALEK, INC
PO BOX 679
CORPUS CHRISTI, TX 78403

MANCO STRUCTURES, LTD.
6106 FM 3009
SCHERTZ, TX 78154


MARK McCANDLESS
dba AUSTIN REFRIGERATION, LLC
5114 BALCONES WOODS DR., #307-300
AUSTIN, TX 78759


MARK MURPHY
DAVIS/SANTOS
719 S FLORES ST
SAN ANTONIO, TX 78204


MARKSMEN GENERAL CONTRACTORS INC.
24165 IH-10, SUITE 744
SAN ANTONIO, TEXAS 78257


MARLOW THOMAS RESIDENTIAL SYSTEMS, LLC
16116 COLLEGE OAK
SAN ANTONIO, TX 78249


MARSH WATERPROOFING, INC.
PO BOX 968
VIDOR, TX 77670


Matthews, Shiels et al.
Misti Beanland
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251


MCALLEN HOME & COMMERCIAL PAINTING
10540 N. SHARY RD.
MISSION, TX 78573


MCALLEN PEST CONTROL, INC
PO BOX 5249
MCALLEN, TX 78502


MELODEE GRUBER
GRUBER LAW FIRM PLLC
1115 17TH ST.
HONDO, TX 78861

METAL MART
PO BOX 1735
SHREVEPORT, LA 71166-17365


MICHAEL A. JOHNSON, P.C
5606 N NAVARRO ST. SUITE 200
VICTORIA, TX 77904


MISSION RESTAURANT SUPPLY
PO BOX 10310
SAN ANTONIO, TX 78210-0310


MISTI BEANLAND
MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS,&
BEANLAND, LLP
8131 LBJ FREEWAY, SUITE 700
DALLAS, TX 75251

ML ROOFING
6819 HIGHWAY BLVD., STE 660
KATY, TX 77494-8299


MOMENTUM RENTALS & SALES
809 SOUTH HWY 35
PORT LAVACA, TX 77979


MOORECO, INC
dba BEST-RITE CONTRACT DIVISION
PO DRAWER D
TEMPLE, TX 76503


MULDER FIRE PROTECTION, INC
5807 LA COLONIA
SAN ANTONIO, TX 78218


NAH SPORTS FLOORING, LLC
3528 E. TC JESTER BLVD
HOUSTON, TX 77018


NATALYA S. SHEDDAN
ALLENSWORTH & PORTER LLP
100 CONGRESS AVE., SUITE 700
AUSTIN, TX 78701

NATIONAL CONSTRUCTION RENTALS INC.
PO BOX 4503
PACOIMA, CA 91333


NATIONAL CREDIT SYSTEMS INC
PO BOX 312125
ATLANTA, GA 31131-2125


NEWFIRST NATIONAL BANK
10301 N.E. ZAC LENTZ PKWY
VICTORIA, TX 77904


NORTHPOINT CHURCH
1320 ARROW POINT DR
CEDAR PARK, TX 78613


O'REILLY AUTOMOTIVE, INC
PO BOX 9464
SPRINGFIELD, MO 65801-9464


ONEPOINTE SOLUTIONS, LLC
1112 SWENSON BLVD
ELGIN, TX 78621


OVENELL, BRYAN
dba CENTRAL TEXAS EROSION CONTROL (CTEC)
18018 FM 969
MANOR, TX 78653


PAC-VAN INC
75 REMITTANCE DR., STE. 3300
CHICAGO, IL 60675-3300


PARKER, MICHAEL
dba PARKERS CUSTOM STAINED & ETCHED GLAS
4006 STATHMORE DR.
SAN ANTONIO, TX 78217


PARKS COFFEE
PO BOX 110209
CARROLLTON TX 75011-0209

PAUL WILSON, ESQ
PR WILSON LAW FIRM P.C
323 W. CANO ST., 2ND FLOOR
EDINBURG, TX 78539


PEST SOLUTIONS, INC.
PO BOX 5371
VICTORIA, TX 77903-5371


PETERSON CONTRACTORS, INC
PO BOX A
REINBECK, IA 50669


PILSNER, BEVERLY
dba RENSLIP FIRE PROTECTION
4947 HWY 90
ALLEYTON, TX 78935


POWERS GOOLSBY ARCHITECTS
1824 UNIVERSAL CITY BLVD
UNIVERSAL CITY, TX 78148


PRAXAIR DISTRIBUTION, INC
DEPT. 0812
PO BOX 120812
DALLAS, TX 75312-0812


PREMONT ISD
PO BOX 530
PREMONT, TX 78375


PRIME COAT II, LLC
PRIME COAT COATING SYSTEMS
1949 SWANSON COURT
GURNEE, IL 60031


PRIME FIVE PAINTING
15839 AUGUSTA CORNER
SAN ANTONIO, TX 78247


PRO TECH MECHANICAL, INC.
1622 SARATOGA BLVD
COPRUS CHRISTI, TX 78417

PRODIRT SERVICES LLC
PO BOX 1508
PFLUGERVILLE, TX 78691


PROFESSIONAL DEBT MEDIATION INC.
7948 BAYMEADOWS WAY, 2ND FLOOR
JACKSONVILLE, FL 32256-7518


PROTECTIVE POLYMER SOLUTIONS
PO BOX 17244
SUGARLAND, TX 77496


PYE-BARKER FIRE & SAFETY
6701 IMPERIAL DRIVE
WACO, TX 76712


QCTV CORP
PO BOX 691165
HOUSTON, TX 77269


QUANTA BUILDING GROUP, LLC
PO BOX 166858
IRVING, TX 75016-6858


QUANTA BUILDING PARTNERS, LLC
QUANTA BUILDING GROUP
201 NORTHWOOD DR.
APT. 2-434
FLOWER MOUND, TX 75022

R&S EXCAVATION LLC
PO BOX 459
BOERNE, TX 78006


R. CARSON FISK
ANDREWS MYERS
919 CONGRESS AVE. SUITE 1050
AUSTIN, TX 78701


R. HESTER CONTRACTORS, INC
210 TOLLE RD
CIBOLO, TX 78108

R. WES JOHNSON
GARNDER LAW
745 EAST MULBERRY AVE., SUITE 500
SAN ANTONIO, TX 78212-3154


RAIN KING, INC
PO BOX 192
VICTORIA, TX 77902-0192


RAIN SEAL MASTER ROOFING & SHEET METAL,
2306 PORT LAVACA DR
VICTORIA, TX 77901


RANDY KACHUR
6649 SEACOMBER DR
UNIT 608
PORT ARANSAS, TX 78375


RECEIVABLES CONTROL CORP
7373 KIRKWOOD COURT, SUITE 200
MINNEAPOLIS, MN 55369


RED DOT BUILDING SYSTEMS
1209 W. CORSICANA ST.
ATHENS, TX 75751


REGIONAL STEEL PRODUCTS, INC
PO BOX 3887
VICTORIA, TX 77903-3887


RENKEN'S NURSERY, INC
2701 SALEM RD
VICTORIA, TX 77904


REPUBLIC SERVICES #847
PO BOX 78829
PHOENIX, AZ 85062-8829


REX ZGARBA
COATS ROSE
TERRACE2, 2700 VIA FORTUNA, SUITE 350
AUSTIN, TX 78746

RHODES DRYWALL & PAINTING
1035 S. TX AVE
COLUMBUS, TX 78934


RICHARD WALLACE III, PARTNER
SCHEEF & STONE
500 NORTH AKARD, SUITE 2700
DALLAS, TX 75201


RICO, CHRISTIAN F
dba CR PUNCH CREW
2701 THOMAS AVENUE
PASADENA, TX 77506


RIDGE AV, LLC
715 DISCOVERY BLVD
STE. 502
CEDAR PARK, TX 78613


RIVER VALLEY CHRISTIAN FELLOWSHIP
PO BOX 629
CEDAR CREEK, TX 78612


RK WEBB, LLC
14493 SO. PADRE ISLAND DR
STE A, PMB 508
CORPUS CHRISTI, TX 78418


ROBERT ALEX BASS
MICHALK, BEATTY & ALCOZER LP
3106 SOUTH W.S. YOUNG
BUILDING D, SUITE 401
KILLEEN, TX 76542


ROBERT D. GOEBEL CONTRACTOR
dba GOEBEL WOODWORK
1213 MCARTHUR ST
CUERO, TX 77954


ROLLINS, JARRETT
dba ROLLINS RENT A FENCE
PO BOX 6829
CORPUS CHRISTI, TX 78466


ROYAL AIR HOUSTON
12519 FM 529 RD
HOUSTON, TX 77041

```
RPM MANUFACTURING, LLC
2100 J&B DRIVE
SAN BENITO, TX 78586



RYAN C. SOLIS
LAW OFFICE OF RYAN C. SOLIS PLLC
1410 WEST DOVE AVE
MCALLEN, TX 78504



S&J FENCE CO
1825 NO. PADRE ISLAND DR.
CORPUS CHRISTI, TX 78408



S. ROBERT FLING
ATTORNEY AT LAW PLLC
PO BOX 411
KATY, TX 77492



SAM DRUGAN
WARREN, DRUGAN, & BARROWS P.C.
800 BROADWAY ST., SUITE 200
SAN ANTONIO, TX 78215-1241



SAN ANTONIO FLOOR FINISHERS, INC
214 WEST TURBO DR
SAN ANTONIO, TX 78216-3387



SANDHOP; GARLAND - CPA
608 N WELLS
EDNA, TX 77957-2719



SCHULENBURG GLASS COMPANY
409 SUMMIT
SCHULENBURG, TX 78956



SCOTT A. POWELL & CHRIS POWELL
dba PAGE STRIPING
PO BOX 4588
VICTORIA, TX 77903-4588



SCOTT ELECTRIC COMPANY
2001 N. PORT AVE.
CORPUS CHRISTI, TX 78403
```

```
SEAN B. McNELIS
MCNEILIS & ASSOCIATES
143 W SUNSET ROAD, SUITE 200
SAN ANTONIO, TX 78209


SECHRIST-HALL COMPANY
PO BOX 2347
HARLINGEN, TX 78551-2347


SERNA, CHRISTOPHER
dba S&S CUSTOM CABINETS
1641 N. CAMP
SEGUIN, TX 78155


SHELL FLEET NAVIGATOR / WEX
PO BOX 70995
CHARLOTTE, NC 28272


SHELMARK ENGINEERING LLC
921 FM 517 ROAD EAST
DICKINSON, TX 77539


SHEPHARD OF THE HILLS
6914 WURZBACH RD
SAN ANTONIO, TX 78240


SHERWIN WILLIAMS #7355
3101 PAT BOOKER ROAD
UNIVERSAL CITY, TX 78148-2753


SHERWIN WILLIAMS #7436
707 E. MOCKINGBIRD LN.
VICTORIA, TX 77904-2144


SIGN INTERNATIONAL, INC
PO BOX 20054
BEAUMONT, TX 77720-0054


SIX FLAGS GLASS COMPANY
dba BS&G GLASS CO.
PO BOX 3462
VICTORIA, TX 77903-3462
```

SKELTON ENTERPRISES, INC
dba SKELTON FIRE ALARM
12000 CROWN POINT DR., STE. 125
SAN ANTONIO, TX 78233


SLATER PAINTING COMPANY, INC.
PO BOX 161542
AUSTIN, TX 78716-1542


SMITH HAMILTON, LLC
10534 SENTINEL DRIVE
SAN ANTONIO, TX 78217


SOUTH TEXAS SCHOOL FURNITURE
107 NORTH MAIN ST.
HALLETTSVILLE, TX 77964


SOUTH TEXAS STEEL SERVICE CO., LLC
PO BOX 2208
VICTORIA, TX 77902-2208


SOUTHERN CARLSON SYSTEMS, INC
PO BOX 744372
ATLANTA, GA 30374-4372


SOUTHERN STAR STEEL SERVICES, LLC
2102 S. OLD TEMPLE RD
LORENA, TX 76655


SOUTHPOINT RENTALS, LLC
PO BOX 511
KINGSVILLE, TX 78364


SPECIALTY DRILLING
PO BOX 753185
HOUSTON, TX 77275-3185


SPECTRUM
PO BOX 60074
CITY OF INDUSTRY, CA 91716-0074

SPECTRUM CORPORATION, ATTN
SCOREBOARD DIVISION
PO BOX 750456
HOUSTON, TX 77275-0456


SSC SIGNS & LIGHTING, LLC
2351 W. NORTHWEST HWY, #3320
DALLAS, TX 75220


STAND SURE CONSTRUCTION, LLC
1205 WEST AVE J
BELTON, TX 76513


STEFANIE DELEON
DBA ALL MIGHTY PLUMBING
707 W. ELM
EDNA, TX 77957


STRAIGHT LINE BUILDING SYSTEMS, INC
32916 FM 529
BROOKSHIRE TX 77423


SUDDENLINK BUSINESS
PO BOX 660365
DALLAS, TX 75266-0365


SUMMIT LOCKERS, INC.
138 McLEOD RD
COLUMBIA, SC 29203


SUPERIOR FENCE CO
dba DM3 ENTERPRISES, INC
139 DEWBERRY
VICTORIA, TX 77904


SUPREME CUSTOM FABRICATORS
SUPREME FIXTURES
PO BOX 193655
LITTLE ROCK, AR 72219


SUSTAINABLE SECURITY SOLUTIONS, INC
1107 BASSE RD
SAN ANTONIO, TX 78212

SYNTER RESOURCE GROUP LLC
PO BOX 63247
NORTH CHARLESTON, SC 29419-3247


SYSTEMS 2011 HOLDING LP
dba SYSTEMS PAINTERS
PO BOX 26
NEW ULM, TX 78950


T OF V, LLC
dba TOYOTA OF VICTORIA
5902 N. NAVARRO ST
VICTORIA, TX 77904


T.H. WILLIS COMPANY INC
PO BOX 1330
LAMPASAS, TX 76550


TCR- THE BEST ALARM
1416 HOUSTON
LAREDO, TX 78040


TED HOLLEN
THE CASEY PROFESSIONAL BUILDING
20624 FM 1431, SUITE 9
LAGO VISTA, TX 78645


TENSO SHADE LLC
17595 W. BLANCO RD., STE. 300
SAN ANTONIO, TX 78232


TESCO INDUSTRIES, LLC
1035 HACIENDA ST
BELLVILLE, TX 77418


TEXAN GLASS & SOLAR CONTROL
24625 BUDDE RD
THE WOODLANDS, TX 77380


TEXAS CUTTING & CORING, LP
7705 FM 482
NEW BRAUNFELS, TX 78132

TEXAS FIRST RENTALS, LLC
PO BOX 650869
DALLAS, TX 75265-0869


TEXAS GLASS & TINTING
DONALD DAY, INC
103 E. MOCKINGBIRD LN., STE B
VICTORIA, TX 77904


TEXAS MECHANICAL INSULATION
10907 RED MUSKET TRAIL
SAN ANTONIO, TX 78245


TEXAS METAL TECH, INC
12120 BAMMEL NORTH HOUSTON RD
HOUSTON, TX 77066


TEXAS SAFFIRE, LLC
14014 PINEHURST LANE
MAGNOLIA, TX 77354


TEXAS SCENIC COMPANY, INC
PO BOX 680008
SAN ANTONIO, TX 78268-0008


TEXAS STATE PLUMBING CO
PO BOX 247
SAN MARCOS, TX 78667


TEXAS THRONE, LLC
PO BOX 997
PORTLAND, TX 78374


TEXAS TOOL & HARDWARE, INC
PO BOX 3465
VICTORIA, TX 77903-3465


TEXAS VA ELECTRICAL, LLC
217 S RIVER ST, STE M5
SEGUIN TX 78155

THE GLASS DESIGNER FAMILY LLC
5600 N. SCHUERBACH RD
MISSION TX 78574


THOMAS MITCHELL WEBB
dba BETTER GARDENS IRRIGATION
 502 MEAD RD
VICTORIA, TX 77904


THOMAS WALTHALL, JR
SANDERFORD & CARROLL, P.C
1100 NE LOOP 410, SUITE 550
SAN ANTONIO, TX 78209


THYSSENKRUPP ELEVATOR CORP.
3100 INTERSTATE N, CIRCLE SE
SUITE 500
ATLANTA, GA 30339


TIERRA LINDA INVESTMENTS
1501 E. MOCKINGBIRD LANE, STE 406
VICTORIA, TX 77904


TOMAN BROTHERS, INC
2307 BANDERA ROAD, STE. 104
SAN ANTONIO, TX 78228


TOMCO, INC
3430 COPELAND
SAN ANTONIO, TX 78219


TONNE AIR CONDITIONING & HEATING LTD
718 CANTWELL LANE
CORPUS CHRISTI, TX 78408


TRAVELERS CASUALTY & SURETY CO.
1500 Market Street
29th Floor West Tower (Mail Code 1166)
Philadelphia, PA 19102
Attn: Joshua M. Pantesco

TRAVIS CO. ESD
18300 PARK DRIVE
JONESTOWN, TX 78645

TREVOR G. GREEN PLLC
5920 W WILLIAM CANNON DRIVE BLDG 6, SUIT
AUSTIN, TX 78749


TURNER CONSTRUCTION
1077 CENTRAL PARKWAY SOUTH
SUITE 600
SAN ANTONIO, TEXAS 78232


UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001


UNITED RENTALS (NA), INC. - RSC
PO BOX 840514
DALLAS, TX 75284-0514


UNITED SITE SERVICES OF TEXAS
PO BOX 660475
DALLAS, TX 75266-0475


URBAN SURVEYING, INC
2004 N. COMMERCE ST
VICTORIA, TX 77901-5510


VALLEY SO. TX. INTERIORS, INC
219 S. NEBRASKA
SAN JUAN, TX 78589


VANGUARD FIRE SYSTEMS, LP
2340 PATTERSON INDUSTRIAL DR
PFLUGERVILLE, TX 78660


VARNI ROOFING, INC
1448 S. STATE HWY 46
NEW BRAUNFELS, TX 78130


VAZQUEZ, VICENTE
dba V VAZQUEZ PAINTING
5963 PADRE DR
SAN ANTONIO, TX 78214

VCS SECURITY SYSTEMS, INC
302 KERH BLVD
VICTORIA, TX 77904


VERASTEGUI, JUAN
dba JV CONTRACTING
2108 PLEASANT GREEN
VICTORIA, TX 77901


VICTORIA AIR CONDITIONING LTD
200 S. BEN JORDAN ST.
VICTORIA, TX 77901-8649


VICTORIA COMMUNICATION SERVICES, INC
302 KERH BLVD
VICTORIA, TX 77904


VILLA, JUAN F
dba VILLA'S DRYWALL
642 W. PYRON
SAN ANTONIO, TX 78221


VILLARREAL, MEDARDO
dba STI COOLING & HEATING
5220 N. INSPIRATION RD
MISSION, TX 78573


VILLEGAS, ISAIAS
dba CHALKLINE STRIPING
PO BOX 1712
PHARR, TX 78577


VISUAL SOLUTIONS
403 E. RAMSEY RD., STE. 108
SAN ANTONIO, TX 78216


W.S. STEEL ERECTION, LLC
PO BOX 593497
SAN ANTONIO, TX 78259-3497


WALLACE ELECTRIC SERVICES, LLC
PO BOX 1643
GONZALES, TX 78629

WASTE MANAGEMENT OF TEXAS
PO BOX 660345
DALLAS, TX 75266-0345


WATERLOO PLASTERING INC
PO BOX 342252
AUSTIN, TX 78734


WESTERN STATES FIRE PROTECTION
141 WINDY MEADOWS DR
SCHERTZ, TX 78154


WEX BANK
PO BOX 4337
CAROL STREAM, IL 60197-4337


WHEELER, WILLIAM W
dba GW WHEELER & SONS PLUMBERS, LLC
504 E. SANTA ROSA
VICTORIA, TX 77901


WHISPERING CREEK VILLAS
5303 HAMILTON WOLFE RD.
SAN ANTONIO, TX 78229-4419


WHP TRAINING TOWERS
9130 FLINT ST
OVERLAND PARK, KS 66214


WILLIAM COLE LEINNEWEBER
dba CL CONCRETE
1105 QUAIL RUN
SAN MARCOS, TX 78666


WILLIAM SOMMERS
LANGLEY & BANACK INC
745 EAST MULBERRY, STE 700
SAN ANTONIO, TX 78212-3166


WILLIAMS SCOTSMAN, INC
PO BOX 91975
CHICAGO, IL 60693-1975

```
WORKPLACE RESOURCE, LLC
4400 NE LOOP 410, STE. 130
SAN ANTONIO, TX 78218


WORLDWIDE PEST CONTROL, INC
5808 IH 10 W
SAN ANTONIO, TX 78210


YORK METAL FABRICATORS, INC
PO BOX 18149
OKLAHOMA CITY, OK 73154-8149


Z FLOOR CO., LTD
350 BETCHAN AVE
LAKE DALLAS, TX 75065


ZARSKY LUMBER COMPANY, INC
PO BOX 2527
VICTORIA, TX 77902-2527
```